FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

PARVIZ KARIM-PANAHI, )
P.O. Box 75580, )
Washington, DC 20013, )
 )
      Plaintiff, )
 )
  v. ) Civil Action No. 06-_____
 )
GROUP-1- (United States 108th )
Congressional/(Senate & House) defendants): )
 )
Senator JOHN W. WARNER, Chair )
SENATE ARMED SERVICES ) NOTICE OF REMOVAL
   COMMITTEE and certain of its ) OF A CIVIL ACTION
   members and Staff )
Senator RICHARD G. LUGAR, Chr. )
SENATE FOREIGN RELATONS )
   COMMITTEE and certain of its )
   Members & Staff named in )
   SENATE RESOLUTION-286; )
BILL FIRST, Senate Majority leader; )
 )
U.S. [Jewish] Senators & House )
   Representatives from California: )
    - Dianne FEINSTEIN; )
    - Barbara BOXER; )
    - Tom LANTOS; )
    - Henry A. WAXMAN; )
    - Mel LEVINE; )
    - Howard BERMAN; )
    - Brad SHERMAN; )
    - Jane HARMAN; )
    - Adam SCHIEF )
 )
SENATE LEGAL COUNSEL: )
Patricia Mack BYRAN, Legal Counsel; )
Morgan J. FRANNKEL, Deputy Legal Counsel; )
Thomas E. CABALLERO, Assistant Legal Counsel. )
House of Representatives General Counsel's office; )
Geraldine R. JENNET, General Counsel, )

CASE NUMBER 1:06CV01095

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/15/2006

JURY ACTION

1

Kerry W. KIRCHER, Deputy General Counsel;                )
                                                          )
United States CAPITOL POLICE:                             )
Terrence W. GAINER, Chief;                                )
Lieutenant John M. McGOWAN, PIN-3031;                     )
Special Agent/Detective Mary TURNER,                      )
Officers: James PUNDY, Robert MARCELLO,                   )
Timothy JONES, MILLER, et al.                             )
Capitol Police General Counsel:                           )
119 D Street, N.E., Room 701                              )
Washington, D.C. 20510                                    )
                                                          )
GROUP-II-:                                                )
United States DEFENSE Department;                         )
John P. ABIZAID, General, U.S. Armed Forces               )
L. Paul BREMER, III, Ambassador                           )
Thomas Mathew ROMERO, U.S. Army Special Agent;            )
Steven K. KAUFMAN, U.S. Military Reserve                  )
1600 Defense Pentagon                                     )
Washington, D.C. 20301-1600                               )
                                                          )
U. S. DEPARTMENT OF ARMY;                                 )
U.S. ARMY CRIMINAL INVESTIGATION COMMAND,                 )
701st MILITARY POLICE GROUP (CID),                        )
Curtis L. GREENWAY, Attorney Advisor;                     )
901 North Stuart Street                                   )
Arlington, VA 22203-1837                                  )
                                                          )
U.S. ARMY CLAIMS SERVICE, OFFICE OF                       )
JUDGE ADVOCATE GENERAL,                                   )
Melvin G. OLMSCHEID, Colonel, Chief,                      )
Leland A. GALLUP, Colonel, Acting Commander;              )
4411 Llewellyn Avenue, Room 240A                          )
Ft. George G. Meade, Maryland 20755                       )
                                                          )
GROUP-III-:                                               )
Judiciary/Courts/Clerks/                                  )
Judges of United States of America,                       )
Administrative Office of the United States Courts;        )
Leonidas Ralph Mecham, Director                           )
                                                          )
    A)- In District of Columbia:                         )
                                                          )

<u>Sub-Group-III-(a)</u>: )
United States Attorneys of U.S. Department of Justice; )
Kenneth L. WAINSTEIN, )
Steven K. KAUFMAN, )
Assistant U.S. Attorney for District of Columbia, )
John R. FISHER, Assistant U.S. Attorney, Chief )
Appellate Division for appeals in D.C. Court of Appeals; )
R. Graig LAWRENCE, Assistant U.S. Attorney, Chief )
Appellate Division for appeals in D.C. Circuit. )
Roy M. McLEESE, III, Assistant U.S. Attorney, )
Chief Appellate Division, )
Mary B. McCORD, Assistant U.S. Attorney, Appeals. )
555 3rd Street, N.W. )
Washington, D.C. 20530 )
)
<u>Sub-Group-III-(b)</u>: )
District of Columbia Superior Court; )
Zinora M. MITCHELL-RANKIN )
Michael L. RANKIN Associate-Judge(s); )
Ronald P. WERTHEIM, Sr. Judge; )
Rufus G. KING, Chief Judge )
Clerk of the Court; )
)
Betty M. BALLESTER., Assigned Attorney: )
)
<u>Sub-Group-III-(c)</u>: )
District of Columbia Court of APPEALS; )
Panels of Appeal Court Judges, on 04-CO-160: )
John W. KERN, III; -Inez Smith REID, )
William C. PRYER, )
)
Panels of Appeal Court Judges, )
    John A. TERRY, Inez Smith REID, )
    Frank Q. NEBEKER; Frank E. SCHWALB, )
    Venessa RUIZ, )
    Warren R. KING; )
)
    Jannice M. WAGNER, [ex]-Chief Judge; )
    John R. FISHER, Associate-Judge, )
)
Garland PINKSTON, JR., Clerk of the Court )
)
Dennis M. HART, )

3

Arthur E. AGO, Assigned Attorneys.                             )
                                                               )
                                                               )
<u>Sub-Group-III-(d)</u>:                                       )
                                                               )
United States District Court for District of Columbia;         )
Rosemary Meyer COLLYER, U.S. District Judge;                   )
Reggie B. WALTON, U.S. District Judge;                         )
                                                               )
Nancy MAYER-WHITTINGTON, Clerk of the Court;                   )
Gregory HUGHES, Supervising Deputy Clerk;                      )
                                                               )
<u>Sub-Group III-(e)</u>:                                       )
                                                               )
United States Court of Appeals                                 )
for District of Columbia CIRCUIT;                              )
                                                               )
Panels of D.C. Circuit Judges:                                 )
    A. Raymond RANDOLPH,                     )
    David S. TATEL;                          )
    David B. SENTELLE,                       )
    John G. ROBERTS, Jr                      )
    David B. SENTELLE;                       )
                                                               )
En-Banc Court:                                                 )
    David B. SENTELLE,                       )
    Karen Lecraft HENDERSON,                 )
    A. Raymond RANDOLPH,                     )
    Judith W. ROGERS,                        )
    David S. TATEL,                          )
    Merrick B. GARLAND,                      )
    Harry T. EDWARDS,                        )
    John G. ROBERTS, Jr.                     )
                                                               )
D.C. Circuit Assigned Panel of Judges:                         )
    Paul R. MITCHEL, U.S. Court of Appeals   )
    for Federal Circuit Judge;               )
    Jane A. RESTANI,                         )
    U.S. Court of International Trade Chief Judge; )
    Jone F. KEENAN,                          )
    U.S. District Court, S.D. of New York, Sr. Judge; )
    Mark J. LANGER, Clerk of the Court;      )
    Linda L. JONES, Supervising Deputy Clerk; )
    SEARGENT, Supervising Deputy Clerk; John T. )

    HALEY, Deputy Clerk;    )
)
    B)- In California:    )
)
Sub-Group III-(f):    )
United States Attorneys of    )
U.S. Department of Justice in Los Angeles;    )
Alejandro N. MAYORKAS,    )
Leon W. WEIDMAN,    )
Robert L. LESTER;    )
)
Sub-Group-III-(g):    )
United States District Court    )
for Central District of California,    )
Los Angeles; U.S. District Judges:    )
    Earl H. CARROLL,    )
    Christina A. SNYDER;    )
    Mariana R. PFAELZER;    )
    Andrew J. WISTRICH, Magistrate-Judge;    )
    Sherri CARTER, CLERK of the Court;    )
)
Sub-Group-III-(h)(i):    )
United States Court of Appeals for the Ninth Circuit;    )
Panels and individual NINTH CIRCUIT JUDGES:    )
    Alfred T. GOODWIN, A. Wallace TASHIMA,    )
    Raymond C. FISHER;    )
    Raymond C. FISHER, Richard R. CLIFTON,    )
    Consuelo M. CALLAHAN;    )
    Edward LEAVY, Ferdinand F. FERNANDEZ,    )
    Marsha S. BERZON;    )
    Mary M. SCHROEDER, A. Wallace TASHIMA,    )
    Johnnie B. RAWLINSON;    )
    William C. CANBY, Robert R. BEEZER,    )
    Richard A. PAEZ;    )
    Andrew J. KLEINFELD, Michael D. HAWKINS,    )
    Barry G. SILVERMAN;    )
    Stephen R. REINHARDT, Susan P. GRABER,    )
    Marsha S. BERZON;    )
    Procter R. HUG, Harry PREGERSON,    )
    Kim M. WARDLAW;    )
    Stephen S. TROTT, Susan P. GRABER,    )
    M. Margaret MCKEOWN;    )
    Procter R. HUG, Andrew J. KLEINFELD    )

Ronald M. GOULD;                                )
J. Clifford WALLACE, Mary M. SCHROEDER          )
Sidney R. THOMAS;                               )
Harry PREGERSON, Andrew J. KLEINFELD            )
Ronald GOULD;                                   )
Ferdinand F. FERNANDEZ, Kim WARDLAW,            )
William FLETCHER;                               )
James R. BROWNING, Mary M. SCHROEDER,           )
Harry PREGERSON;                                )
Warren J. FERGUSON, Pamela Ann RYMER,           )
Michael Daly HAWKINS;                           )
Edward LEAVY, Stephen S. TROTT,                 )
Barry G. SILVERMAN;                             )
James R. BROWNING, J. Clifford WALLACE,         )
Edward LEAVY;                                   )
                                                )
Appellate Commissioner Peter SHAW;              )
    Cathy CATTERSON, Clerk;                     )
    Susan GALMUS, et al.                        )
                                                )
III-(h)(ii)                                     )
                                                )
PANELS and individual NINTH CIRCUIT JUDGES:     )
                                                )
    James R. BROWNING, Charles M. MERRIL,       )
    M. Oliver KOELSCH;                          )
    James R. BROWNING, Joseph T. SNEED,         )
    Edward LEAVY;                               )
    Anthony M. KENNEDY, Thomas G. NELSON;       )
    Mary M. SCHROEDER, Jerome FARRIS;           )
    Mary M. SCHROEDER, Eugene A. WRIGHT;        )
    Eugene A. WRIGHT, Otto SKOPIL;              )
    Stephen REINHARDT, Diarmuld O'SCANLAIN;     )
    Melvine BRUNETTI, John T. NOONAN;           )
    Betty B. FLETCHER, William CANBY, Jr.,      )
    Diarmuld O'SCANNELAIN;                      )
    William A. NORRIS, Diarmuld F. O'SCANNLAIN  )
    Stephen REINHARDT, David R. THOMPSON,       )
    Thomas TANG;                                )
    Procter HUG, David R. THOMPSON;             )
    Alex KOZINSKI, Thomas TANG;                 )
    Andrew J. KLEINFELD, Pamela Ann RYMER;      )
    Cecil F. POOLE, David R. THOMPSON,          )

| | |
|---|---|
| and PRO, (d.j. Nevada); | ) |
| Robert R. BREEZER, Thomas TANG; | ) |
| Andrew J. KLEINFELD, Melvin BRUNETTI, | ) |
| Pamela Ann RYMER; | ) |
| Harry PREGERSON, Thomas G. NELSON; | ) |
| William C. CANBY, Jr., Ferdinand F. Fernandez, | ) |
| Thomas G. NELSON; | ) |
| Ferdinand F. Fernandez, Arthur A. ALACRON, | ) |
| Pamela Ann RYMER; | ) |
| Proctor HUG, Jr, Mary M. SCHROEDER, | ) |
| Cecil F. POOLE; | ) |
| Andrew J. KLEINFELD, David R. THOMPSON; | ) |
| Andrew J. KLEINFELD, David R. THOMPSON, | ) |
| Thomas G. NELSON, | ) |
| Joseph T. SNEED, Melvin BRUNETTI, | ) |
| Sidney R., THOMAS; | ) |
| Herbert Y.C. CHOY, Warren J. FERGUSON, | ) |
| Charles E. WIGGINS; | ) |
| Stephen S. TROTT, Sidney R. THOMAS; | ) |
| Alex KOZINKSKI, Robert R. BREEZER; | ) |
| Stephen S. TROTT, Joseph T. SNEED, | ) |
| John T. NOONAN, Jr.; | ) |
| Stephen S. TROTT, M. Margaret McKEOWN; | ) |
| Edward LEAVY, A. Wallace TASHIMA, | ) |
| Alfred T. GOODWIN; | ) |
| | ) |
| Ninth Circuit En-Banc / Full Court; and | ) |
| | ) |
| III-(h)(iii) | ) |
| | ) |
| NINTH-CIRCUIT-JUDICIAL-COUNCIL: | ) |
| J. Clifford WALLACE, Chief Judge; and | ) |
| Circuit Judges: William C. CANBY, Jr; | ) |
|     Robert R. BEEZER; and | ) |
| District Judges: | ) |
|     COYLE, | ) |
|     QUACKENBUSH, | ) |
|     BROWNING, | ) |
| and En-RIGHT; | ) |
| Deputy-Clerks, | ) |
| designated Staff-Attorneys, Conference Attorneys: | ) |
| Susan GELMIS, Pro-se Supervisor, et al. | ) |
| | ) |

<u>Sub-Group-III-(k)</u>:                                                )
SUPREME COURT of the United States of America;     )
and Supreme Court JUSTICES:                                  )
    William H. REHNQUIST;                                )
    John G. ROBERTS, Jr., Chief Justices;           )
    Anthony M. KENNEDY;                                  )
    Sandra Day O'CONNOR,                                )
    Antonion SCALIA;                                         )
    David H. SOUTER;                                        )
    Ruth Bader GINSBURG;                                )
    Stephen G. BREYER;                                    )
    Clarence THOMAS;                                       )
                                                                                )
William K. SUTER, U.S. Supreme Court CLERK;     )
Sally RIDER, Administrative Assistant to Chief Justice;     )
certain Deputy Clerks: Jeff ATKINS, supervisor;     )
    Gail JOHNSON                                              )
                                                                                )
<u>GROUP-IV</u>                                                             )
District of Columbia Government;                              )
D.C. COUNCIL;                                                            )
MAYOR;                                                                    )
D.C. Department of CORRECTIONS;                         )
                                                                                )
D.C. Central Dention facility; D.C. JAIL;                   )
SMITH, Warden;                                                         )
                                                                                )
Corrections Corporation of America,                       )
and its Correction Treatment Facilities;                    )
Fred FIGUEROA, Warden                                          )
Ms. KING, Assistant Warden;                                   )
Mr. FULTON,                                                              )
Program Manager; Jeanette Davis-BOYKINS,       )
Principal education department;                              )
Shameka BINES, Librarian;                                      )
                                                                                )
Ms. J.M.A., Inmate Grievance Unit                          )
                                                                                )
<u>GROUP-V-</u>:                                                              )
                                                                                )
GOVERNMENT OF THE STATE OF CALIFORNIA,  )
and its Subdivisions:                                                   )
                                                                                )

8

```
COUNTY of LOS ANGELES, Board of Supervisors;    )
Supervisor Zev YAROSLAVSKI;                     )
County General Counsel(s)                       )
                                                )
Law Offices of GUTIERREZ, PRECIADO & HOUSE, LLP.)
    Nohemi Gutierrez FERGUSON,                  )
    Christopher D. GRIGG, Ann D. WU.            )
                                                )
CITY of LOS ANGELES,                            )
its Mayors & City Council-members.              )
And Hundreds/Thousands unknown                  )
Congressional, Governmental and Corporate officials, )
                                                )
             Defendants.                        )
                                                )
```

The U.S. Capitol Police, the U.S. Defense Department, the Department of the Army, and the Department of Justice, through their undersigned attorneys, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.[1] In support of thereof, they state:

1. The Hon. John W. Warner, along with numerous other U.S. Senators, Members of the House of Representative; congressional committees; federal agencies and their employees; and federal district and circuit judges, are named as defendants in the civil action styled Parviz Karim-Panahi v. John W. Warner, *et al.*, now pending in the Superior Court of the District of Columbia, Civil Action No. 004110-06.

2. The above-entitled action was filed on or around May 25, 2005, and a copy of the complaint is attached hereto as Exhibit A. The action has not yet proceeded to trial.

3. The complaint alleges that Defendants conspired to and did abuse their offices by conspiring with the Israeli Mossad in an attempt to "destroy Iranians and Middle Eastern

---

[1] Undersigned counsel do not represent, at this time, any individually named Defendants; thus, they do not waive their defenses of personal jurisdiction, service or immunity from suit.

9

educated and professionals," such as himself. See Compl. at ¶¶ 5-7.

4. Plaintiff's complaint alleges that his causes of action are brought against the federal officials in their individual capacities for damages. However, because defendants are officers of the United States or agencies thereof, and were acting under color of their respective offices, 28 U.S.C. § 1442(a)(1) provides for removal of this action.

5. Furthermore, Plaintiff's claims are ones for which the District Court would have original jurisdiction in that the suit is against officials of the United States government, for actions allegedly taken while acting within the scope of their office or employment, and therefore removal is also authorized by 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), 1446, and 2679(d).

June 15, 2006

Respectfully submitted,

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7204
alan.burch@usdoj.gov