# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PARVIZ KARIM-PANAHI** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **06-1095 EGS** |
| **JOHN W. WARNER, et al.,** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that an exhibits to Notice of Removal have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** September22, 2003