UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-06-1095 (EGS) |
| ) | |
| v. ) | |
| ) | |
| SENATOR JOHN W. WARNER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF RELATED CASE**

Defendants, U.S. Capitol Police, the Defense Department, the Department of the Army, and the Department of Justice, respectfully file this Notice of Related Case, pursuant to Local Rule 40.5(b)(3), to inform the Court of the existence of a related case, Parviz Karim-Panahi v. Senator John W. Warner, *et al.*, No. 06-987 (UNA) (filed May 30, 2006). In the related case, the District Court, having screened the case as a *pro se* Plaintiff's motion to proceed *in forma pauperis*, dismissed the action *sua sponte* as frivolous. See Ex. 1. It appears from the record in the related case that it involved the same parties and subject matter. See LCvR 40.5(a)(4) (defining related case). See also Ex. 2 (Notice of Designation of Related Case).

June 21, 2006

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

    /s/
ALAN BURCH
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7204
alan.burch@usdoj.gov

**Certificate of Service**

I certify I caused copies of the foregoing Notice of Related Case to be served by first class mail upon *pro se* plaintiff at:

    Parviz Karim-Panahi
    P.O. Box 75580
    Washington, DC 20013

on this 21st day of June 2006.

                                           /s/
                                  ALAN BURCH
                                  Assistant United States Attorney
                                  555 4th St. NW
                                  Washington, DC 20530
                                  (202) 514-7204
                                  alan.burch@usdoj.gov