

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PARVIZ KARIM-PANAHI,                )
                                    )
  Plaintiff,              )
                                    )
 v.                            )  Civil Action No. **06  0987**
                                    )
SENATOR JOHN W. WARNER, *et al.*,   )
                                    )
  Defendants.             )

### MEMORANDUM OPINION

 This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

 Plaintiff, a Muslim man from Iran, is a civil engineer. *See* Compl. ¶¶ 5-6. He alleges the existence of "USA/CIA/Israeli and Corporate plans and policies to destroy Iranians and Middle-Easterners educated and professionals," in order that "Israeli-agents/Jewish-Mafia and their corporations . . . perpetuate and create their own monopoly." *Id.* ¶¶ 6, 7. In addition, he contends that this "Israeli/Jewish-Mafia" exerts influence over the United States Congress, local government, and the federal judiciary. *See id.* ¶¶ 12, 18-23. In this action, he demands an order ending "pervasive vicious-cycle of Defendants' criminal operations and judicial-conspiracies against this Plaintiff," in addition to injunctive relief and monetary damages.

 The Court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only

*N*

3

claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. "[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Id.* at 325. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. Trial courts have the discretion to decide whether a complaint is frivolous, and such findings are appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than that to which formal pleadings drafted by lawyers are held. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, having reviewed plaintiff's complaint, the court concludes that both its factual contentions and legal theories are baseless. The Court therefore will dismiss the complaint.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

United States District Judge

DATE: May 24, 2006



MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

PARVIZ KARIM-PANAHI,                 )
                                     )
            Plaintiff,               )
                                     )
    v.                               )      Civil Action No.    **06 0987**
                                     )
SENATOR JOHN W. WARNER, *et al.*,    )
                                     )
            Defendants.              )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is

FURTHER ORDERED that the case is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: May 24, 2006