پرویز کریم پناهی
*PARVIZ KARIM-PANAHI*
*(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)*
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241638, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

before the:
UNITED STATES DISTRICT COURT for
DISTRICT OF COLUMBIA
333 Constitution Avenue, N.W., WASHINGTON, DC 20001

| | |
|---|---|
| PARVIZ KARIM-PANAHI,<br>                    Plaintiff,<br>-Vs.-<br><br>Senator John W. WARNER, et al.,<br>                    Defendants. | CASE NO.: <u>06-CV-1095-EGS</u><br><br>(REMOVED from D.C. SUPERIOR COURT<br>Case No.: <u>CA-04110-06</u>) |

Third SUBMITTAL:


ACKNOWLEDGEMENT OF SERVICE OF
SUMMONS & COMMPLAINT & INITIAL ORDER ON
DEFENDANTS:


-Senate   ARMED SERVICES COMMITTEE
-Senator Richard G. LUGAR
-Senate   FOREIGN RELATIONS COMMITTEE
-Senator Bill FRIST
-Senator Dianne FEINSTEIN
-Senator Barbara BOXER

RECEIVED

JUN 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 -
Parviz Karim-Panahi –v.- Senator Warner, et al.,

PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff of above titled and numbered legal action in United States District Court for District of Columbia which is REMOVED Case No.: <u>CA-4110-06</u> from Superior Court of District of Columbia, Civil Division, by the United States Attorney's Office, pursuing of his previous submittals to the Superior Court of the District of Columbia,

-hereby SUBMITTS Third-Submittal of ACKNOWLEDGEMENTS of SERVICE of SUMMONS and COMPLAINT and Initial Order by the following Defendants and/or their authorized representatives on their official as well as personal capacities:

N)- On:
-Senate ARMED SERVICES COMMITTEE
   and
-Senator Richard G. LUGAR
   and
-Senate   FOREIGN RELATIONS COMMITTEE
   and
-Senator Bill FRIST
   and
-Senator Dianne FEINSTEIN
   and
-Senator Barbara BOXER

All acknowledged by their authorized representative Thomas CABALLERO, Assistant U.S. Senate Legal Counsel.
//

DATED:   JUNE   20 , 2006,

> Respectfully Submitted,
> Plaintiff, in *pro-se*,
>
> PARVIZ KARIM-PANAHI

Attached :    Total    6 -pages Acknowledgement of Receipt and Service of Summons............

پرویز کریم‌پناهی
PARVIZ KARIM-PANAHI
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
SUPERIOR COURT OF DISTRICT OF COLUMBIA
CIVIL DIVISION
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

| | |
|---|---|
| PARVIZ KARIM-PANAHI,<br>　　　　　Plaintiff(s),<br>-v.-<br>Senator JOHN W. WARNER, et al.,<br>*U.S. Senate Committee on Armed Services*<br>　　　　　Defendants. | Case No.: **CA-004110-06**<br><br>Assigned Judge:<br>　　(PATRICIA A. BRODERICK) |

## ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:

I, _Thomas Caballero_, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/ or authorized representative of :

_Senate Armed Services Committee_
_U.S. Senate_

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this _15th_ day of _June_, 2006,

　　At _1:40_ A.M./ **P.M.**

_Thm E. Ca_
Signature

_Office of Senate Legal Counsel_
Relationship to Defendant

پرویز کریم‌پناهی

PARVIZ KARIM-PANAHI
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
## SUPERIOR COURT OF DISTRICT OF COLUMBIA
### CIVIL DIVISION
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

PARVIZ KARIM-PANAHI,
　　　　　　Plaintiff(s),
　　-v.-
Senator JOHN W. WARNER, et al.,
*Senator Richard Lugar*
　　　　　　Defendants.

Case No.: **CA-004110-06**

Assigned Judge:
　　(PATRICIA A. BRODERICK)

---

## ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:

I, _Thomas Caballero_, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/ or authorized representative of:

_Senator Richard G. Lugar_
_U.S. Senate_

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this _15th_ day of _June_, 2006,

At _1:40_ A.M./ **P.M.**

_[signature]_
**Signature**

_Office of Senate Legal Counsel_
**Relationship to Defendant**

پرویز کریم‌پناهی

PARVIZ KARIM-PANAHI
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
### SUPERIOR COURT OF DISTRICT OF COLUMBIA
### CIVIL DIVISION
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

| | |
|---|---|
| PARVIZ KARIM-PANAHI,<br>Plaintiff(s),<br>-v.-<br>Senator JOHN W. WARNER, et al.,<br>*U.S. Senate Committee on Foreign Relations*<br>Defendants. | Case No.: **CA-004110-06**<br><br>Assigned Judge:<br>(PATRICIA A. BRODERICK) |

## ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:

I, _Thomas Caballero_, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/ or authorized representative of :

_Senate Committee on Foreign Relations_
_U.S. Senate_

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this _15th_ day of _June_, 2006,

At _1:46_ A.M./ **P.M.**

_[signature]_
Signature

_Office of Senate Legal Counsel_
Relationship to Defendant

پرویز کریم‌پناهی

**PARVIZ KARIM-PANAHI**
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
### SUPERIOR COURT OF DISTRICT OF COLUMBIA
### CIVIL DIVISION
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

| | |
|---|---|
| PARVIZ KARIM-PANAHI, <br>           Plaintiff(s), <br> -v.- <br> Senator JOHN W. WARNER, et al., <br> *Sen. Bill Frist* <br>           Defendants. | Case No.: <u>CA-004110-06</u> <br><br> Assigned Judge: <br>    (PATRICIA A. BRODERICK) |

## <u>ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:</u>

I, _Thomas Caballero_, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/or authorized representative of:

_Senator Bill Frist_
_U.S. Senate_

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this _15th_ day of _June_, 2006,

At _1:40_ A.M./**P.M.**

_Thm E. C_____
Signature

_Office of Senate Legal Counsel_
Relationship to Defendant

پرویز کریم‌پناهی
PARVIZ KARIM-PANAHI
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
**SUPERIOR COURT OF DISTRICT OF COLUMBIA
CIVIL DIVISION**
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

| | |
|---|---|
| PARVIZ KARIM-PANAHI,<br>Plaintiff(s),<br>-v.-<br>Senator JOHN W. WARNER, et al.,<br>*Dianne Feinstein*<br>Defendants. | Case No.: **CA-004110-06**<br><br>Assigned Judge:<br>(PATRICIA A. BRODERICK) |

## ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:

I, _Thomas Caballero_, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/ or authorized representative of:

_Senator Diane Feinstein_
_U.S. Senate_

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this _15th_ day of _June_, 2006,
At _1:40_ A.M./ **P.M.**

_[signature]_
Signature

_Office of Senate Legal Counsel_
Relationship to Defendant

پرویز کریم‌پناهی

PARVIZ KARIM-PANAHI
P.O. BOX 75580,
WASHINGTON, DC 20013
Tel./cellular: (818) 264-9486

Before:
## SUPERIOR COURT OF DISTRICT OF COLUMBIA
### CIVIL DIVISION
500 Indiana Avenue, N.W., Rm. JM-170, Washington, DC 20001

PARVIZ KARIM-PANAHI,

          Plaintiff(s),

-v.-

Senator JOHN W. WARNER, et al.,

          Defendants.

Case No.: **CA-004110-06**

Assigned Judge:
(PATRICIA A. BRODERICK)

## ACKNOWLEDGEMENT of RECEIPT and SERVICE of the SUMMONS, COMPLAINT and INITIAL ORDER:

I, __Thomas Caballero__, declare under penalty of perjury that I am over 18 years old, who as the named Defendant and/ or authorized representative of:

Sen. Barbara Boxer
U.S. Senate

I RECEIVED the SUMMONS together with copy of COMPLAINT and INITIAL ORDER in the above-titled and numbered Legal Action, and WAIVE any need for their SERVICE.

Dated: this __20th__ day of __June__, 2006,

At __10:50__ A.M./ P.M.

_____
Signature

__Office of Senate Legal Counsel__
Relationship to Defendant