UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-06-1095 (EGS) |
| ) | |
| v. ) | |
| ) | |
| SENATOR JOHN W. WARNER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendants, U.S. Capitol Police, the Defense Department, the Department of the Army, and the Department of Justice, ("Federal agency Defendants") respectfully move for additional time to file an answer or otherwise respond to the complaint in this case.[1]  The Federal agency Defendants removed this case from D.C. Superior Court on June 15, 2006.  This Office was served with a copy of the Superior Court complaint on June 2, 2006.  Arguably, Rule 81(c) requires an answer to the complaint by June 22, 2006.  The Federal agency Defendants request a new deadline of sixty (60) days past the date on which all Defendants have been properly served pursuant to Rule 4.  Undersigned counsel called *pro se* Plaintiff today, and Plaintiff indicated that he had no objection at this time to the extension of time.

The extension is appropriate in light of the huge number of named Defendants and the fact that all are either Federal agencies or Federal officials.  All of the Federal officials are eligible to request legal representation by the Department of Justice to defend their individual

---

[1] Undersigned counsel do not represent, at this time, any individually named Defendants; thus, they do not waive their defenses of personal jurisdiction, service or immunity from suit.

interests in this matter, and that process of requesting DOJ representation has not yet begun. In most instances, the individual Defendants probably do not yet know about the case, since there is no evidence that any have been served.

At the same time, if the case not dismissed *sua sponte* (in light of the *sua sponte* dismissal of the identical claims in Parviz Karim-Panahi v. Senator John W. Warner, *et al.*, No. 06-987 (dismissed May 30, 2006), see Ex. 1), it will conserve judicial and agency resources to hear the individuals' defenses in a consolidated manner since it appears that the individual Defendants will present similar (if not identical) defenses.

For these reasons, the Federal agency Defendants request until sixty days past perfection of service on all Defendants to file an answer or otherwise respond to the complaint.

June 21, 2006                                   Respectfully submitted,

                                                KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                                United States Attorney

                                                _____/s/_____
                                                ALAN BURCH, D.C. Bar #470655
                                                Assistant United States Attorney
                                                555 4th St. NW
                                                Washington, DC 20530
                                                (202) 514-7204
                                                alan.burch@usdoj.gov

**Certificate of Service**

I certify I caused copies of the foregoing Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served by first class mail upon *pro se* plaintiff at:

    Parviz Karim-Panahi
    P.O. Box 75580
    Washington, DC 20013

on this 21st day of June 2006.

_____
ALAN BURCH
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7204
alan.burch@usdoj.gov