UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI, | ) |
| Plaintiff, | ) Civil Action No.: 06-06-1095 (EGS) |
| v. | ) |
| SENATOR JOHN W. WARNER, *et al.* | ) |
| Defendants. | ) |

**ORDER ON MOTION TO ENLARGE TIME**

UPON CONSIDERATION of Defendants' Consent Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that the deadline for all Defendants to file an answer or otherwise respond to the complaint in this case is sixty (60) days past the date that Plaintiff has perfected service on all named Defendants.

Date: _____

_____
EMMET G. SULLIVAN
United States District Judge