UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-1095 (EGS) |
| ) | |
| v. ) | |
| ) | |
| SENATOR JOHN W. WARNER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISQUALIFY JUDGE**

Defendants, U.S. Capitol Police, the Defense Department, the Department of the Army, and the Department of Justice, oppose *pro se* Plaintiff's motion to disqualify the Hon. Emmet G. Sullivan as presiding judge in this case. The motion is patently frivolous, moot, and lacks any credible foundation in law or fact. See, e.g., Cobell v. Kempthorne, --- F.3d ---, 2006 WL 1889150 (D.C. Cir. 2006) ("Removal for bias is appropriate . . . only when 'it is so extreme as to display clear inability to render fair judgment.'"). This Court's *sua sponte* dismissal of Plaintiff's complaint, which was substantially identical to his previously dismissed complaint in Parviz Karim-Panahi v. Senator John W. Warner, *et al.*, No. 06-987 (dismissed May 30, 2006), was completely appropriately and there is nothing in the record that remotely supports reassignment. Plaintiff's motion should be denied.

August 2, 2006                              Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

                    RUDOLPH CONTRERAS, D.C. Bar # 434122
                    Assistant United States Attorney

                    /s/
                    ALAN BURCH, D.C. Bar #470655
                    Assistant United States Attorney
                    555 4th St. NW, Washington, DC 20530
                    (202) 514-7204
                    alan.burch@usdoj.gov

**Certificate of Service**

I certify I caused copies of the foregoing Defendants' Opposition to Motion to Disqualify Judge to be served by first class mail upon *pro se* plaintiff at:

    Parviz Karim-Panahi
    P.O. Box 75580
    Washington, DC 20013

on this 2nd day of August 2006.

          /s/
ALAN BURCH
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 514-7204
alan.burch@usdoj.gov