پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241638, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

before:
# UNITED STATES DISTRICT COURT
## for District of Columbia
333 Constitution Avenue, N.W., Washington DC 20001

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,**<br>Plaintiff.<br>-Vs.-<br><br>**GROUP-I-** (*United States 108th Congressional/ (Senate & House) defendants*):<br><br>Senator **JOHN W. WARNER**, Chair,<br>  **SENATE ARMED SERVICES**<br>  **COMMITTEE** and certain of its<br>  members and Staff named in<br>  **SENATE RESOLUTION-286;**<br>Senator **RICHARD G. LUGAR**, Chr.<br>  **SENATE FOREIGN RELATIONS**<br>    **COMMITTEE** and certain of its<br>    Members & Staff named in<br>    **SENATE RESOLUTION-286;**<br>Bill **FRIST**, Senate Majority leader;<br><br>U.S. [Jewish] Senators & House<br>   Representatives from California:<br>     -Dianne **FEINSTEIN**;<br>     -Barbara **BOXER**;<br>     -Tom **LANTOS**;<br>     -Henry A. **WAXMAN**;<br>     -Mel **LEVINE**;<br>     -Howard **BERMAN**;<br>     -Brad **SHERMAN**;<br>     -Jane **HARMAN**;<br>     -Adam **SCHIFF**;<br>           (*continued*), | **Case No.:** <u>**06-CV-1095-EGS**</u><br><br>[EGS: should Recuse & Remove himself, or<br>To Be Disqualified & Removed]<br><br>**"NOTICE OF APPEAL"**<br>from:<br>*sua-sponte* **ORDER** of<br>**DISMISSAL OF LEGAL ACTION**<br>with-Prejudice by<br>**JUDGE Emmet G. SULLIVAN,**<br>and from fraudulent<br>District Court Clerk's Operations.<br><br>**ORDER** as Proof of continuing<br>**Judicial Manipulations** To<br>Encourage/ Promote and Cover-up<br>Governmental-Legislative-Judicial-<br>Corporate & Israeli/Jewish-Mafia's<br>Terrors, Tortures, Thieveries,<br>Violation of Civil & Human Rights,<br>Hostage Taking, Destruction of<br>Evidence, Witnesses, ……..,<br>as Crime against Humanity, …..<br>Issued in direct Violation of<br>U.S. Constitution, Laws and even<br>U.S. SUPREME COURT Action.<br><br>If SADDM & his JUDGES on Trial,<br>Defendants Shall not Be Exempt. |

ORIGINAL:

RECEIVED
SEP - 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-- 1 --/ *Appeal on 06-CV-1095-EGS*
(*Parviz Karim-Panahi –v.- John W, Warner, Senate Committee, Judges, et al,*)

**SENATE LEGAL COUNSEL:** [1]
Patricia Mack BYRAN, Legal Counsel;
Morgan J. FRANNKEL, Deputy Legal Counsel;
Thomas E. CABALLERO, Assistant Legal Counsel.

**House of Representatives General Counsel's office;**
Geraldine R. GENNET, General Counsel, Kerry W. KIRCHER, Deputy General Counsel;

**United States CAPITOL POLICE:**
Terrence W. GAINER, Chief;
Lieutenant John M. McGOWAN, PIN-3031;
Special Agent/Detective Mary TURNER, (and her Officer husband), PIN-...;
Officers:    James PUNDY, PIN-...;  Robert MARCELLO, PIN...;
             Tomothy JONES, PIN-...;        MILLER, PIN-...; et al.
Capitol Police General Counsel:

### GROUP-II-:

**United States DEFENSE Department;**

John P. ABIZAID, General, head of U.S. Armed Forces Central Command (in Iraq);
L. Paul BREMER, III, Ambassador/ex-Administrator of CPA in Occupied Iraq;
Thomas Mathew ROMERO, U.S. Army Special Agent; and his Unknown partners;
Steven K. KAUFMAN, U.S. Military Reserve/Training personnel,
    (also United States [Jewish] Assistant Attorney for District of Columbia);

**United States DEPARTMENT OF ARMY;**

U.S. ARMY CRIMINAL INVESTIGATION COMMAND,
    701ST MILITARY POLICE GROUP (CID), FORT BELVOIR Virginia;
    Curtis L. GREENWAY, Attorney Advisor;

U.S. ARMY CLAIMS SERVICE, OFFICE OF JUDGE ADVOCATE GENERAL,
    FORT GEORGE G. MEADE, MARYLAND,
    Melvin G. OLMSCHEID, Colonel, Chief, Tort Claims Division;
    Leland A. GALLUP, Colonel, Acting Commander;

---

[1] [All real-person Defendants named, or unknown, are sued and liable in their personal, individual as well as their Official capacities. Damages are sought against them (dead or alive) and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].

### *GROUP-III-:*
## Judiciary/ Courts/ Clerks/ Judges of United States of America,
*(all with Judicial Treason acted to Prevent Removal of Star-of-David, an Israeli and Jewish Symbol from USA Seals, Flags, Badges, Insignias,......)*:
## Administrative Office of the United States Courts;
Leonidas Ralph Mecham, director

### A)- In District of Columbia:

#### *Sub-Group-III-(a):*
## United States Attorneys of U.S. Department of Justice;
Kenneth L. WAINSTEIN, U.S. [Jewish] Attorney for District of Columbia;
Steven K. KAUFMAN, [Jewish] Assistant U.S. Attorney for District of Columbia,
   (also an active U.S. Military Reserve/Training Personnel);
John R. FISHER, [......]  Assistant U.S. Attorney, Chief
   Appellate Division for appeals in D.C. Court of Appeals;
R. Graig LAWRENCE, Assistant U.S. Attorney, Chief
   Appellate Division for appeals in D.C. Circuit.
Roy M. McLEESE, III, Assistant U.S. Attorney, Chief Appellate Division,
Mary B. McCORD, Assistant U.S. Attorney, Appeals.

#### *Sub-Group-III-(b):*
## District of Columbia Superior Court;
Zinora M. MITCHELL-RANKIN (and husband Michael L. RANKIN) Associate-Judge(s);
Ronald P. WERTHEIM, Sr. Judge;
Rufus G. KING, Chief Judge of D.C. Superior Court;
Clerk of the Court;

Betty M. BALLESTER., Assigned Attorney:

#### *Sub-Group-III-(c):*
## District of Columbia Court of APPEALS;
Panels of Appeal Court Judges, on 04-CO-160:
   -Inez Smith REID, William C. PRYOR & John W. KERN, III;
   -Inez Smith REID, William C. PRYER, and Frank Q. NEBEKER;

Panels of Appeal Court Judges, on 04-CM-938:
   -John A. TERRY, Inez Smith REID, and Frank Q. NEBEKER;
   -Frank E. SCHWALB, Venessa RUIZ, and Warren R. KING;

Jannice M. WAGNER, [ex]-Chief Judge;
John R. FISHER, Associate-Judge, (ex- Assistant U.S. Attorney);

Garland PINKSTON, JR., Clerk of the Court;

Dennis M. HART, and Arthur E. AGO, Assigned Attorneys.

*Sub-Group-III-(d):*
United States District Court for District of Columbia;
Rosemary Meyer COLLYER, U.S. District Judge;
Reggie B. WALTON, U.S. District Judge;

Nancy MAYER-WHITTINGTON, Clerk of the Court;
Gregory HUGHES, Supervising Deputy Clerk;

*Sub-Group-III-(e):*
United States Court of Appeals for District of Columbia CIRCUIT;

Panels of D.C. Circuit Judges:
   -Douglas H. GINSBURG, A. Raymond RANDOLPH, and David S. TATEL;
   -Douglas H. GINSBURG, David B. SENTELLE, and John G. ROBERTS, Jr.;
   -Douglas H. GINSBURG, and David B. SENTELLE; and

En-Ban Court:
      Douglas H. GINSBURG, David B. SENTELLE, Karen Lecraft HENDERSON,
      A. Raymond RANDOLPH, Judith W. ROGERS, David S. TATEL,
      Merrick B. GARLAND, Harry T. EDWARDS, John G. ROBERTS, Jr.

Out of D.C. Circuit Assigned Panel of Judges:
      - Paul R. MITCHEL, U.S. Court of Appeals for Federal Circuit Judge;
      - Jane A. RESTANI, U.S. Court of International Trade Chief Judge;
      - Jone F. KEENAN, U.S. District Court, Southern District of New York, Sr. Judge;


Mark J. LANGER, Clerk of the Court;
Linda L. JONES, Supervising Deputy Clerk;
Maryland SEARGENT, Supervising Deputy Clerk;
John T. HALEY, Deputy Clerk;

### B)- In California:

*Sub-Group-III-(f):*
United States Attorneys of U.S. Department of Justice in Los Angeles;
Alejandro N. MAYORKAS, Leon W. WEIDMAN, Robert L. LESTER;

*Sub-Group-III-(g):*
United States District Court for Central District of California, Los Angeles;
U.S. District [Jewish] Judges:
- Earl H. CARROLL, (from Phoenix, Arizona);
- Christina A. SNYDER; and her ex-Law partner
- Mariana R. PFAELZER;
- Andrew J. WISTRICH, Magistrate-Judge;
- (also other judges named in other legal actions).

Sherri CARTER, CLERK of the Court;

*Sub-Group-III-(h):*
United States Court of Appeals for the Ninth Circuit;

*III-(h)(i)):*
*as Principals in Fabricated Appeal Case No.: 99-80124,*
*Continuing Retaliations, Judicial-Code-of-Silence &*
*Treason to Prevent Removal of Star-of-David from USA Seal, Flags, etc:*

Panels and individual NINTH CIRCUIT JUDGES:

Alfred T. GOODWIN, A. Wallace TASHIMA, Raymond C. FISHER; and
Raymond C. FISHER, Richard R. CLIFTON, Consuelo M. CALLAHAN; and
Edward LEAVY, Ferdinand F. FERNANDEZ, Marsha S. BERZON; and
Mary M. SCHROEDER, A. Wallace TASHIMA, Johnnie B. RAWLINSON; and
William C. CANBY, Robert R. BEEZER, Richard A. PAEZ; and
Andrew J. KLEINFELD, Michael D. HAWKINS, Barry G. SILVERMAN; and
Stephen R. REINHARDT, Susan P. GRABER, Marsha S. BERZON; and
Procter R. HUG, Harry PREGERSON, (father), Kim M. WARDLAW; and
Stephen S. TROTT, Susan P. GRABER, M. Margaret MCKEOWN; and
Procter R. HUG, Andrew J. KLEINFELD, Ronald M. GOULD; and
J. Clifford WALLACE, Mary M. SCHROEDER and Sidney R. THOMAS; and
Harry PREGERSON, (father), Andrew J. KLEINFELD, Ronald GOULD;and
Ferdinand F. FERNANDEZ, Kim WARDLAW, William FLETCHER, (son);
James R. BROWNING, Mary M. SCHROEDER, Harry PREGERSON, (father); and
Warren J. FERGUSON, Pamela Ann RYMER and Michael Daly HAWKINS; and
Edward LEAVY, Stephen S. TROTT and Barry G. SILVERMAN; and
James R. BROWNING, J. Clifford WALLACE and Edward LEAVY; and

Appellate Commissioner Peter SHAW;
Cathy CATTERSON, Clerk; *pro-se* Motion Attorney Susan GALMUS, et al. And

### III-(h)(ii)-
### as Principals in Cover-ups, Retaliations, Discriminations:

PANELS and individual NINTH CIRCUIT JUDGES:

James R. BROWNING,   Charles M. MERRIL,   M. Oliver KOELSCH; and
James R. BROWNING,   Joseph T. SNEED,   Edward LEAVY; and
Anthony M. KENNEDY,  Thomas G. NELSON;  and
Mary M. SCHROEDER, Jerome FARRIS;  and
Mary M. SCHROEDER, Eugene A. WRIGHT;  and
Eugene A. WRIGHT,   Otto SKOPIL;  and
Stephen REINHARDT,   Diarmuld O'SCANNELAIN;  and
Melvine BRUNETTI, John T. NOONAN;  and
Betty B. FLETCHER, (mother), William CANBY, Jr., Diarmuld O'SCANNELAIN; and
William A. NORRIS,  Diarmuld F. O'SCANNLAIN;  and
Stephen REINHARDT, David R. THOMPSON, Thomas TANG; and
Procter HUG, David R. THOMPSON; and
Alex KOZINSKI,   Thomas TANG; and
Andrew J. KLEINFELD,   Pamela Ann RYMER; and
Cecil F. POOLE, David R. THOMPSON, and PRO, (d.j. Nevada); and
Robert R. BREEZER,   Thomas TANG; and
Andrew J. KLEINFELD, Melvin BRUNETTI,  Pamela Ann RYMER; and
Harry PREGERSON, (father),  Thomas G. NELSON; and
William C. CANBY, Jr.,   Ferdinand F. FERNANDEZ, Thomas G. NELSON; and
Ferdinand F. FERNANDEZ, Arthur A. ALACRON, Pamela Ann RYMER; and
Procter HUG, Jr.,  Mary M. SCHROEDER, Cecil F. POOLE; and
Andrew J. KLEINFELD, David R. THOMPSON; and
Andrew J. KLEINFELD, David R. THOMPSON, Thomas G. NELSON, and
Joseph T. SNEED, Melvin BRUNETTI, Sidney R, THOMAS; and
Herbert Y.C. CHOY, Warren J. FERGUSON, Charles E. WIGGINS; and
Stephen S. TROTT, Sidney R. THOMAS; and
Alex KOZINKSKI,  Robert R. BREEZER; and
Stephen S. TROTT, Joseph T. SNEED,   John T. NOONAN, Jr.; and
Stephen S. TROTT, M. Margaret McKEOWN;
Edward LEAVY, A. Wallace TASHIMA, Alfred T. GOODWIN;  and
Ninth Circuit En-Banc / Full Court; and

### III-(h)(iii)-
### Accessories in Cover-ups/ Judicial Code of Silence:

NINTH-CIRCUIT-JUDICIAL-COUNCIL:
J. Clifford WALLACE, Chief Judge; and
Circuit Judges: William C. CANBY, Jr;   Robert R. BEEZER;  and
District Judges: COYLE, QUACKENBUSH, BROWNING, and En-RIGHT; and
certain Deputy-Clerks, designated Staff-Attorneys, Motion-Attorneys, Conference-Attorneys: Susan GELMIS, Pro-se Supervisor, et al..

*Sub-Group-III-(k):*
SUPREME COURT of the United States of America; and
Supreme Court JUSTICES:
William H. REHNQUIST (deceased/ dead) and John G. ROBERTS, Jr., Chief Justices;
Anthony M. KENNEDY; Sandra Day O'CONNOR, (retired); Antonion SCALIA;
David H. SOUTER; Ruth Bader GINSBURG; Stephen G. BREYER; Clarence THOMAS.

William K. SUTER, U.S. Supreme Court CLERK;
Sally RIDER, Administrative Assistant to Chief Justice;
certain Deputy Clerks: Jeff ATKINS, supervisor; and Gail JOHNSON.
***************************

## GROUP-IV-:

District of Columbia Government; D.C. COUNCIL; MAYOR;
D.C. Department of CORRECTIONS;
D.C. Central Detention facility; D.C. JAIL; ………….. SMITH , Warden;

Corrections Corporation of America, and its Correction Treatment Facilities;
Fred FIGUEROA, Warden;
(and his staff, Ms. …….. KING, Assistant Warden; Mr. ……FULTON, Program Manager;
Jeanette Davis-BOYKINS, Principal education department; Shameka BINES, Librarian;
………………...…………………………………..,
Ms J.M.A., Inmate Grievance Unit).

## GROUP-V-:

GOVERNMENT OF THE STATE OF CALIFORNIA, and its Subdivisions:

COUNTY of LOS ANGELES, Board of Supervisors;
[Jewish] Supervisor Zev YAROSLAVSKI;
County General Counsel(s),
        ………………….. …………………..
County hired Private Attorneys, (paid from public-funds):
Law Offices of:
    GUTIERREZ, PRECIADO & HOUSE, LLP.
    Nohemi Gutierrez FERGUSON,
    Christopher D. CRIGG, Ann D. WU.

CITY of LOS ANGELES, its Mayors & City Council-members. And
Hundreds/Thousands unknown Congressional, Governmental and Corporate officials.

                                        **Defendants.**

PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff of above titled and numbered legal action REMOVED Case No.: <u>06-CV/[&CR]-1095-EGS</u>, in United States District Court for District of Columbia, originally filed as Case No.: <u>CA-04110-06</u> in Superior Court of District of Columbia against certain named Congressional/Legislatures-Judicial-Governmental-Corporate, U.S. Department of Defense, ARMY, and Capitol Police officials, their agents and instrumentalities, then REMOVED by U.S. Attorney, (also filed with the U.S. District Court for Central District of California, Case No.: CV-06-0892- (…..)).
a victim of continuous pervasive and sadistic half-a-century, (at least since 1953 CIA, Israeli-Agents/ Jewish-Mafia Coup in Iran), Defendants' overt and covert operations, openly and unashamedly converting their offices to Racketeer Influenced and Corrupt Organizations who with abuse of power have been denying the most basic civil and human rights of Plaintiff, subjected him to physical-mental-emotional-psychological-financial tortures, threats, thieveries and destruction of properties, educations, family and life for his opposition to corruption, whistle-blowing and preventing defrauding public-funds, and for his national-origin/Iranian, race/Middle-Easterner, religion/Muslim,

-hereby files his timely "**NOTICE-OF-APPEAL**" from *Sua-Sponte* ORDER OF DISMISSAL with-prejudice by U.S. District Judge Emmet G. SULLIVAN/ EGS, (fraudulently appointed by Defendant Clerk), entered July 19, 2006, (a copy attached), when the Judge shall had Recused and Removed himself, or had been Disqualified and Removed, for investigation of District Court Clerk's fraudulent operations.
//

With regard to the Appeal he states that:

Whereas the Complaint, (a copy with its Superior Court INITIAL-ORDER attached as EXHIBIT -3-), considered by the SUPERIOR COURT of District of Columbia, (and by U.S. District Court for Central District of California, Los Angeles), as proper with merit, soundly based on facts and laws, in accordance to Federal Rules of Civil [and Criminal Procedures], with necessary details to documents violations committed, prepared in *pro-se* under savage, uncivilized and dehumanizing conditions imposed on Karim-Panahi/ Plaintiff/ Appellant;

Judge Emmet G. SULLIVAN, (hand-picked by the Clerk, and according to filed Motion shall had recused and removed himself, or been disqualified and removed, as done in other court, see Exhibit-7-), *sua-sponte* Order of Dismissal with-prejudice has been issued:

    a- in continuing judicial-frauds to cover-up half-a-century crimes, disregard and denials of Karim-Panahi's/ Plaintiff's/ Appellant's civil and constitutional rights, in destroying his properties, educations, family and life.

    b- as continuing judicial organized-operation acting with "extra-Judicial" conspiracies to destroy and silence Karim-Panahi's/ Plaintiff's/ Appellant's opposition to corruption, crimes, thieveries, …..

    c- demonstrates Israeli/Jewish-Mafia control on judiciary/courts/judges, whenever and wherever their crimes and violations are at issue.

Whereas the 102-pages Complaint, setting forth and alleging real facts, laws and tortures, (with only few sentences about Israeli/ Jewish-Mafia); but

U.S. District Judge Emmet G. SULLIVAN, copying and writing his Order exactly the same as "MEMORNADUM-OPINION" of U.S. District Judge John D. BATES, (subject of on-going Appeal No.: 06-5195, on Case No.: 06-CV-/CR- 0987-JDB), (see Exhibit -5), in which the whole Complaint is disregarded and distorted with intention that the Dismissal Order cover-up and protect Israeli-agents/ Jewish-Mafia's crimes. In that the Order states:

> "Plaintiff, a Muslim man from Iran, is a civil engineer [not mentioning having more education than judges, and .., and denials of his basic rights]. He alleges the existence of "USA/ CIA/ Israeli and Corporate plans and policies to destroy Iranians and Middle-Easterners educated and professionals," in order that "Israeli-agents/Jewish-Mafia and their corporations….. perpetuate and create their own monopoly."
> In addition he contends that this "Israeli/Jewish-Mafia" exert influence over the United States Congress, local governments, and federal judiciary.
> In this action, he demands an order ending "pervasive vicious-cycle of Defendants criminal operations and judicial-conspiracies against this Plaintiff," in addition to injunctive relief and monetary damages."

Based on above U.S. District Judge Emmet G. SULLIVAN (and John D. BATES) by manipulations has issued *sua-sponte* Order to Dismiss the legal action with-prejudice;

rather than with judicial honesty and courage according to the U.S. Constitution and Laws pursuing due-process, judicial hearings and actions for restraining and injunction order and to correct the wrongs and to put an end to stop those half-a-century crimes and violations. And to put an end and stop to the control of the U.S. Judiciary and courts by Israeli/Jewish-Mafia, evidence by the above judges Dismissals.

     d- in direct contradiction and conflict with the

"U.S. SUPREME COURT'S MOTION FOR MORE DEFINIT STATEMENT"
(copy attached as EXHIBIT-1-), on the same Complaint against same Defendants filed by same Plaintiff/ Karim-Panahi/ Appellant, in United States District Court for Central District of California, Los Angeles, as Case No.:<u>CV-06-0892-</u> *(with many judges with judicial honesty, decency and courage recusing themselves)* , (first-page of Caption as EXHIBIT-2-). That the U.S. Supreme Court, (at least superficially following the law and precedent), has not demanded or ordered for *sua-sponte* dismissal of the case with prejudice.

     -And many more issues to be raised on appeal, including demonstrating how the Clerk of the U.S. District Court for District of Columbia, (also named as defendants), openly pursued different methods in REMOVAL of this Case from D.C. Superior Court by the U.S. Attorney and establishing this Case No.: <u>06-CV-1095-EGS</u>, and the REMOVAL of Cases No.: <u>M-08374-03</u> and No.: <u>M-02315-04</u>, (both misdemeanor), from the same D.C. Superior Court by Karim-Panahi, creating miscellaneous Civil Case No.: <u>04-MC-0307-RBW/</u> (in record claimed UA/Un-Assigned), to prevent Petition to U.S. Supreme Court on the criminal action without payment of fees.

     -Also as Clerks are named Defendants, to cover-up, preventing public knowledge and access, the Complaint (103-pages), is not put on the Electronic-Filing, claiming BULKY-EXHIBIT, (whereas in Case No.: 03-CV-0219-RMC, its Complaint 167-pages, and more than 100-pages Exhibits were put in the Electronic filing system ).
And many more operations committed for political-religious connections and policies, having nothing to do with the Clerk's office duties and responsibilities, but with intention of interference, derailing and obstruction of course of justice.

Additionally if SADDAM, Iraqis Chief Judge and Judges are arrested, jailed, prosecuted, and put on trial, there are no reasons that the USA Officials and Judges committing the same and even more savage and outrageous crimes and corruptions against innocent people, humanity, and this Plaintiff/ Appellant shall be exempt from administration of justice.

//

In accordance to the F.R.Civ.P. this "NOTICE OF APPEAL" shall be served on the Defendants and their attorneys of the record on the clerk's docket .

//

Dated: September 06, 2006,

                                                  Respectfully Submitted,

                                                  Plaintiff/Appellant, in *pro-se*,

                                                  PARVIZ KARIM-PANAHI

Attachments:
- "U.S. SUPREME COURT NOTICE OF MOTION FOR MORE
    DEFINITE STATEMENT" FILED ON Case No.: CV-06-0892----,   (EXHIBIT-1-).
- First page of Caption of No.: CV-06-0892, immediately FILED & Docketed, (EXHIBIT -2-).
- D.C. Superior Court Initial Order, Filed COMPLAINT on Case No.: CA-04110-06, with
    US SENATE RERSOLUTION-286, U.S. Attorneys PRESS-RELEASE    (EXHIBIT-3-).
- REMOVAL NOTICE from D.C. Superior Court Case No.: CA-04110-06, and
    Assignment To Judge Case No.: 06-CV-1095-EGS,    (EXHIBIT -4-).
- Judge John D. BATES "MEMORANDUM OPINION" and
    ORDER on Case No.: 06-CV-0987-JDB,    (EXHIBIT-5-).
- Sua-Sponte Dismissal ORDER with-prejudice No.: 06-CV-1095-EGS    (EXHIBITS-6-).
- ORDER of Disqualification and Re-Assignment as Issued on
    Case No.: CV-06-0892-...    (EXHIBITS-6-).