# EXHIBIT -1-

**'U.S. SUPREME COURT NOTICE OF MOTION FOR MORE DEFINIT STATEMENT"**
**FILED on Case No.: CV-06-0892-...**
(3- pages)

**Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)**
**Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.**

```
 1  DEBRA WONG YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROBERT I. LESTER (CBN 116429)
 4  Assistant United States Attorney
        300 North Los Angeles Street, Rm. 7516
 5      Los Angeles, California  90012
        Phone: (213) 894-2464
 6      Fax:   (213) 894-7819
        robert.lester@usdoj.gov
 7
    Attorneys for Defendant
 8  Supreme Court of the United States
 9
                    UNITED STATES DISTRICT COURT
10          FOR THE CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
11
    PARVIZ KARIM-PANAHI,              ) No. CV 06-0892-GAF(AJWx)
12                                    )
              Plaintiff,              ) NOTICE OF MOTION AND
13                                    ) MOTION OF DEFENDANT
         v.                           ) SUPREME COURT OF THE
14                                    ) UNITED STATES FOR:
    JOHN W. WARNER; SENATE ARMED SERVICES )
15  COMMITTEE; RICHARD G. LUGAR; SENATE )    1) A MORE DEFINITE
    FOREIGN RELATIONS COMMITTEE; BILL FRIST; )  STATEMENT;
16  DIANNE FEINSTEIN; BARBARA BOXER;  )
    TOM LANTOS; HENRY A. WAXMAN; MEL LEVINE; )  2) ▉▉▉▉▉▉▉▉▉▉
17  HOWARD BERMAN; BRAD SHERMAN; PATRICIA )   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    MACK BYRAN; MORGAN J. FRANNKEL; THOMAS )  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
18  E. CABALLERO; HOUSE OF REPRESENTATIVES )  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉
    GENERAL COUNSEL; TERRENCE W. GAINER; )    ▉▉▉▉▉▉▉▉▉;
19  JOHN M. McGOWAN; MARY TURNER; JAMES )
    PUNDY; ROBERT MARCELLO; TOMOTHY JONES; )
20  MILLER; CAPITOL POLICE GENERAL COUNSEL; ) MEMORANDUM OF POINTS
    UNITED STATES DEFENSE DEPARTMENT;  )      AND AUTHORITIES;
21  JOHN P. ABIZAID; L. PAUL BREMER, III )
    THOMAS MATHEW ROMERO; U.S. ARMY CRIMINAL )
22  INVESTIGATION DIVISION; STEVEN K.   )     EXHIBITS.
    KAUFMAN; JUDICIARY/COURTS/CLERKS/JUDGES )
23  OF THE UNITED STATES OF AMERICA;    )
    UNITED STATES ATTORNEYS OF THE U.S. )
24  DEPARTMENT OF JUSTICE; KENNETH L.   )
    WAINSTEIN; STEVEN K. KAUFMAN; JOHN R. ) DATE:  May 1, 2006
25  FISHER; R. CRAIG LAWRENCE; UNITED STATES ) TIME:  9:30 a.m.
    DISTRICT COURT FOR DISTRICT OF      )     CTRM:  Judge Feess
26  COLUMBIA ROSEMARY MEYER COLLYER; et al., )
    et al.,                           )
27                                    )
              Defendants.             )
28  _____ )
```

# EXHIBIT -2-

'First page of Caption of Case No.: CV-06-0892-…, Filed and Docketed
(1- pages)

Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.



**پرویز کریم‌پناهی**

**PARVIZ KARIM-PANAHI**
*(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)*
**P.O. BOX 241638**
**Los Angeles, CA 90024/**
**Tel./cellular: (818) 264-9486**
in *pro-se*



before the:
## UNITED STATES DISTRICT COURT
### for Central District of California, Los Angeles
312 North Spring Street, Los Angeles, CA 90012

**PARVIZ KARIM-PANAHI,**

                                              **Plaintiff.**
                    -Vs.-

**_GROUP-I-_** *(United States 108th Congressional/ (Senate & House defendants):*

**JOHN W. WARNER,** Chairman
          Senate Armed Services Committee;
**SENATE ARMED SERVICES**
          **COMMITTEE and certain of its**
          unknown Members & Staff;
**RICHARD G. LUGAR,** Chairman
          Senate Foreign Relations Committee;
**SENATE FOREIGN RELATIONS**
          **COMMITTEE and certain of its**
          unknown Members & Staff;
**Bill FRIST,** Senate Majority leader;

**[Jewish] U.S. Senators & House**
          **Representatives from California:**
                    -Dianne FEINSTEIN;
                    -Barbara BOXER;
                    -Tom LANTOS;
                    -Henry A. WAXMAN;
                    -Mel LEVINE;
                    -Howard BERMAN;
                    -Brad SHERMAN; et al.,

                    *(continued),*

Case No.: **CV 06-00892 - JSL (AJWx)**

## CIVIL & CRIMINAL COMPLAINT & FOR DAMAGES.
## And
## FOR IMPEACHMENT OF [Jewish] JUDGES:
          **-Earl H. CARROLL;**
          **-Christina A. SNYDER;**
          **-Mariana M. PFAELZER;**
          **-Mary M. SCHROEDER;**
          -................................

## For Continuing Governmental-Legislative-Corporate-Israeli & Judicial Terrorism, Tortures, Thieveries, Violation of Civil & Human Rights, Arrests, Hostage Taking, Destruction of Evidence-Witnesses, Crime against Humanity, .....

## "REQUEST TRIAL BY INTERNATIONAL JURY"

# EXHIBIT -3-

**D.C. Superior Court INITIAL-ORDER, Filed COMPLAINT, No.: CA-04110-06**
**With 108TH U.S. SENATE RESOLUTION-286, and U.S. Attorney PRESS-RELEASE**
**(113- pages)**

Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

PARVIZ KARIM-PANAHI
    Vs.                                                    C.A. No.    2006 CA 004110 B
Senator JOHN W. WARNER

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge PATRICIA A BRODERICK
Date:  May 26, 2006
Initial Conference: 9:30 am, Friday, September 08, 2006
Location:  Courtroom 112
        500 Indiana Avenue N.W.
        WASHINGTON, DC 20001

Caio.doc

پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
*(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)*
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241658, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

RECEIVED
Civil Clerk's Office

MAY 2 5 2006

Superior Court of the
      of Columbia
              , D.C.

before the:
## SUPERIOR COURT of the DISTRICT OF COLUMBIA
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170, Washington DC 20001

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,**<br>          **Plaintiff.**<br><br>   -Vs.-<br><br>   *GROUP-I*   *(United States 108th*<br>*Congressional/ (Senate & House) defendants):*<br><br>Senator **JOHN W. WARNER,** Chair,<br>   Senate Armed Services Committee;<br>**SENATE ARMED SERVICES**<br>   **COMMITTEE (& certain Members**<br>   **& Staff named in RESOLUTION-286);**<br>Senator **RICHARD G. LUGAR,** Chr.<br>   Senate Foreign Relations Committee;<br>**SENATE FOREIGN RELATIONS**<br>   **COMMITTEE (& certain Members**<br>   **& Staff named in RESOLUTION-286);**<br>Bill **FRIST,** Senate Majority leader;<br><br>U.S. [Jewish] Senators & House<br>   Representatives from California:<br>      -Dianne FEINSTEIN;<br>      -Barbara BOXER;<br>      -Tom LANTOS;<br>      -Henry A. WAXMAN;<br>      -Mel LEVINE;<br>      -Howard BERMAN;<br>      -Brad SHERMAN;<br>      -Jane HARMAN;<br>      -Adam SCHIFF;<br>            *(continued),* | **Case No:** 004110-06<br><br>---<br><br>**CIVIL & CRIMINAL COMPLAINT & FOR DAMAGES.**<br>**And**<br>**FOR IMPEACHMENT OF [Jewish] JUDGES:**<br>   **-Earl H. CARROLL;**<br>   **-Christina A. SNYDER;**<br>   **-Mariana M. PFAELZER;**<br>   **-Mary M. SCHROEDER;**<br>   **-..............................**<br>**for Continuing half-a--century Governmental-Legislative-Corporate-Israeli & Judicial Terrorism, Tortures, Thieveries, Violation of Civil & Human Rights, Arrests, Hostage Taking, Destruction of Evidence-Witnesses, Crime against Humanity, …..**<br><br>**"REQUEST TRIAL BY INTERNATIONAL JURY"** |

**SENATE LEGAL COUNSEL:** ($^1$)
Patricia Mack BYRAN, Legal Counsel;
Morgan J. FRANNKEL, Deputy Legal Counsel;
Thomas E. CABALLERO, Assistant Legal Counsel.

**House of Representatives General Counsel's office;**
Geraldine R. JENNET, General Counsel, Kerry W. KIRCHER, Deputy General Counsel;

**United States CAPITOL POLICE:**
Terrence W. GAINER, Chief;
Lieutenant John M. McGOWAN, PIN-3031;
Special Agent/Detective Mary TURNER, (and her Officer husband), PIN-...;
Officers:        James PUNDY, PIN-...;  Robert MARCELLO, PIN...;
                 Tomothy JONES, PIN-...;          MILLER,  PIN-...;  et al.
Capitol Police General Counsel:

## *GROUP-II-:*

**United States DEFENSE Department;**

**John P. ABIZAID,** General, head of U.S. Armed Forces Central Command (in Iraq);
**L. Paul BREMER, III,** Ambassador/ex-Administrator of CPA in Occupied Iraq;
**Thomas Mathew ROMERO,** U.S. Army Special Agent; and his Unknown partners;
**Steven K. KAUFMAN,** U.S. Military Reserve/Training personnel,
        (also United States [Jewish] Assistant Attorney for District of Columbia);

**United States DEPARTMENT OF ARMY;**

**U.S. ARMY CRIMINAL INVESTIGATION COMMAND,**
        701ST MILITARY POLICE GROUP (CID), FORT BELVOIR Virginia;
        Curtis L. GREENWAY, Attorney Advisor;

**U.S. ARMY CLAIMS SERVICE, OFFICE OF JUDGE ADVOCATE GENERAL,**
        FORT GEORGE G. MEADE, MARYLAND,
        Melvin G. OLMSCHEID, Colonel, Chief, Tort Claims Division;
        Leland A. GALLUP, Colonel, Acting Commander;

---

($^1$)        [All real-person Defendants named, or unknown, are sued and liable in their personal, individual as well as their Official capacities. Damages are sought against them (dead or alive) and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].

### *GROUP-III-:*
## Judiciary/ Courts/ Clerks/ Judges of United States of America,
*(all with Judicial Treason acted to Prevent Removal of Star-of-David, an Israeli and*
*Jewish Symbol from USA Seals, Flags, Badges, Insignias,…..)*:
## Administrative Office of the United States Courts;
**Leonidas Ralph Mecham, director**

## A)- In District of Columbia:
### *Sub-Group-III-(a):*
## United States Attorneys of U.S. Department of Justice;
**Kenneth L. WAINSTEIN, U.S. [Jewish] Attorney for District of Columbia;**
**Steven K. KAUFMAN, [Jewish] Assistant U.S. Attorney for District of Columbia,**
      **(also an active U.S. Military Reserve/Training Personnel);**
**John R. FISHER, […… ] Assistant U.S. Attorney, ex-Chief,**
      **Appellate Division for appeals in D.C. Court of Appeals, (now Judge);**
**R. Graig LAWRENCE, Assistant U.S. Attorney, Chief**
      **Appellate Division for appeals in D.C. Circuit.**
**Roy M. McLEESE, III, Assistant U.S. Attorney, Chief Appellate Division,**
**Mary B. McCORD, Assistant U.S. Attorney, Appeals.**

### *Sub-Group-III-(b):*
## District of Columbia Superior Court;
**Zinora M. MITCHELL-RANKIN (husband Michael L. RANKIN) Associate-Judge(s);**
**Ronald P. WERTHEIM, Sr. Judge;**
**Rufus G. KING, III, Chief Judge of D.C. Superior Court;**
**Duane B. DELANEY, Clerk of the Court;**
**Deborah TAYLOR-GODWIN and Dan CIPULLO, Civil and Criminal Divisions Directors;**

**Betty M. BALLESTER., Assigned Attorney:**

### *Sub-Group-III-(c):*
## District of Columbia Court of APPEALS;
**Panels of Appeal Court Judges, on 04-CO-160:**
      **-Inez Smith REID, William C. PRYOR, and John W. KERN, III;**
      **-Inez Smith REID, William C. PRYOR, and Frank Q. NEBEKER;**

**Panels of Appeal Court Judges, on 04-CM-938:**
      **-John A. TERRY, Inez Smith REID, and Frank Q. NEBEKER;**
      **-Frank E. SCHWALB, Venessa RUIZ, and Warren R. KING;**

**Jannice M. WAGNER, [ex]-Chief Judge;**
**John R. FISHER, Associate-Judge, (ex- Assistant U.S. Attorney);**

**Garland PINKSTON, JR., Clerk of the Court;**

**Dennis M. HART, (and Arthur E. AGO), Assigned Attorneys.**

*Sub-Group-III-(d):*

**United States District Court for District of Columbia;**
Rosemary Meyer COLLYER, U.S. District Judge;
Reggie B. WALTON, U.S. District Judge;

Nancy MAYER-WHITTINGTON, Clerk of the Court;
Gregory HUGHES, Supervising Deputy Clerk;

*Sub-Group-III-(e):*
**United States Court of Appeals for District of Columbia CIRCUIT;**

Panels of D.C. Circuit Judges:
   -Douglas H. GINSBURG, A. Raymond RANDOLPH, and David S. TATEL;
   -Douglas H. GINSBURG, David B. SENTELLE, and John G. ROBERTS, Jr.;
   -Douglas H. GINSBURG, and David B. SENTELLE; and

En-Ban Court:
      Douglas H. GINSBURG, David B. SENTELLE, Karen Lecraft HENDERSON,
      A. Raymond RANDOLPH, Judith W. ROGERS, David S. TATEL,
      Merrick B. GARLAND, Harry T. EDWARDS, John G. ROBERTS, Jr.

Out of D.C. Circuit Assigned Panel of Judges:
      - Paul R. MITCHEL, U.S. Court of Appeals for Federal Circuit Judge;
      - Jane A. RESTANI, U.S. Court of International Trade Chief Judge;
      - Jone F. KEENAN,   U.S.  District Court, Southern District of New York, Sr. Judge;


Mark J. LANGER, Clerk of the Court;
Linda L. JONES,  Supervising Deputy Clerk;
Maryland SEARGENT, Supervising  Deputy Clerk;
John T. HALEY, Deputy Clerk;

### B)- In California:

#### *Sub-Group-III-(f):*
**United States Attorneys of U.S. Department of Justice in Los Angeles;**
Alejandro N. MAYORKAS, Leon W. WEIDMAN, Robert L. LESTER;

#### *Sub-Group-III-(g):*
**United States District Court for Central District of California, Los Angeles;**
**U.S. District [Jewish] Judges:**
     -**Earl H. CARROLL, (from Phoenix, Arizona);**
     -**Christina A. SNYDER; and her ex-Law partner**
     -**Mariana R. PFAELZER;**
     -**Andrew J. WISTRICH, Magistrate-Judge;**
     - (also other judges named in other legal actions).
**Sherri CARTER, CLERK of the Court;**

#### *Sub-Group-III-(h):*
**United States Court of Appeals for the Ninth Circuit;**

#### *III-(h)(i)):*
*as Principals in Fabricated Appeal Case No.: 99-80124,*
*Continuing Retaliations, Judicial-Code-of-Silence &*
*Treason to Prevent Removal of Star-of-David from USA Seal, Flags, etc:*

**Panels and individual NINTH CIRCUIT JUDGES:**

Alfred T. GOODWIN, A. Wallace TASHIMA, Raymond C. FISHER; and
Raymond C. FISHER, Richard R. CLIFTON, Consuelo M. CALLAHAN; and
Edward LEAVY, Ferdinand F. FERNANDEZ, Marsha S. BERZON; and
Mary M. SCHROEDER, A. Wallace TASHIMA, Johnnie B. RAWLINSON; and
William C. CANBY, Robert R. BEEZER, Richard A. PAEZ; and
Andrew J. KLEINFELD, Michael D. HAWKINS, Barry G. SILVERMAN; and
Stephen R. REINHARDT, Susan P. GRABER, Marsha S. BERZON; and
Procter R. HUG, Harry PREGERSON, (father), Kim M. WARDLAW; and
Stephen S. TROTT, Susan P. GRABER, M. Margaret MCKEOWN; and
Procter R. HUG, Andrew J. KLEINFELD, Ronald M. GOULD; and
J. Clifford WALLACE, Mary M. SCHROEDER and Sidney R. THOMAS; and
Harry PREGERSON, (father), Andrew J. KLEINFELD, Ronald GOULD;and
Ferdinand F. FERNANDEZ, Kim WARDLAW, William FLETCHER, (son);
James R. BROWNING, Mary M. SCHROEDER, Harry PREGERSON, (father); and
Warren J. FERGUSON, Pamela Ann RYMER and Michael Daly HAWKINS; and
Edward LEAVY, Stephen S. TROTT and Barry G. SILVERMAN; and
James R. BROWNING, J. Clifford WALLACE and Edward LEAVY; and

**Appellate Commissioner Peter SHAW;**
**Cathy CATTERSON, Clerk;** *pro-se* Motion Attorney Susan GALMUS, et al. And

### III-(h)(ii)-
### as Principals in Cover-ups, Retaliations, Discriminations:

PANELS and individual NINTH CIRCUIT JUDGES:

James R. BROWNING,   Charles M. MERRIL,  M. Oliver KOELSCH; and
James R. BROWNING,   Joseph T. SNEED,  Edward LEAVY; and
Anthony M. KENNEDY,  Thomas G. NELSON;  and
Mary M. SCHROEDER, Jerome FARRIS;  and
Mary M. SCHROEDER, Eugene A. WRIGHT;  and
Eugene A. WRIGHT,   Otto SKOPIL;  and
Stephen REINHARDT,   Diarmuld O'SCANNELAIN;   and
Melvine BRUNETTI, John T. NOONAN;  and
Betty B. FLETCHER, (mother), William CANBY, Jr., Diarmuld O'SCANNELAIN; and
William A. NORRIS,  Diarmuld F. O'SCANNLAIN;  and
Stephen REINHARDT, David R. THOMPSON, Thomas TANG; and
Procter HUG, David R. THOMPSON;  and
Alex KOZINSKI,   Thomas TANG;  and
Andrew J. KLEINFELD,  Pamela Ann RYMER; and
Cecil F. POOLE, David R. THOMPSON, and PRO, (d.j. Nevada); and
Robert R. BREEZER,   Thomas TANG;  and
Andrew J. KLEINFELD, Melvin BRUNETTI,  Pamela Ann RYMER; and
Harry PREGERSON, (father),  Thomas G. NELSON;  and
William C. CANBY, Jr.,  Ferdinand F. FERNANDEZ, Thomas G. NELSON; and
Ferdinand F. FERNANDEZ, Arthur A. ALACRON, Pamela Ann RYMER; and
Procter HUG, Jr.,  Mary M. SCHROEDER, Cecil F. POOLE; and
Andrew J. KLEINFELD, David R. THOMPSON; and
Andrew J. KLEINFELD, David R. THOMPSON, Thomas G. NELSON, and
Joseph T. SNEED, Melvin BRUNETTI, Sidney R, THOMAS; and
Herbert Y.C. CHOY, Warren J. FERGUSON, Charles E. WIGGINS; and
Stephen S. TROTT, Sidney R. THOMAS; and
Alex KOZINKSKI,  Robert R. BREEZER; and
Stephen S. TROTT, Joseph T. SNEED,  John T. NOONAN, Jr.; and
Stephen S. TROTT, M. Margaret McKEOWN;
Edward LEAVY, A. Wallace TASHIMA, Alfred T. GOODWIN;  and
Ninth Circuit En-Banc / Full Court; and

### III-(h)(iii)-
### Accessories in Cover-ups/ Judicial Code of Silence:

NINTH-CIRCUIT-JUDICIAL-COUNCIL:
J. Clifford WALLACE, Chief Judge; and
Circuit Judges: William C. CANBY, Jr;  Robert R. BEEZER;   and
District Judges:  COYLE,  QUACKENBUSH,  BROWNING,  and En-RIGHT; and
certain Deputy-Clerks, designated Staff-Attorneys, Motion-Attorneys, Conference-Attorneys: Susan GELMIS, Pro-se Supervisor, et al..

### _Sub-Group-III-(k):_

**SUPREME COURT of the United States of America; and
Supreme Court JUSTICES:**
William H. REHNQUIST (deceased/ dead) and John G. ROBERTS, Jr., Chief Justices;
Anthony M. KENNEDY; Sandra Day O'CONNOR, (retired); Antonion SCALIA;
David H. SOUTER; Ruth Bader GINSBURG;  Stephen G. BREYER; Clarence THOMAS.

William K. SUTER, U.S. Supreme Court CLERK;
Sally RIDER, Administrative Assistant to Chief Justice;
certain Deputy Clerks: Jeff ATKINS, supervisor; and Gail JOHNSON.
****************************

### _GROUP-IV-:_
**District of Columbia Government; D.C. COUNCIL; MAYOR;
D.C. Department of CORRECTIONS;
D.C. Central Detention facility; D.C. JAIL;  ………….. SMITH , Warden;**

**Corrections Corporation of America, and its Correction Treatment Facilities;**
Fred FIGUEROA, Warden;
(and his staff, Ms. ……. KING, Assistant Warden; Mr. ……FULTON, Program Manager;
Jeanette Davis-BOYKINS, Principal education department;  Shameka BINES, Librarian;
…………………..…………………………….,
Ms J.M.A.,  Inmate Grievance Unit).

### _GROUP-V-:_
**GOVERNMENT OF THE STATE OF CALIFORNIA, and its Subdivisions:**

**COUNTY of LOS ANGELES, Board of Supervisors;**
[Jewish] Supervisor Zev YAROSLAVSKI;
County General Counsel(s),
         …………………..        …………………..
County hired Private Attorneys, (paid from public-funds):
**Law Offices of:**
      **GUTIERREZ, PRECIADO & HOUSE, LLP.**
      Nohemi Gutierrez FERGUSON,
      Christopher D. CRIGG,  Ann D. WU.

**CITY of LOS ANGELES,**  its Mayors & City Council-members. And
Hundreds/Thousands unknown Congressional, Governmental and Corporate officials.

                                      **Defendants.**

III

108TH CONGRESS
2D SESSION

# S. RES. 286

To authorize legal representation in United States of America v. Parviz
Karim-Panahi.

---

## IN THE SENATE OF THE UNITED STATES

JANUARY 21, 2004

Mr. FRIST (for himself and Mr. DASCHLE) submitted the following resolution;
which was considered and agreed to

---

# RESOLUTION

To authorize legal representation in United States of
America v. Parviz Karim-Panahi.

Whereas, in the case of United States of America v. Parviz
Karim-Panahi, Crim. No. M–8374–03, pending in the
Superior Court of the District of Columbia, the defendant
has attempted to serve subpoenas for testimony and doc-
uments upon Senators Daniel K. Akaka, Wayne Allard,
Evan Bayh, Joseph R. Biden, Robert C. Byrd, Hillary
Rodham Clinton, Susan M. Collins, Mark Dayton, Eliza-
beth Dole, John Ensign, Lindsey O. Graham, James M.
Inhofe, Edward M. Kennedy, Carl Levin, Richard G.
Lugar, John McCain, Bill Nelson, E. Benjamin Nelson,
Mark Pryor, Jack Reed, Pat Roberts, Jeff Sessions,
James M. Talent, and John W. Warner, and on Senate
employees Judith A. Ansley, Staff Director of the Com-

2

mittee on Armed Services; Scott W. Stucky, General
Counsel to the Committee on Armed Services; June M.
Borawski, Printing and Document Clerk of the Com-
mittee on Armed Services; Paul F. Clayman, Chief Coun-
sel of the Committee on Foreign Relations; and Susan
Oursler, Chief Clerk of the Committee on Foreign Rela-
tions; and

Whereas, pursuant to sections 703(a) and 704(a)(2) of the
Ethics in Government Act of 1978, 2 U.S.C. §§ 288b(a)
and 288c(a)(2), the Senate may direct its counsel to rep-
resent Members, officers, and employees of the Senate
with respect to any subpoena, order, or request for testi-
mony or documents relating to their official responsibil-
ities: Now, therefore, be it

1    *Resolved,* That the Senate Legal Counsel is author-
2    ized to represent the above-listed Senators and Senate em-
3    ployees who are the subject of subpoenas and any other
4    Member, officer, or employee who may be subpoenaed in
5    this case.

○

# -I-
## *NATURE OF ACTION:*

*"Government of the People, by the People, for the People"*
*converted to:*
*"Government/Judiciary of the Thieves, by the Thieves, for the Thieves"*.

1- This is a *"Civil & Criminal Complaint"* for damages, and for immediate restraining and injunction order, providing protection, place to live, declaratory judgment, (declaring that under control of Israeli-agents/Jewish-Mafia, U.S. Judiciary/Courts converted to fraud against humanity, ....), and for indictment, arrest, criminal prosecution, trial, conviction and confiscation of properties of defendants, and IMPEACHMENT of certain [Jewish] Judges and legislatures who by abuse of power, governmental-congressional-corporate-judicial official state-sponsored terrorism have converted United States of America to real Gulag and Holocaust of our lives.

2- The violations alleged are half-a-century pervasive terrorism, torments, thieveries, tortures (physical-mental-emotional-psychological-financial), extortions, retaliations, discriminations, black-listing and destruction of Plaintiff's properties, educations, professions, career, innocent family and life, (at least since 1953 CIA, Israeli-Mossad/Jewish-Mafia Coup in Iran, to 1979 Iranians' Revolution, to Iran-Contra Affairs era of Israeli guns-for-drugs, Persian Gulf Wars, 1991 Desert Storm War, to 1883 and 9-11-2001 New York World Trade Center attacks, to 2002-3 invasion and occupation of Afghanistan and IRAQ, to present date of threats of atomic destruction).

3- Upon decades of courts/judges under control of Israeli-agents/ Jewish-Mafia refusals to administrate justice and implement U.S. Constitution and Laws on Plaintiff's legal action as Case No.: 03-CV-219-RMC, (filed in the U.S. District Court for D.C.), and Case Nos.: CV-03-03-CBM & CV-03-804-EHC, (filed in Los Angeles), and many other legal actions, Plaintiff in 2003 asked help from U.S. Congressional members and committees to provide the same "Freedom, Democracy & Justice" promised by the U.S. President and officials to the

1   people of Middle-East and Iraq to be implemented here in the USA. But

2   instead by conspiracies of certain Congressional elements, U.S. ARMY Special Agents, Capitol

3   Police, corrupt and dishonest U.S. Attorneys, District of Columbia and California Courts/

4   Judges, as 'Racketeer Influenced and Corrupt Organizations', was retaliated, arrested,

5   detained, put on fabricated trial, imprisoned and all of his legal actions filed in t he courts were

6   destroyed, (by Ninth Circuit, and U.S. District Court [Jewish] Judges in Los Angeles & D.C.),

7   actually converting USA's Constitutional principle of …..[see above title].

8          4- Prosecution/ U.S. Attorneys' misconducts, wrongdoings, abuse of power and

9   process, concealment and quash of evidences, (same as committed by federal prosecutors in

10   Detroit, Richard G. Convertini, and in Washington D.C. by TSA counsel in 9-11 cases), were

11   committed in collaboration with other governmental agencies and certain judges obeying and

12   performing official governmental policies and religious-political connections and support of

13   Israeli crimes, (for their own personal and cronies' gains and promotions), together with the

14   need for huge and unlimited amount of financial means and money for legal expenses, all

15   clearly existing and evident in Plaintiff's legal actions and the ones fabricated against him,

16   have also converted U.S. Courts to 'Fraud and Crime against Humanity', but not

17   performing judicial duties to 'Administer Justice'.

18     -Under above circumstances, whereas even the most serious violators of the human

19   rights of the prisoners in Abu-Gharaib in Iraq, Bagram in Afghanistan, Guantanamo Bay in

20   Cuba and other Prisons by the Allied forces have been set free and/or minor punishments;

21     - but for half-a-century and then by the United States SENATE ARMED SERVICE

22   and FOREING RELATIONS COMMITTEES Plaintiff / Karim-Panahi denied the most basic

23   rights and kept imprisoned.

24   //

# -II- *PARTIES:*

## a)- *Plaintiff(s):*

5- Plaintiff, PARVIZ KARIM-PANAHI, is a 67-years old senior, born November 09, 1938, in Tehran, Iran in a Muslim family, (40 years in the USA), with national-origin/ Iranian, race/ Middle-Easterner, religion/ Muslim, professionally against and opposed to corruption, defrauding and stealing from public-funds, (USA's, International and Iranians').

6- Unaware of the USA/CIA/Israeli and Corporate plans and policies to destroy Iranians and Middle-Easterners educated and professionals, Plaintiff with hope to establish profession, career, earn a decent living, pursue happiness, raise family, to be constructive to help humanity, society, family, nation and country, with hard work he with his family and country heavily invested on his educations and profession, as:

- Elementary and High School Diploma, 12 years; and
- "MASTER of SCIENCE in CIVIL ENGINEERING" Degree, Technical Faculty, University of Tehran, Tehran, Iran, , 1961; and
- "MASTER Of SCIENCE IN ENGINEERING" Degree, (major Geotechnical, minor Transportation), University of California, at Berkeley, USA, 1967; and
- Post-Graduate "CIVIL ENGINEER" / (Eq. Dr. Eng.), Degree, (major, Transportation & Traffic; minor, Operation Research), New York University, New York City, USA, 1972; and
- "PROFESSIONAL ENGINEER/PE", University of the State of New York, from 1974;
- " REGISTERED CIVIL ENGINEER/PE-RCE", State of California, from 1981; and
- Real Estate, laws, University of California Los Angeles, UCLA-Extension, ,1981;
- "Real Estate Broker License", State of California, since 1983; and
- Membership in Professional Societies.
- Legal studies and forced actual legal practice, (as *pro-se*).
- And many more.

7- At the time that Plaintiff earned above indicated university degrees and educations, not many post-graduates engineers/scientist existed in whole country/Iran and/or USA, (still USA officials have to use incentives for students to finish High-School or get GED).

-Plaintiff was not aware that USA/CIA and Israeli-agents/Jewish-Mafia and their corporations have devised master-plan for systematically destroying Iranians and Middle-Easterners educated/ scientists/ engineers/ ... to perpetuate and create their own monopoly, (winning international contracts, taking Nobel Prizes, ...).

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

8- Plaintiff was/is not member of any party, (right or left). Had no power, no financial backing, no army, no guns, no weapons of mass-destruction, and not knowledgeable and/or involved in making atomic/nuclear bombs, and. But

-For the only reason of performing his professional engineering duties in accordance to the laws, codes, contracts, plans and specifications, his opposition to corruption, opposed, objected, prevented and whistle-blew on stealing from and defrauding public-funds, (as January 17, 1994, Los Angeles- Northridge Earthquake Disaster Relief and Emergency Assistant Funds, Caltrans Transportation public-funds, and International funds, as Iranians'), for more than half-a-century, with help and protection of courts/judges, has been target of sadistic maniac retaliations, discriminations, blacklisting, derailing and violations by governmental-legislatures-corporate officials under control of Israeli-agents/Jewish-Mafia.

9- By filing complaints and legal action in the USA Courts and internationally, (as with the United Nations, No.: G/SO-215/1-USA, and specially established Iran-United States Claims Tribunal, in the Hague, the Netherlands,  Case No.: 182, see EXHIBIT ), Plaintiff tried in wane to stop and put an end to sadistic maniac acts of retaliations, resolve issues, and seek justice in a civilized and humane manner, or at least to document crimes against his family life.

10- The United States President in his State of Union address on Jan. 31, 2004, with regard to Iran and Iranians, inter alia stated that,

> "………………….Tonight, let me speak directly to the citizens of Iran: America respects you, and we respect your country.  We respect your right to choose your own future and win your own freedom.  And our nation hopes one day to be the closest of friends with a free and democratic Iran……"

But as the past half-a-century U.S. governmental-legislatures-corporate-judicial officials' operations against this Plaintiff are evidence, viciously and sadistically elements in every president's executive administration had no intention but to destroy every Iranians'/ (and other nations') educated, scientists, engineers, professionals, intellectuals, …….…….., unless participated and collaborated in Israeli/Jewish-Mafia operations to steal, defraud and loot public-funds in the USA, their own nations and  other parts of the world. //

## b)- *Defendants*:

11- Defendants of this Case are named in the Caption, (for brevity not repeated again), who partially are an assorted conglomerate of Executive-Legislature-Corporate and Judicial officials in USA, each helping, protecting and covering-up violations of the others.

-The sequence of each and/or group of defendants' violations are set forth in the following paragraphs/averments under part-IV, (Factual Background, Violations/Issues/ Crimes Common To All Causes of Action".

12- Constitution of United States of America mandates INDEPENDENCE of the Executive, Legislative and Judicial powers. But as actions against this Plaintiff are evidence, under control f Israeli-Agents/ Jewish-Mafia, they have been acting as collaborators and agents of each other, disregarded the constitution and laws, violated and denied his rights.

13- The Defendants from Executive-Congressional-Judicial branches had duty that with honesty and best of their abilities to act and implement the laws and constitution of the United States of America. But instead on the Plaintiff's cases they have been acting more as elements of Organized-Crime and Racketeer-Influenced-Syndicates rather than officials of a nation calling themselves the only super-power leader of the world.

14- U.S. Congress (Senate and House of Representatives) and their Committees affairs and hearings, are mandated to be conducted and run by their rules, as 'STANDING RULES OF THE SENATE' and 'STANDING RULES OF THE HOUSE'.

But with regard to Plaintiff all rules and laws ignored. It was/is the U.S. Army Special Agents (during Iraq War) and U.S. Attorneys who decided not to allow Plaintiff to be present in Congressional hearings and/or to be removed, arrested, put on malicious-trial, tortured and all his rights denied. Exactly the same way they conducted Abu-Graib in Iraq, Bagram in Afghanistan, Guantanamo Bay in Cuba, and other Prisons tortures and scandals.

15- Even inside U.S. Congressional Committees hearings, (as U.S. Senate FOREIGN RELATIONS and ARMED SERVICES Committees), it was the U.S. ARMY Special Agents, ex-Ambassador L. Paul BREMER, III, the [ex]-civilian-Administrator of the [now defunct] Coalition Provisional Administration/CPA of the Occupied-Iraq, and his

1   counterpart General John P. ABIZAID, the military-Commander of the U.S. Armed Forces

2   Central Command [in Occupied-Iraq], who were running the Committees, deciding to remove

3   Plaintiff from Committees/ Congress. But

4   not their Chairmen, (Senators John W. WARNER and Richard G. LUGARD), and/or

5   members (Senators and House Representatives), who were present, witness and/or directly

6   noticed violations of Plaintiff's rights but even did not have ability and/or courage to stop.

7         16- Defendants U.S. Army, U.S. Capitol Police and law enforcement duties are

8   supposedly to defend the nation's borders and enforce laws.  But

9       -To cover-up official corruption and CIA's and U.S. Armed Forces violations,

10  abductions, renditions, and tortures, (as in Abu-Gharaib in Baghdad, Bagram in Afghanistan,

11  Guantanamo Bay in Cuba, and other Prisons sandals), they are used, abused and reduced to

12  elements to protect officials' corruption and silence opposition, objector, and dissention.

13        17- Minority officials are supposed to be selected from people to promote the

14  Sprit of Martin Luther King, Jr.'s DREAMS and Rosa Park's BRAVERIES.

15  But the ones whom Plaintiff encountered were as façades, mostly assigned to their positions for

16  being in line, with no intention, mentality and devotion to promote minority rights and

17  elimination of four centuries of culture of slaveries, violations and denials of minorities rights.

18        18- U.S. Congress (Senate and House of Representatives) and their Committees

19  which are supposed to protect constitution and promote freedom, democracy and justice for

20  all, are converted to propaganda tool of Israeli Lobbies to protect their corruptions.

21      -Plaintiff's referring to Israeli/Jewish-Mafia or indicating some defendants as [Jewish]

22  and/or [Jewish-Mafia] have nothing to do with anti-Semitism issues. But it is in the same

23  context and meaning as the prosecutors are constantly using in their courts operations and/or

24  news interviews referring to 'Italian-Mafia', 'Mexican-Gangs', 'Columbian-Drug Lords',

25  'Muslim-Terrorists', Afghan-Warlords, ... to identify their groups and course of their actions.

26      -Plaintiff is and will be against corruption and stealing from public-funds no matter

27  who commit them, whether is committed by [Jews], Muslims, Christians, followers of other

28  religions, atheists and/or any nationality.

19- Certain Defendants and judges continue their violations to prevent Plaintiff from seeking removal of "**Star-of-David**", the foreign Israeli national symbol and the Jewish religious symbol, which in violation of USA Constitution and its Amendments of freedom and separation of religion, by Treachery and Treason is engraved and propagated:

-on the USA's Supreme Court's, governmental and State Department seals, flags, badges, insignias, stationery, cars, on back of one-dollar bills, courtrooms, etc.; and

-as symbol of certain Police and Sheriff departments, as Los Angeles County SHERIFF;

-also in violation of the State of California Constitution, protecting those applicants of employment who consider Saturday as a religious day, in preference to other religions.

20- It is not only the Republican U.S. House Representative from San Diego, California, Randy "Duck" CUNNINGHAM, (or Jack ABRAMOFF, lobbyist, …), who has/ have confessed and is/are convicted for committing corruption. But

-with Mafia tactics no one can talk and/or object to the California officials' and defendants Jewish-delegation's corruptions, (with other Israeli Spies, as Jonathan POLLARD and Lawrence A. FRANKLIN, … spying in Pentagon).

21- Senator Dianne Feinstein (and her husband) have amassed millions of dollars, buying mansion for $16 millions, with governmental salary!.

-Representative Tom LANTOS, claiming immigrated from Eastern Europe as a poor immigrant with no money  and no means, who ran Human Rights sub-Committee in U.S. Congress to cover-up crimes of Israeli officials, also has amassed $18 millions from government salary!, (as press reported).

They with others delegations named from California, or other states, (as Ileana Ros-Lehtinen, from Florida, 18th district), control U.S Congress and with manipulation of constitution and Congressional powers, and assigned judges, destroy any one against their corruptions as they wish, as Plaintiff, even by using evrry governmental organizations and instrumentalities to deny even food and p;lace to live,  protecting each other and  their cronies, political-religious allies.

1    22- Defendants at all levels with help of Jewish-Mafia elements have been

2    abusing the governmental-legislative-judicial powers in local, (as COUNTY and CITY of Los

3    Angeles), state of California, and USA government, legislatures, and Judiciary/Courts/Judges.

4    -For decades, as the legal actions of this Plaintiff are evidence, certain named

5    Defendants judges, as U.S. District [Jewish] Judges Earl H. CARROLL, Christina A.

6    SNYDER, and Mariana R. PFAELZER, in U.S. District Court for Central California, and

7    others in District of Columbia, and Circuit Judges in U.S. Court of Appeals for NINTH

8    CIRCUIT & District of Columbia CIRCUIT, with the Clerks of the Courts and certain

9    elements in the U.S. Supreme Court, have intentionally ignored their judicial duties and

10   constitutional responsibilities and helped to perpetuate violations and disregard for the laws

11   and  constitution.

12   23-These Judges and elements are selected not for their qualifications,

13   knowledge, devotion to  law, constitution, honesty, decency, courage, and impartiality; but

14   by cronyism, nepotism, political-religious connections, support of Israel, who have

15   created Judicial-Organized-Crime-Syndicates to cover-up officials corruptions and violations,

16   enriching, protecting each other…...,

17   If SADDAM, his family, government officials, legislatures  and his Judges are

18   put on trial, there are no reasons that these Defendants who have committed the same and

19   more than what Saddam could dream of shall be exempted from prosecution.

20   Their IMPEACHMENT is appropriate and requested.

21   //

22   24- All real-person Defendants, named and/or unnamed are sued in their official

23    as well as personal capacities.

24   They, (whether alive and/or dead), their spouses, children, families, administrators, cronies,

25   allies, and any one benefited from them are  considered liable and responsible for the damages

26   inflicted upon Plaintiff, his family, born and/or unborn children, and any one connected to

27   him.

28   25- 30- ……………..

-8-

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees,  Judges,  et al.)*

# -III-

## *JURISDICTION and Venue:*

Jurisdiction of courts are invoked under USA, International, and subject countries laws.

### *III-a)- Under USA Laws/ Constitution*:

31- Jurisdiction of U.S. District Courts under USA Laws is invoked pursuant to:

a)- Title 28 USC §1346, as the United States of America agencies are Party-Defendants;

b)- Title 28 of the United States Codes §1331 (existence of Federal question, violations of USA's Constitution, Racketeering Influenced & Corrupt Organizations Act 18 USC §§1964-et-seq., Tortures, 18 U.S.C. §2340, and Civil Rights Act 42 USC §§1981, 1983, 1985, 1986, 2000e et-seq, and that amount of damages are way over $10,000.00); and

28 U.S.C.§1343 (Civil Rights violations); §1332 (diversity of citizenship, as plaintiff is a middle-eastern Iranian descend); §1350 (Alien's action for Tort); §1357 (Injuries under Federal laws); §1358 (Eminent domain, taking Plaintiff's properties without just compensation); §1361 (Action to Compel Officers of United States to perform their duties legally); and

28 U.S.C. §§1365 & 6 (Action against Congress, Senate & House of Representatives).

d)- Title 28 USC §§ 2201&2, pleading for the declaratory-judgment proceedings.

e)- Injunctive Relief as authorized by 41 U.S.C.§351(c)(2) and 42 U.S.C. §§ 1981, 1983, 1985, 1986, 2000e-et-seq., Civil Rights Act, et-seq.

### *III-b)- Under International and Certain Countries Laws:*

32- Would be provided upon filing on international forums.

### *III- c)- VENUE:*

33- All the acts, violations, crimes, atrocities, tortures, genocides, and damages committed by Defendants are planned, designed, ordered, coordinated, implemented and executed intentionally in United States of America, in multi-districts as in the District of Columbia, and in the State of California, in the County and City of Los Angeles, all under jurisdiction of the United States of America, (and internationally).

-Venue of the United States District Courts for the District of Columbia, and for the Central District of California, are invoked under Title 28 USC §§ 1391, et-seq.

### III- d)-  *Incorporation of all Legal Actions:*

#### i )- *Plaintiff's Legal Actions:*

35-Seeking administration of justice and assuming honest, decent and impartial courts/judges as provided by the USA Constitution and Laws, Plaintiff filed many legal actions in the past decades. Plaintiff hereby invokes and incorporates all his legal-actions and complaints, their facts and issues filed with the courts, including the following last legal actions which in conspiracy and in collusion of Defendants of this case, while Plaintiff was taken as Political-Prisoner/Hostage, as would be set forth in Part IX averments/ paragraphs, all were dismissed and their appeals prevented, as:

- **Case No. CV-03-03-CBM**, short titled, *Parviz Karim-Panahi -v.- Congress, named legislatures, governmental, corporate officials, judges, Israel/Jewish-Mafia, et al.*,    filed  on Jan. 03, 2003, with United States District Court for Central District of California, Los Angels. Prevented to proceed by the Judge.

-**Case No. CV-03-0804-ABC/to SVW/to RGK/to AP/to EHC**, short titled: *Parviz Karim-Panahi –v.- Congress, named legislatures, governmental, corporate officials, judges, Israel/Jewish-Mafia, et al.*, originally filed on January 03, 2003  with  the Los Angeles County SUPERIOR  COURT as Case No.: **BC287976**, then REMOVED by the U.S. Attorney to the United States District Court for Central District of California, in Los Angels.
Then unlawfully and fraudulently in violation of the Constitution, laws and federal statutes, 28 U.S.C. §§144 & 455,  the Case was assigned to named party-Defendant of the Case, U.S. District [Jewish] Judge Earl H. CARROLL/EHC, (from Phoenix, Arizona), who unlawfully protecting himself Dismissed  the action.

Then under a fabricated Case No.: **99-80124** its Appeal was prevented to be filed and  to proceed by the NINTH CIRCUIT.  And

- **Case No. 03-CV-0219-RMC**, short titled :
*Parviz Karim-Panahi –v.- Congress, named legislatures, governmental, corporate officials, judges, Israel/Jewish-Mafia, et al*,  filed on Feb. 11, 2003,  with the U.S. District Court for District of Columbia, (upon getting out of Los Angeles, California to protect his life).

1   That the assigned Judge Rosemary Meyer Collyer, in collusion and collaboration with the U.S.

2   Congressional, (Senate and House), elements and their Legal and General Counsel even before

3   allowing response by served Defendants, (as William K. Rehnquist), Dismissed the action.

4       -Then, while Plaintiff was taken a Political-Prisoner/ Hostage, his Appeal No.: 03-5186

5   to U.S. Court of Appeals for the District of Columbia CIRCUIT, by assigned out of District of

6   Columbia Circuit judges, Paul R. MITCHEL, Jane R. RESTANI and Jone F. KEENAN, was

7   prevented to be briefed, and then with no appeal brief, dismissal confirmed.

8       -Then, while Plaintiff kept hostage/prisoners, under fraudulent operations of Clerk of

9   the U.S. SUPREME COURT  prevented to proceed. And

10      )- All other Cases filed in the United States Courts, at all levels of Federal and State, (as

11  in California and Virginia), and Administrative Courts and Boards.

12      -Case No.: G/ SO-215/1-USA/1, complaints with the United Nations Secretary

13  General and U.N. Human Rights Commission, since 1975; and

14      - Claim No.:182, with Iran-United States Claims Tribunal, in the Hague,

15  Netherlands, filed Dec. 18, 1981, (see Iranians Assets Litigation Reporter, by Andrews

16  Publication, PA, August 1992, pgs 21027-28-45-51), by governmental U.S. State Department

17  and County, City and Los Angeles Police Department  operations prevented  to proceed.

18  //

19          *ii )- re: Issues of Legal Actions regarding Tortures*

20          *Practiced in the Abu-Gharaib in Iraq, Bagarm in Afghanistan,*

21          *Guantanamo-Bay in Cuba & in Other Countries Prisons Scandals:*

22      36- Considering that following September 24 & 25, 2003, Plaintiff's asking from

23  Congressional Senate Committees for implementation and providing in USA the same

24  *"Freedom, Democracy and Justice"* promised to Iraqis and People of Middle-East, and his

25  warning of *'abuse and misuse of U.S. Armed Forces'*, subsequently he has been subjected to

26  actual torturous operations, false arrests and imprisonment, destruction of his legal actions

27  and tortures directly in coordination with the IRAQ-WAR by Defendants of this case.

28      -so all the facts and Reports with regard to Abu-Gharaib in Iraq, Bagram in

-11-

(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges,  et al.)

1    Afghanistan, Guantanamo Bay in Cuba and other Prisons scandals, issues of tortures and
2    violations of rights of the detainees/prisoners and rendition of arrestees, using dogs to have
3    detainees defecate and urinate on themselves, even murders and killing of detainees, as
4    investigated internationally and reported by U.S. governmental, U.S. Defense and other
5    sources, some low level elements responsible court martialed, whether litigated or not, in their
6    totality, hereby are incorporated as part of this legal action.

7    //

8              iii )- *Legal Actions re: Holocaust & Jewish Issues v. Germany and*
9                      *other governments; and Judgments/Orders in favor of*
10                      *American-Jewish families against Iranian Government Officials:*

11            37- All above category of cases, (for brevity not listed), in the United States
12    Judiciary and Court system, their issues, and judges' decisions, are incorporated as part of this
13    legal action for trial.

14    //

15    ### III-e)- *Other Issues:*

16            38- *Statutes of Limitation:* Under more than half-a-century un-civilized and
17    inhuman conditions, covert/overt operations, threats, tortures and attempted murder and
18    assassination, by defendants and/or their agents, and the help, retaliations and cover-up of the
19    Court/Judges; except enduring tortures and filing some legal actions to protect rights, to put
20    an end and stop violations, Plaintiff had no means to act, (all prevented to proceed and
21    dismissed). So no statute of limitation applicable and none has elapsed.

22            -As in the legal actions of Holocaust survivors, Jews against Nazis/Hitler,
23    no Statutes of Limitation on any criminal operations of Defendants is ruled expired.
24    Until without threats, coercions, harassments and terrors, under judicious atmosphere of
25    humanized and civilized conditions by honest, decent, impartial and courageous international
26    Judiciary/Judges/ Jurors the issues are adjudicated, no statute of limitation would expire.

27    //

28

39- *__Legal Help Requested__*:  As Plaintiff's legal actions are evidence and demonstrate how viciously and sadistically as Mad-Cow maniacs in the past decades certain Governmental (federal, California State, Los Angles County and City, Southern California Counties and Cities, Virginia State......... ),  Legislature-Corporate  officials and  Judiciary, have spent at least several hundred thousands of dollars/(possibly millions dollars) and wasted Courts/Judges times,

only to oppose and prevent this Plaintiff to implement his educations, professions and qualifications to  work to earn income to pay for his and his family living expenses, establish and/or re-establish family and career; and  to prevent him to prosecute and pay for his legal expenses.

- Plaintiff has prepared this legal action in *__Pro-Se__* under uncivilized and dehumanizing atmosphere of horror, terrors, retaliations, discriminations, black-listing and denials of the most basic human rights and needs, medical, food and home, imposed evictions/homelessness, and other savage tactics.

Under above circumstances no [American] attorney could sacrifice his/her profession, career, family and life to help.

So legal help and appointment of attorney is requested too.

//

40- ....

# *FACTUAL BACKGROUND,*
# *VIOLATIONS/ISSUES/CRIMES*
# *COMMON TO ALL CAUSES OF ACTIONS:*

## -IV-
### *Continuing Judicial - Ninth Circuit Disregarding and Denial of Constitution and Laws on Plaintiff's Legal-Actions; Forcing Seeking Congressional and International Help, Premeditated Conspiracies Operations*

*IV-a)- Before 9/11/2001*
  *Cover-Ups, Retaliations, Dismissal of Legal actions;*
  *Ninth Circuit unprecedented Judicial Fraud in the History:*

**41-** Karim-Panahi was unaware that after August 19, 1953, CIA and Israeli-Mossad/ Jewish-Mafia Coup in Iran, by plan and design certain USA governmental-legislatures-corporate and judicial officials had policy to destroy the lives and capabilities of every Iranian, Middle-Easterner, and other nations' scientists, engineers, businessmen, athletes, intellectual, ... who do not collaborate and help in stealing and looting their countries.

-Plaintiff tried to raise and litigated this issue in his previous legal actions and his Claim with IRAN-US Claims Tribunal, which were blocked, but are incorporated herein.

**42-** After 1979 Iranians Revolution, collaboration in defrauding and stealing from public-funds inside United States also became a pre-requisite to allow implementing profession and education to earn a living expenses.

**43-** Karim-Panahi in Los Angeles, California to provide for his child, to protect his rights, to stop and end acts of lawlessness, thieveries, defrauding public-funds, (federal, state, county..), retaliations, discriminations and denials of his rights, was forced to file many legal actions with the U.S. District Courts against private and public entities officials, mayors, governors, even the executive office of presidents who were directly involved in violations, (rather than violence as are being committed every day in work places),

1   (as: Cases No.: <u>CV-82-5215-RMP</u>, <u>CV-88-0003-TJH</u>, <u>CV-92-1256-JSL</u>, etc., against USA/CIA;

2   <u>CV-82-1557-RMT</u>, <u>CV-82-2175-RG</u>, <u>CV-83-940-CHH</u>, <u>CV-86-1002-WJR</u>, etc., against CITY of

3   LOS ANGELES and their contractors/consultants; <u>CV-91-6890-SVW</u>, <u>CV-95-6933-RMP</u>,

4   against State of California, Pete WILSON, and Department of Transportation/ Caltrans, ….

5   which with judicial corruption in the District Court and Ninth Circuit, covering-up and

6   protecting each other, all were dismissed.

7   Then by fraud faced the same fate in the U.S. Supreme Court.

8       44- After January 17, 1994 Northridge Earthquake in Los Angeles area,

9   Plaintiff as a [temporary] employee of the Governor's Office of Emergency Services of the

10  State of California in performing his engineering professional duties had to object, oppose,

11  prevent and whistle-blow on operations to steal and defraud billions of dollars

12  Congressionally approved  Disaster Relief and Emergency Assistant federal public-funds

13  provided through Federal Emergency Management Agency/ FEMA, helped and committed

14  during gubernatorial and congressional elections year by certain California State Governor's

15  Office of Emergency Services, Caltrans, Los Angeles City and County officials and their

16  engineering consultants/contractors, Jewish Home For the Aged and its certain [Jewish]

17  contractors,  all cronies and allies of the California Congressional [Jewish] legislatures from

18  Los Angles, (as named in Caption, Dianne Feinstein,………).

19      45- Plaintiff reported and filed complaints with FEMA and other state and

20  federal authorities and law enforcement regarding above defrauding federal public-funds.

21  Rather than appreciation, help and protection, Plaintiff became target of more retaliations and

22  discriminations, police, IRS, EEOC, .. and their state counterparts, State Franchise Tax Board,

23  .. actions, and immediately was terminated by the California Governor's Office.

24  Then by abuse of power by fraud the California Personnel Board prevented and denied his

25  petition to investigate/ hear.

26      46- On October 16, 1995, Plaintiff filed a legal-action Case No.: <u>CV-95-6933</u>,

27  titled: <u>*Parviz Karim-Panahi –v.- Pete WILSON, Governor's Office of Emergency Services, et al.,*</u>

28  in the U.S. District Court for Central California in Los Angeles. The Case was assigned to U.S.

1    District [Jewish] Judge Mariana R. PFAELZER/ MRP as <u>CV-95-6933-MRP</u>, who previously

2    in 1982 had been assigned on another Karim-Panahi's Case against USA/ CIA, Case No.:

3    <u>CV-82-5215-RMP</u> who prevented to proceed and dismissed it. Dismissed this case too.

4        -Plaintiff 's Appeal No.: <u>96-55843</u> to the Ninth Circuit, (131 F.3d 147, 1997); and his

5    Petition No.: <u>97-9138</u> to the U.S. Supreme Court for Writ of Certiorari, through operations of

6    Clerks and courts were useless, (525 U.S. 838, 119 S.Ct. 98, 142 L.Ed.2d 78, (Oct. 05, 1998)).

7        47- On June 19, 1996, upon FEMA's investigation, and confirmation of

8    Plaintiff's allegations, and removal of some of FEMA and OES official, with FEMA's

9    approval, according to law, Plaintiff submitted a False-Claim Act legal-action which was filed

10   in camera, as Case No.: <u>CV-96-4376</u>, short-titled: *in the name of United States of America,  ex-*

11   *Rel.  Parviz  Karim-Panahi -v.- Governor's Office of State of California, et al.,* in the U.S. District

12   Court for the Central California in Los Angeles. Again the case was re-assigned to the U.S.

13   District [Jewish] Judge Mariana R. PFAELZER/MRP, numbered as <u>CV-96-4376-MRP</u>.

14       -During 1996 presidential election, for political reasons, again rather than help the

15   United States Attorney in collaboration with Congressional, California State and Los Angeles

16   County and City officials, named party-defendants of the Case, took part in retaliations, black-

17   listing and discriminations, refused to help, pressuring Karim-Panahi to drop the Case.

18       48- On June 19, 1997, Plaintiff/ Karim-Panahi was forced to file another legal

19   action with the  U.S. District Court for Central California, in  Los Angeles,  filed as  Case

20   No.: <u>CV-97-3969</u>, short-titled, *Parviz Karim-Panahi –v.- CIA, Israel, named Judges, et al.*.

21   This case despite the fact that the U.S. District [Jewish] Judge Mariana R. PFAELZER/ MRP

22   was a named party-Defendant of the Case, (with California Congressional [Jewish] delegates,

23   ……..), again was re-assigned to her, as <u>CV-97-3969-MRP</u>.

24       49- To cover-up operations to defraud Federal public-funds and dismiss above

25   legal actions/cases, named party-Defendant of the case/(and this case) U.S. [Jewish] Senator

26   Dianne FEINSTEIN from California and collaborators devised a new trick.

27       -Senator Feinstein fraudulently nominated  [Jewish] Christina A. SNYDER, an ex-Law-

28   Partner of  [Jewish] Judge Mariana R. PFAELZER for federal judgeship in Los Angeles.

1    U.S. Senate immediately approved her. Then

2            -Mariana R. PFAELZER/ RMP illegally transferred both of the above indicated Cases,

3    **CV-96-4376-MRP** and **CV-97-3969-RMP** to her ex-law-Partner Christina A. SNYDER. The

4    Cases became **CV-96-4376-CAS** and **CV-97-3969-CAS**. Then [Jewish] Judge Christina A.

5    SNYDER without any hearing and/or trial on June 29, 1998, dismissed both cases.

6            50- Karim-Panahi filed Appeals Nos.: **97-70885** & **97-56318** & **98-56419** &

7    **99-55139** on Case No.: **CV-96-4376-MRP/CAS**, and Appeals Nos.: **97-70885** & **97-56316** &

8    **97-56753** & **98-56498** on Case No.: **CV-97-3969-MRP/CAS** with the U.S. Court of Appeals for

9    NINTH CIRCUIT. But

10           -with operations of corrupt Ninth Circuit [Jewish] Judges, Commissioner and the

11   Clerk, named defendants, devised a new judicial fraud, fabricated Case No.: 99-80124, issued

12   an Order called "Prefiling-Review Order", based on which dismissed all appeals, (see below).

13        **51- _Ninth Circuit Fabricating Case No.: 99-80124,_**

14   **_To Prevent To File-Proceed on Appeals; Unprecedented Judicial Fraud in History:_**

15   On June 20, 1999, whereas at the time Karim-Panahi had no Appeal before Ninth Circuit,

16   without any jurisdiction and without any power, in continuing judicial fraudulent operation,

17   the Ninth Circuit judge Mary M. Schroeder, (from Phoenix Arizona), Appeal Commissioner

18   and the Clerk office fabricated and opened a new Case No.: **99-80124** against Karim-Panahi

19   as 'Pre-filing Review Order'. This Order barred Karim-Panahi from filing any Appeal unless

20   filed by an Attorney, (whereas the same court and lower courts were refusing to assign any

21   attorney, and had kept him black-listed, cutting all means of his livelihood).

22           52 – From June 20, 1999, through above fabricated Case No.: **99-80124**,

23   Karim-Panahi's Appeals to the NINTH CIRCUIT on the above two legal actions,

24   (**CV-96-4376-MRP/CAS** and **CV-97-3969-MRP/CAS**), and all of his other Appeals to this date/

25   (year 2006), in direct violation of the U.S. Constitution and Statutes have been prevented to be

26   filed and to proceed.

27           Above is a Judicial devised fraud unprecedented in the history of man kind.

28           53- Karim-Panahi's 'petitions for writ of certiorari' on the above two Cases and

1   their appeals, filed with the Supreme Court of the United States, No.: <u>99-7075</u>, through

2   operations of the Clerk and the Court of defendant William H. REHNQUIST were useless.

### 54- <u>*U.S. Supreme Court Orders To Prevent Filing Petitions:*</u>

4   Then on June 19, 2000, through dishonest operations of U.S. Supreme Court Clerk's office and

5   approval of the [deceased] William H. REHNQUIST, then Chief-Justice, by another fraud

6   the Court issued an ORDER on Petition No.: <u>99-9517</u>, that would prevent Karim-Panahi for

7   ever to file any civil petition with the U.S. Supreme Court unless paying the Fee. Whereas

8   by operations of the Courts, Karim-Panahi had been kept blacklisted and all means of his

9   income and livelihood cut off, (see 530 U.S. 1241, 120 S.Ct. 2705 (Mem), 147 L.Ed.2d 959).

10   -Then on October 02, 2000, the U.S. Supreme Court DENIED REHEARING.

11   (see 531 U.S. 808, 121 S.Ct. 40 (Mem), 148 L.Ed.2d 11, U.S., Oct. 0, 2000).

12   55- Subsequent to the above operations of corrupt Circuit judges of Ninth

13   Circuit and the U.S. Supreme Court, in direct violation of the U.S. Constitution and laws,

14   to this date all and every of Karim-Panahi's Appeals and Petitions are prevented to be filed,

15   proceeded/ prosecuted and/ or documented.

16   -a gross miscarriage of justice and fraud against United States Constitution.

17   //

### 56- <u>*Continuing Defrauding/ Stealing from Disaster Public-Funds:*</u>

19   Above judicial cover-ups and disregard for laws, encouraged California State, (as Department

20   of Transportation/Caltrans) and Los Angeles County and City Officials, and their contractors/

21   consultants to defraud and steal from Disaster Relief and Emergency/ and non-emergency

22   Assistant public-funds.

23   57- During 1996 and 1997, Karim-Panahi as a professional engineer monitoring

24   and controlling construction of engineering projects for California Department of

25   Transportation funded by FEMA, as mitigation to prevent disaster faced operations to

26   defraud and steal from public-funds.

27   -Upon his objections, terminated, never rehired; whereas every year billions of dollars

28   transportation projects are under design and construction in California and Los Angeles.

1    -One project was "STRUCTURES SEISMIC RETROFIT" at Harbor and Santa

2    Monica Freeways/ 10 & 110 in Los Angeles downtown, as mitigation to prevent extensive

3    damage to the freeways and ramps in the event of high magnitude earthquakes.

4    -another was "FLOOD DAMAGE RESTORATION" project at Highway 50, between

5    Sacramento and Lake Tahoe, restoring damaged Highway by flood after previous year fire.

6    58-  During 1998-99, Karim-Panahi as a professional engineer monitored and

7    controlled construction of engineering project called "Arena Drain & Pump Station" in the

8    City of El Segundo for the Los Angeles County. The project was funded by FEMA as

9    mitigation to prevent future flood damages in part of City of El Segundo.

10    -In performing his engineering professional duties Plaintiff observed and had to object,

11    oppose, prevent and whistle-blow, and reported to the U.S. Attorney and California Attorney

12    General in Los Angeles on operations to steal and defraud Congressionally approved federal

13    assistant public-funds, committed with direct knowledge of certain county officials.

14    -County Officials ordered the Consultant to terminate Plaintiff, never hire him. Then

15    they also prevented his hiring by the County, (while the County was spending billions of

16    dollars on public-works and metro-rail projects.

17    Subsequently without any income unable to pay rent was evicted by the Los Angeles County

18    Superior Court and SHERRIF Department from his residence.

19    61- On March 26, 2001, Karim-Panahi  had to file another legal action against

20    Los Angeles County, its Board of Supervisors, [Jewish] Supervisor Zev Yaroslavski, with the

21    U.S. District Court in Los Angeles, filed as Case No.: <u>CV-01-2788</u>, short-titled: <u>*Prviz Karim-*</u>

22    <u>*Panahi –v.- Los Angeles County, et al.*</u> , (in addition to the above indicated legal actions).

23    -By which also requested removal from Los Angeles County Sheriff Department's

24    Flags, Badges, Cars, ........., the "STAR-OF-DAVID", a foreign Israeli national symbol and a

25    Jewish religious symbol which by treachery and treason was engraved-emblematized in them.

26    62- Above Case was assigned to Honorable U.S. District Judge Dickran

27    TEVRIZIAN and [Jewish] Magistrate-Judge (AJWx), as CV-01-2788-dt(AJWx). But

28    the judge by honesty self-recused and removed himself and Magistrate from the Case. So

1    63- Karim-Panahi's asked for assignment of the Case to out of the Ninth Circuit

2    judge(s), (who were named defendants in his other legal actions). But

3    -in continuing fraudulent operation, the Ninth Circuit chief judge Mary M. Schroeder,

4    (from Phoenix Arizona), assigned the Case No.:<u>CV-01-2788</u>  to another judge in the Ninth

5    Circuit, U.S. District  [Jewish] Judge,  Earl H. CARROLL/EHC (from Phoenix, Arizona).

6    -Judge Carroll was/is an ex-presiding judge/member on Foreign Intelligence

7    Surveillance Court, Alien Terrorist Removal Court, and [Arizona] Governor's Council on

8    Intergovernmental Relations, with intention to attach Plaintiff to those issues.

9    Case became CV-01-2788-EHC. //

10    64- In year 2001, by above officials' operations under direct help and protection

11    of the courts/ judges denying the most basic rights; to earn some income Plaintiff was forced

12    to file with Social Security Administration for forced-early-Retirement at age 62.

13    65- Upon forced retirement Karim-Panahi became aware that with vicious,

14    malicious and sadistic plans and policies through discriminations and blacklisting, not only

15    certain governmental-legislative-corporate-judicial officials, defendants of his legal actions,

16    had planed that he be denied normal life during his young and middle-age years; but

17    also to be subjected to torturous life during his old and senior-age years, with no income

18    and/or worthless insufficient Social Security income to live on.

19    -Then in collaboration with US-IRS and California State Franchise Tax Board, by

20    games were harassing Plaintiff falsely claiming income to pay taxes on them. Whereas paid

21    lower than poverty line set by the USA and California governments.

22    66- On March 14, 2001, Karim-Panahi, filed an appeal on the amount of social

23    security payment income to be heard by SSA-Administrative Court/ Judge.

24    -But as will be set forth, by fraud in continuing governmental unlawful operations,

25    for four years, until 2005, the SSA Administrative Court did not act, until he was incarcerated

26    through Congressional operations. When they put a hearing date that he did not receive and

27    not able to attend the hearing. then dismissed the case and its Appeal.

28    67-to-70- ...............//

-20-

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1    ***IV-b)- After 9/11/2001, Cover-Ups, Retaliations, Dismissal of Legal actions:***
2    ***Prevention of Removal of " Star-of-David" from***
3    ***USA Flags, Badges, Seals… by [Jewish] Judges-Officials:***

5    **71-** After 9-11-2001, taking advantage of the additional atmosphere of horror
6    and terror against Middle-Easterners, Muslims and Iranians,
7    the U.S. District [Jewish] Judge Earl H. CARROLL not only disregarded and prevented
8    removal of "Star-of-David" from L.A. County governmental Sheriff flags, badges, ………; but
9    -also to this date encouraged the Defendants Los Angeles County officials in continuing
10   their denials of Plaintiff's rights, retaliations, discriminations and even denial of food and
11   providing housing, and repeatedly refused implementing statutes and laws to protect Plaintiff
12   from violations, or at least issuing restraining/ injunction order, subsequently provided means
13   that the County on January 2003 to evict Plaintiff from residence, (obviously from being
14   unable to pay rent), then disabling him to proceed and prosecute his legal actions.

15   **72-** ***Filing New Legal Actions***:   On January 02, 2003, under above
16   circumstances and upon his eviction, Plaintiff/ Karim-Panahi was forced to file new legal
17   actions to protect his rights, as:

18   **a)-**  **Case No. CV-03-03-CBM**, short titled, ***Parviz Karim-Panahi –v.- Congress,***
19   ***named legislatures, governmental, corporate officials, judges, Israel/Jewish-Mafia, et al.***, filed
20   with U.S. District Court for Central District of California, in Los Angels, against collective
21   assortment of certain defendants, as California State legislatures to U.S. Congress, ([Jewish]
22   Senators Dianne Feinstein, Barbara Boxer, [Jewish] House Representatives Tom LANTOS,
23   Henry A. WAXMAN, Mel LEVINE, Howard BERMAN, Brad SHERMAN, et al., and certain
24   of California State, Los Angeles County and City officials,  and certain  [Jewish] Judges as
25   Earl H. CARROLL, Christina A. SNYDER, and her ex-Law partner Mariana R. PFAELZER.
26   -Without assigning to any judge, the named party-Defendant Consuelo B. Marshall
27   denied waiving of fee-cost and dismissed it.
28   -Again under fabricated Appeal Case No.: **99-80124**, illegally and in violation of
29   statutes, laws and U.S. Constitution, by Order of named party-Defendants panel of corrupt

1    Ninth Circuit judges  Karim-Panahi's Appeal was prevented to be filed and to proceed.

2         b)- **Case No.: CV-03-804**, short titled, *Parviz Karim-Panahi –v.- Congress, named*

3    *Legislatures, Governmental, Corporate officials, Judges, Israel/Jewish-Mafia, et al.*, as above

4    case, in the United States District Court for the Central District of California, in Los Angels.

5         -This Case originally was  filed on January 12,  2003,  by Karim-Panahi  in  the

6    Superior Court of State of California for Los Angeles County, as Case No.: **BC287976**, but

7    on March 13, 20003, was REMOVED by the United States Attorney to the U.S. District Court.

8         -Before its REMOVAL, the Superior Court Judge Ordered and Los Angles County

9    Marshals served the SUMMONS and COMPLAINT on some of the named Defendants.

10   But certain  California Congressional [Jewish] Legislatures, (as Senators Dianne FEINSTEIN,

11   and Barbara BOXER, House Representatives Tom LANTOS, Henry A. WAXMAN, Mel

12   LEVINE, Howard BERMAN, Brad SHERMAN), claimed they shall be served in Washington.

13        -As will be set forth, despite the fact that many U.S. District Court Judges  in  Los

14   Angeles, (as Honorables Audrey B. COLLINS/ ABC, Stephen V. WILSON/ SVW a named-

15   Defendant, R. Gary KLAUSNER/ RGK, and Percy ANDERSON/ PA), self-recused,

16   disqualified and removed themselves; but

17        -Again by collusion and continued  judicial-fraud in direct violation of Federal Statutes

18   the Case was assigned to the U.S. District [Jewish] Judge Earl H. CARROLL/ EHC from

19   Arizona-Phoenix District Court, who him self was/is named party-Defendant.

20        - The U.S. District [Jewish] Judge Earl H. CARROLL/ EHC from Arizona-Phoenix

21   District Court, had no authority to hear any case in U.S. District Court for Central California,

22   in Los Angeles, (except CV-01-2788 fraudulently assigned by Ninth Circuit chief judge Mary

23   M. SCHROEDER, (from Phoenix, Arizona)).

24        - More over the U.S. District [Jewish] Judge Earl H. CARROLL/ EHC,  was named as a

25   party-Defendant of the Case and in accordance to 28 U.S.C. §§ 144 & 455, had no authority to

26   preside and issue judgment on a Case who himself was named a party-Defendant, (no matter

27   whether the case had merit or not and its validity).

28        -Then without any hearing and without fear of impeachment and to be prosecuted on

1    JULY 24, 2003, dismissed the Case.

2           -Again Ninth Circuit by fraud through "pre-Filing Review Order" on Dec. 16, 2003,

3    prevented to file and proceed on Notice-of-Appeal filed September 16, 2003.

4          c)- **Case No. 03-CV-219-RMC**, short titled, *__Parviz Karim-Panahi –v.- Congress,__*

5    *__named legislatures, governmental, corporate officials, judges, Israel/Jewish-Mafia, et al.__*, filed on

6    February 11, 2003, with United States District Court for District of Columbia, in Washington.

7          -To prevent Karim-Panahi from immediately serving the Summons and Complaint on

8    the Congressional and other named-Defendants/ Judges, by fraud  the Clerk of the Court,

9    Nancy Mayer-Whittington and her chief operations deputy, Mr. Gregory Hughes, ordered that

10   original-SUMMONS shall be issued for each Defendant separately, (contrary to normal

11   situation and in California which disregard of the number of Defendants only one Original

12   Summons is issued). This Clerk's act created delay and problem for Plaintiff, while  provided

13   governmental-legislative-judicial defendants, the U.S. Senate Legal Counsel and House

14   General Counsel, and the United States Attorneys in D.C. and in Los Angeles chances to devise

15   means to prevent service of Summons and Complaint. Then by

16         - On July 18, 2003, by coordinated operations had the Complaint(s) in Washington D.C.

17   (and in Los Angeles, California), to be dismissed by assigned Judge Rosemary Meyer Collyer,

18   (and  Earl H. CARROLL), They did not allow any defendant, even those served, as the U.S.

19   Supreme Court Chief Judge, William H. REIHNQUIST), who was properly served to filed

20   ANSWER.

21         On July 21, 2003, Plaintiff filed his Notice-Of- Appeal from Dismissal Order

22   which Appeal No.: 03-5186 in the United States Court of Appeals for District of Columbia

23   Circuit was docketed.

24         d)-  **Case No. 03-CV-1844-EGS**, short titled,  *__Parviz Karim-Panahi –v.- Rust,__*

25   *__Washington Area Metropolitican Transportaion Authority/ WAMTA, et al.__*, which was filed on

26   May 11, 2003, with United States District Court for District of Columbia, in Washington.

27   For direct discrimination and retaliations against national-origin, race, religion, ......

28         e)-  Additionally governments of the State of Virginia and its Attorney General, and

1  Fairfax County, and some corporations, to support and protect their Senator party-Defendant

2  John W. WARNER, also took part in denying and cutting all means of Plaintiff's livelihood,

3  unemployment insurance, housing and even food-stamp, (not named defendants in this action).

4          73-to-74-....

5  //

6          ***IV-c)- Seeking Help & Protection from Congressional(Senate & House)***

7          ***Committees & Members for Providing in the USA the Same***

8          ***"Freedom-Democracy-Justice" Promised by***

9          ***'Afghanistan & Iraq-Wars' To the People of Middle-East & Iraqis:***

10

11          75- Under the prevailing dehumanizing and uncivilized atmosphere and lack of

12  any judicial honesty and administration of justice, considering that

13  the President of the United States of America Mr. George W. BUSH by the IRAQ-WAR was

14  promising "***Freedom, Democracy and Justice***" for the people of Middle-East and Iraq;

15          -so Karim-Panahi sought help and investigation from U.S. Congressional (Senate, and

16  House of Representatives) Members and Committees, (as well as from U.N.), in implementing

17  the same '***freedom, democracy & justice***' here in the USA.

18          - From March to September 2003, Plaintiff also took part in many other Congressional

19  (Senate and House of Representatives) Committee Hearings.

20          76-On March 11, 2003, at the Senate Judiciary Committee hearing on terrorism,

21  conducted by Chairman Orin HATCH, for testimonies of Messrs. John C. ASHCROFT then

22  U.S. Attorney General, and Tom RIDGE, then U.S. Secretary of Homeland Security

23  Department, and Robert MUELLER head of Federal Bureau of Investigations/ FBI,

24          -without interruption and interference on testimonies, Plaintiff asked the Chairman

25  and witnesses for investigation of half-a-century violations of his rights by certain officials

26  from both Democratic and Republican Administrations.

27          -Chairman Hatch assigned Committee's Chief Legal Counsel Mr. Delrahim and

28  promised to pursue investigation.

1            **77-** On September 03, 2003, at the Senate Judiciary Committee hearing on

2    Nominations for Ninth Circuit and Southern California District Court, after statements of

3    California Senator Barbara BOXER, claiming availability of justice in California;

4    -Karim-Panahi with direct and tacit approval of the Chairman addressed the Committee that,

6         *"Mr. Chairman: my name is Parviz Karim-Panahi from southern California.*

7         *This Senator and Senator Dianne FEINSTEIN and the Senators before them have*

8         *created the most corrupt judiciary, Federal Judiciary, in California….."*

9    Plaintiff's above statements are published by U.S. Government Printing Office, at page-612 of:

11                  **"CONFIRMATION HEARINGS ON FEDERAL**
12                            **APPOINTMENTS**
13                              **HEARINGS**
14                              **BEFORE THE**
15               **COMMITTEE ON THE JUDICIARY**
16                  **UNITED STATES SENATE**
17               **ONE HUNDRED EIGHT CONGRESS**
18                        **FIRST SESSION"**

19           **78-** On ………………2003, hearing at Senate Governmental Reform Committee

20   co-Chaired by Senators Susan COLLINS and Arlene SPECTER, arranged by Israeli-Lobby

21   and supporters for testimony of the ex-Ambassador of Israel, falsifying facts against Middle-

22   Easterners, Palestinians and Iranians.

23        -Plaintiff stated his input about Israeli crimes, violations and corruptions.

24        Senator Arlene Specter promised Karim-Panahi invitation to testify.

25           **79-** On      2003, hearing at the House Subcommittee on he Middle-East and

26   South Asia of the Committee on International Relations, chaired by [Jewish} Ileana Ros-

27   Lihtinen on Iran , Plaintiff brought up crimes of Israel.

28           **80-** On        2003, hearing at the House Governmental Reform chaired

29   by Tom DAVIS on the payments of Holocaust Insurance by other nations and companies,

30   Plaintiff brought the issue of Israeli-Agents/ Jewish-Mafia converting USA to practical

31   Holocaust and actual Gulags.

32   //

### IV-d)- *Conspiracy To Arrest, Imprison, Torture, Destroy Legal Actions:*
### *- Violation of Constitutional Independence of Congress by*
### *U.S. Army Personnel, General Abizaid & Paul Bremer;*
### *-Attack By U.S. Army Agents in Senate Committees:*

81-Under Constitution of the United States, Legislative-Executive-Judiciary powers are 'independent'. Congress (Senators and House Representatives), shall conduct their responsibilities independently from other branches of government.

- Congressional (Senate and House of Representatives) operations are to be conducted under each house rules, independent of executive and judicial interference. But for the only reason that Plaintiff stated his opposition to corruption, independence of power ignored then operations converted to Organized-crime-syndicate acts against plaintiff.

82- U.S. Senate Committees and Subcommittee hearings and members shall be conducted according to 'STANDING RULES OF THE SENATE'.

- In conduct of U.S. Senate Committees public hearings, Chapter 26, Committee Procedures, Rule- 5(d) states that:

> **25- 5(d): Whenever disorder arises during a committee meeting that is open to the public, or any demonstration of approval or disapproval is indulged in by any person in attendance at any such meeting, it shall be the duty of the Chair to enforce order on his own initiative and without any point of order being made by a Senator. When the Chair finds it necessary to maintain order, he shall have the power to clear the room, and the committee may act in closed session for so long as there is doubt of the assurance of order.**

which clearly mandates control of the Senate Committees only by Committee's Chairman.

83- *U.S. ARMY Special Agents, L. Paul BREMER, III, Security Details Disregard For Independence of Congress/ Senate:*

On September 24, 2003, at about 9:30 a.m., Senate Committee on FOREIGN RELATIONS, chaired by Senator Richard G. LUGAR, conducted hearing regarding funding IRAQ-WAR budget, at  Room 216 of Senate HART Office Building, with witness testimony of  L. Paul BREMER, III, then Administrator of Coalition Provisional Authority/CPA of Occupied Iraq. The hearing was broadcasted live by news media.

84- Chairman Senator Lugar, and witness, L. Paul Bremer, III, at the hearing were promising providing "Freedom, Democracy and Justice" for Iraqis and people of Middle-East.

-without any disruption and/or interfering any testimony, whereas the Committee's Chairman Senator Lugar, based on his power under Rule 26-5(d), tacitly and actually allowed, approved and let Plainitff/ Karim-Pnahai to state that:

> "*Mr. Chairman,  my name is Parviz Karim-Panahi,*
> *I am an Iranian, Middle-Easterners, 37 years in USA.*
> *If United States can bring 'freedom, democracy and justice'*
> *to the Iraqis and People of Middle-East,*
> *Why the same are not provided here in the USA*?! ......"

85- Upon above statement, without any permission, direction and/or authorization from Chairman Lugar, as required and mandated by Rule 26-5(d) of the Standing Rules of the Senate, and without any authority in the Senate, and without any warning, under direction, order, direct and tacit approval of Defendant L. Paul BREMER, III,  who had no authority, but acting as they are in Occupied-Iraq,

-suddenly several plain-cloth United States ARMY SPECIAL AGENTS, Security Details of BREMER,  while refusing to introduce themselves,  (year later one of their names was disclosed as 'Thomas Mathew ROMERO' from U.S. Army Criminal Investigation Division, ...................... but others not identified),

- unlawfully and without any authority physically attacked KARIM-PANAHI/ Plaintiff, interrupted his statement, and forcefully dragged him out of the Committee's hearing room.

86- Then out side of the Senate Committee on Foreign Relations hearing room, again unlawfully and without any authority ordered an uniformed U.S. Capitol Police Officer to prevent Plaintiff to return, and illegally without any authority ordered the U.S. Capitol Police Officer with no probable cause to put Plaintiff under arrest.

87- Above actions in paragraphs/averments 85 & 86 were committed in direct violation of independence of the Senate Legislative body and "Standing Rules of the Senate", Rule 26-5(d), conduct of Committee procedures during public-hearings, and disregard of

1    Committee's Chairman Senator LUGAR's existence, his power and independence.

2    88- During unlawful forceful removal by the Army Special Agent (Defendant

3    Thomas M. ROMERO), Karim-Panahi asked :

4

5    *"__Mr. Chairman, [Lugar] is this the kind of 'Freedom and Democracy'__*

6    *__you want to Provide for the people of Iraq and Middle-East__?!".*

7

8    89- Senator Richard G. Lugar the Chairman of the U.S. Senate FORERIGN

9    RELATIONS Committee, despite his responsibility, did not exercise his power and authority,

10    at that moment and later during the course of fabricated malicious prosecution, to interfere to

11    protect Karim-Panhi, even after being subpoenaed.

12    -The above was committed, even after Second-Session of the 108th Congress was

13    provided and on January 21, 2004, passed its 'SENATE RESOLUTION-286'.

14    90- Also the present members of the Committee did not exercise their

15    responsibility, at that moment and later during the course of fabricated malicious prosecution,

16    to protect Karim-Panahi's rights. Despite the fact that they were subpoenaed.

17    -The above was committed, even after Second-Session of 108th Congress was provided

18    and on January 21, 2004, passed its 'SENATE RESOLUTION-286'.

19    91- After removal, [on September 24, 2003], from Senate Foreign Relations

20    Committee Hearing, considering that U.S ARMY Special Agent Thomas Mathew ROMERO,

21    (and Paul BREMER), had illegally and without any authority ordered Plaintiff's arrest;

22    -So the U.S. Capitol Police Officer performed his honest duty and did not obey the

23    illegal and unauthorized order, made no arrest and released Plaintiff.

24    92- Then on the same day, September 24, 2003, Karim-Panahi attended Senate

25    Appropriations Committee hearing on the testimony of the U.S. Secretary of Defense Donald

26    RUMSFELD, in the morning. And

27    -Then in the afternoon attended testimony of General Abizaid and Paul Bremer at the

28    House of Representatives Appropriations Sub-Committee hearing.

29    93-to-94- ……..

1         ***IV-e)- Premeditated Conspiracies To Cover-Up Violation of***
2         ***Constitutional Independence of Congress/Senate by***
3         ***U.S. Army Personnel, Paul Bremer & General Abizaid;***

4
5         ***Unlawful Arrests, Imprisonment, Tortures,……..:***
6         ***Same as Disclosure of Abu-Gharaib,..… Prisons Scandals:***

7        **95-** On September 25, 2003, at about 9:30 a.m. there was another hearing with

8    regard to funding budget of Iraq-War, at Room 216 of Senate HART Office Building, by the

9    U.S. Senate ARMED SERVICES Committee. The Committee and hearing was Chaired by

10   Senator John W. WARNER, with testimonies of witnesses L. Paul BREMER, III, then civilian-

11   Administrator of Coalition Provisional Authority of Occupied Iraq, and his military-

12   counterpart General John P. ABIZAID, head of U.S. Armed Forces Central Command

13   operating in Occupied Iraq.  Hearing was broadcasted live by news media.

14       **96-** ***Premeditated Conspiracy To Arrest, Imprison, Tortures, …………..***

15   *same as  Abu-Gharaib, Afghanistan and Guantanamo Bay Prisons Scandals:*

16   To seek for investigation of the U.S. ARMY SPECIAL AGENTS/ Thomas Mathew ROMERO

17   and L.Paul BREMER, III, in previous-day, (September 24, 2003), their operations, violations

18   of and disregard for the Constitutional Independence of Congress/ Senate, its Committee,

19   'Standing Rules of The Senate', and lack of respect for Chairman Lugar, at the Senate

20   FOREIGN RELATIONS Committee hearing, Karim-Panahi attended the above hearing.

21       **97-** Again Chairman Senator WARNER and both witnesses, L, Paul BREMER,

22   III and General John P. ABIZAID,  were promising  "Freedom, Democracy and Justice"

23   for Iraqis and the people of Middle-East.

24     -Without any disruption and/or interfering testimonies, Plaintiff warned that:

25
26     ***"Mr. Chairman, … I am from Middle-East,………***
27     ***the U.S. Armed Forces are being  abused and misused …………"***

28
29     -when Chairman Warner, immediately in premeditated and preplanned conspiracies

30   with the U.S. ARMY SPECIAL AGENTS, certain Senate staff, and the U.S. Capitol Police,

31   pre-arranged, issued some order to uniform Officers, (while Plaintiff could not hear).

1    **98-** Then immediately Plaintiff was unlawfully and without any reason, and

2    without probable cause attacked by pre-positioned plain-cloth and uniformed-Officers as

3    James PUNDY and his partner(s). They dragged Plaintiff out of the Committee hearing room,

4    put him under unlawful arrest, no charge or his rights were read, hand-cuffed, while waiting

5    for the U.S. ARMY Special Agent Thomas Mathew Romero's decision who was in the area

6    observing.   Then after Romero's contacts, Plaintiff was transported to Capitol Police

7    Headquarters detention, put under interrogation, threatened, several pictures taken from him

8    by Lieutenant McGowen, and then extra mug-shots taken and finger-printed, and without

9    reading his rights and/or at any time indicating the charge was booked.

10    (some of the U.S. Capitol Police present, as Lieutenant John McGOWN, [then a Sergeant],

11    were/are named party-Defendants of previous legal actions of Plaintiff mentioned above).

12    **99-** According to policy and laws, from beginning, or at least conclusion of the

13    above booking, the U.S. Capitol Police shall had issued Plaintiff a "Notice/Citation/Summon"

14    to appear in the court.

15    -But upon numerous constant telephone calls from U.S. Army Special Agents  (by

16    orders of defendants General Abizaid and Bremer and others ...........), Capitol Police refused

17    to release Plaintiff. Even in telephone conversations in front of Plaintiff the Sergeant and

18    Lieutenant McGowen assured the U.S. Army Special Agents and other callers  that Plaintiff

19    would not be released, but would be kept detained/ [taken political-prisoner/hostage], then was

20    transported to District of Columbia Central Detention, beginning of several years tortures.

21    **100-** The above U.S. ARMY and U.S. Capitol Police operations clearly was the

22    same as reported by the news-media on the U.S. Armed Forces and CIA personnel arresting,

23    detaining, torturing and/or murdering detainees and prisoners in Abu-Gharaib Iraq, Bagram

24    Afghanistan, Guantanamo Bay Cuba and other Prisons SCANDALS, then claiming committed

25    by lower level personnel, (as reported even killing a General who had voluntarily surrounded,

26    then claiming committed suicide).

27    -Whereas this crime was committed in front of news cameras, this time directly ordered

28    by higher levels in presence of Four-Star General John P. ABIZAID and Ambassador L. Paul

1    BREMER, III, and Congressional/ Senate Armed Service Committee members and many

2    officials, broadcasted live.   Still by conspiracies of higher-ups, again covered-up.

3           101- While being dragged out of the Committee hearing room by U.S. Capitol

4    Police, Karim-Panahi asked:

5        *__Mr. Chairman, is this the kind of 'Freedom and Democracy'__*

6         *__you want to provide for the people of Iraq and Middle-East__*?!"

7    During all above again the U.S. ARMY SPECIAL AGENT, Thomas Mathew ROMERO, was

8    directing and ordering U.S. Capitol Officers what to do.

9           102- *__Senator John W. WARNER, as Chairman, Confessed that the Arrest Was__*

10    *__Pre-Planed and Premeditated:__*  As the Senate Video Tapes indicate, in presence of about more

11    than 20 Senators Committee members, their staffs, U.S. Army and State Department Officials,

12    and scores of public attendees, while Plaintiff was taken out of the Committee hearing room,

13    the Senator John W. Warner, as Chairman, states that:

14

15        *__"for those who are interested, the same happened with this individual yesterday,__*

16         *__and we were ready for him…...__*"

17    Which clearly indicated that the whole operations with conspiracy were pre-planned and

18    premeditated by the Chairman Warner and his office with U.S. ARMY SPECIAL AGENTS

19    and Capitol Police, with intent to arrest, imprisonment and torture Plaintiff.

20        -Otherwise the Committee staff and/or Capitol Police could have barred Plaintiff from

21    attending the hearing, and/or order him not to ask any question or make statement.

22          103- The above statement also indicated that actions of the Chairman Warner

23    had nothing to do with the legislatures constitutional right of  '*__Speech and Debate__*'; but

24    pre-planned and premeditated, even before start of the hearing, before any speech and debate.

25    The same king of lack of freedom and democracy and police state that Saddam is accused of.

26         104- *__California [Jewish] Delegation had Planned for Destruction of__*

27    *__Plaintiff's Legal Actions__*:  During interrogations by detective Mary Ann Turner, she

28    confessed that all of Plaintiff's communications and legal actions with the offices of the

29    California U.S. [Jewish] Senators Dianne FEINSTEIN and Barbara BOXER, (for service of

30    SUMMONS and COMPLAINT of above indicated legal actions, Case No.: __03-CV-219-RMC__,

1  in D.C., and <u>CV-03-03-CBM</u> & <u>CV-03-804-EHC[ABC/SVW/JWR/RGK/PA]</u>, in Los Angeles),

2  had been routed to the U.S. Capitol Police, rather than accepting service.

3       -That legislatures were abusing Power of U.S. Capitol Police to prevent service of legal

4  papers and to obstruct course of administration of justice.

5          105- During interrogations, when constantly the U.S. Army Special Agents were

6  calling ordering not to release Plaintiff.

7       -To prevent his release and/or bail on the same day, the U.S. Capitol Police held

8  Plaintiff up to after 2:00 pm before transporting him to the D.C. Central Detention Center,

9  where he was again finger printed, additional mug-shots taken and put on holding cell without

10  any blanket and mattress, on steal sheets, with regular criminals, without informing of charge.

11       -2:00 P.M. is the deadline time, that if any arrestee is taken to D.C. Detention Center

12  before this time, the arrestee would be immediately taken before a judge/commissioner for bail

13  hearing and release the same day; otherwise would be kept to the next day.

14          106- Senator John W. WARNER, the Chairman of the U.S. Senate ARMED

15  SERVICE Committee, despite his responsibility, did not exercise his power and authority, at

16  that moment and later during the course of fabricated malicious prosecution, to interfere to

17  protect Karim-Panhi, even after being subpoenaed.

18       -The above was committed, even after Secod-Session of 108th Congress was provided

19  and on January 21, 2004, passed its '<u>SENATE RESOLUTION-286</u>'.

20          107- Also the members of the Committee who were present did not exercise their

21  responsibility, at that moment and later during the course of fabricated malicious prosecution,

22   to protect Karim-Panahi's rights.  Despite the fact that they were subpoenaed.

23       -The above was committed, even after Second-Session of 108th Congress was provided

24  and on January 21, 2004, passed its '<u>SENATE RESOLUTION-286</u>'.

25          108-to-109- .......

26  //

-V-
## *Judiciary in Washington D.C., Nation's Capital,*
## *same as in Los Angeles, California, Ninth Circuit,*
## *a Sham, Fraud and Crime against Humanity:*

### *V-a)- D.C. Superior Court Arraignment; as*
### *Hitler's Holocaust gas-chambers with Blacks Shackled for Slaughter:*

110- At 5:00 A.M. on September 26, 2003, Plaintiff was awakened and then shackled with 20 other arrestees, (all Blacks/ African American), transported to the District of Columbia SUPERIOR COURT holding tanks areas, joining about 300 hundred other prisoners, (95% Blacks/ African American), all shackled brought from D.C. Jail.

-Treatment of shackled Black-Prisoners by mostly White-United States MARSHALLS, the mass of prisoners, and stinginess of the holding tanks, (which are every day routine), in the nation's Capital of the United States of America, claiming promoting and promising to other Countries and nations 'freedom, democracy and justice', easily could whitewash Saddam or the Hitler's concentration camps, treatment of Jews, others, or Holocaust.

111- Despite the fact that Plaintiff was arrested and taken as a 'political prisoner/hostage' for seeking the constitutional right of 'freedom of speech', (but not drug addict or dealings), to insult and degrade still he was threatened and forced to give urine-sample for drug test; otherwise he would not be taken before a judge/commissioner.

-Additionally by plan, Plaintiff (then a defendant), was assigned a [......] law-student from Georgetown University Clinic as his attorney for defense, to deny him meaningful legal defense, (these clinics are established for students to practice law for exercise during classes to gain experience, but not for real defense of an accused).

112-to-115- ..........

//

*V-b)- <ins>Fabricating Case No.: M-08374-03 as 'Disturbance of Congress',
in the D.C. Superior Court;  Arraignment used/abused for
Restraining Order To Prevent Serving Summons and Contact Courts:
Obstruction of Justice on Plaintiff's Filed Legal Actions;</ins>*

116- On September 26, 2003, the United States Attorney in conspiracies with elements of U.S. Senate, and  U.S. Capitol Police, (all party-Defendants of Plaintiff's legal actions), fabricated a One-Count Misdemeanor charge "disturbance of Congress" under inapplicable District of Columbia Code §10-503-16(b)(4) [1], (carrying 0-to-6 months jail term), and fabricated Case No.: M-08374-03 in the SUPERIOR COURT of District of Columbia.

-The above count/charge was fabricated for September 25, 2003,  Karim-Panahi's warning in the Senate ARMED SERVICE Committee hearing testimony of L. Paul BREMER, III, and General John P. ABIZAID.

-The count/charge was not created under U.S. Congressional/Senate Committee Rules.

117- On September 26, 2003, during arraignment, with

-pre-arranged and pre-planned without knowledge of Plaintiff and/or allowing his argument, the United States Attorney/prosecutor, with fraudulent intention of preventing Karim-Panahi from pursuing and prosecuting his legal actions in the Courts, had already arranged for an Order restraining/barring Plaintiff to be/ to go in five/ 5-Blocks of 'One-First Street, S.E., Washington DC', (which is the U.S. Supreme Court address). Then released on his own recognition, (which Capitol Police shall had done the day before).

---

(1):     Under constitutional independence of powers, the U.S. Attorneys and D.C. government and other agencies, (as U.S. ARMY aagents), have no Authority to conduct operations in the U.S. Congress, (Senate and House of Representatives)., in violation of STANDING RULES OF THE SENATE (OR HOUSE), including Rule 26-5(d). **District of Columbia Code §10-510-16(b)(4)** stating that:

' (4) To utter loud, threatening, or abusive language, or engage in any disorderly or disruptive conduct, at any place upon the United States Capitol Grounds or within any of the Capitol Buildings with intent to impede, disrupt, or disturb the orderly conduct of any session of the Congress or either House thereof, or the orderly conduct within any such building or any  hearing before, or any deliberations of, any committee or subcommittee of the Congress or  either House thereof; "

Which can not overrule Rule 26-5(d).

1        118- The above Restraining Order did cover and included all of the U.S.

2  Congress, (Capitol Building, all of Senate and House of Representatives office buildings and

3  Library of Congress), and also included all the Courts in Washington D.C., where Plaintiff had

4  legal actions going-on against governmental-congressional-corporate-judicial defendants,

5  (including in the U.S. Supreme Court, U.S. Court of Appeals for District of Columbia Circuit,

6  U.S. District Court for the District of Columbia, District of Columbia Court of Appeals, and

7  District of Columbia Superior Court).  It also covered Union Station where Plaintiff's Mailing

8  address (P.O. BOX 75580, Washington ,DC 20013) was/is located, where Karim-Panahi had

9  to receive his mails every day. (by fraud U.S. Capitol Police had entered the above barring

10  order in their computer network  as 'Five/5 Miles' rather than 'five/5-Blocks').

### *V-c)- Judge Shopping To Assign Most Sadistic Corrupt Judge: Assigned Co-Counsel/ Attorney-Adviser Collaborating with U.S. Attorney, To Prevent To Defend:*

16        119- The above Case No.: M-08374-03 by random was assigned to an honest,

17  decent, courageous and impartial Black/African-American Senior/retired Judge,  the

18  honorable Frederick D. DORSEY.

19        120- On October 22, 2003, the Honorable [retired] Judge Dorsey upon motion of

20  Karim-Panahi to modify restraining order, in response to the U.S. Attorney/ Prosecution

21  opposition stated that as a judge he can not and will not violate and restrain Karim-Panahi's

22  constitutional right of freedom of speech and assembly and will not obstruct his legal actions.

23      So modified the restraining order to include only Senate HART Office Building.

24        121- Additionally during October 22, 2003 hearing, the honorable Judge Dorsey

25  agreed with Karim-Panahi that the Case (possibly/probably) could be fabricated for

26  retaliation, threat, and to obstruct course of justice on Karim-Panahi's legal actions against

27  Congress and government officials.

28        122- Also on the October 22, 2003 hearing, the honorable Judge Dorsey upon

29  Karim-Panahi's request assigned a new attorney as Co-Counsel, Mrs. Betty M, BALLESTER,

1    to help and plan to proceed with the defense. This attorney later under collaboration with U.S.

2    Attorney/prosecution was claiming she was assigned as an Attorney-Adviser, refusing to

3    prepare and help in filing court papers, motions and/or defense policy.

4           123- As soon as Karim-Panahi filed documents with the D.C. Superior Court

5    with regard to his legal actions Case No.: <u>03-CV-219-RMC</u> *Parviz Karim-Panahi –v.- Congress,*

6    *Government-Judicial officials, Israel-agents/Jewish-Mafia, et al.*, as filed in the U.S. District

7    Court for District of Columbia, (and its Appeal No.: <u>03-5186</u> in the U.S. Court of Appeal for

8    District of Columbia CIRCUIT), mentioning Israeli-agents/Jewish-Mafia as defendants of his

9    legal actions, and after the Honorable Judge Frederick D. DORSEY had modified the

10    restraining order, he was forced out of presiding over the case.

11           124- The sequence of the events by fraudulent operations of the U.S. Attorneys

12    and D.C. Superior Court elements were as:

13           -first at Arraignment, on Sept. 26, 2003, Judge/ Commissioner ……………, by

14    U.S. Attorney/prosecution fraud had issued restraining order barring to attend all

15    congressional office buildings, courts, even Post Office.

16           -then on Oct. 22, 2003, hearing, the honorable Judge Frederick D. DORSEY modified

17    the restraining order to include only Senate HART Office Building; and

18           -then on Nov. 07, 2003, the Superior Court Chief Judge Rufus G. King, III, presided;

19           -then on Nov. 17, 03 hearing, Senior [Jewish] Judge Ronald P. Wertheim, presided;

20           -then all Karim-Panahi's motions were given to [Jewish] Judge Epestein.

21           -then on Dec. 15, 2003, hearing, the honorable Judge Frederick D. DORSEY returned

22    and  set the trial for January 05, 2004.  And

23           125- Then on January 5, 2004, the honorable Black/African-American Senior

24    Judge Frederick D. DORSEY was forced out by [later disclosed] a nasty, maniac, dishonest,

25    liar, unqualified, and corrupt African-American associate-Judge Zinora M. Mitchell-

26    RANKIN/ ZMM-R, (also using her husband D.C. Superior Court Associate-Judge Rankin for

27    protection, and probably appointed as a judge for her connections and to cover quotas for

28    minority and women, that certainly Martin Luther King, Jr. and Rosa Park would had been

1    ashamed of), imposing several centuries of Slavery mentality and savageries.

2    126- On January 05, 2004, the Clerk office and computer print-out had not

3    assigned the Case to calendar of D.C. Superior Court Associate-Judge Zinora Mitchell-

4    Rankin/ ZM-R, and the Case-Jacket (records) were not sent to her Court.

5    -But judge Mitchell-Rankin claimed that Clerk's office had made mistake.

6    That the Case had been arranged previously to be on her calendar. Despite defense/ Karim-

7    Panahi's objections, she forcefully assigned the Case to her own calendar.

8    127- On January 05, 2004, whereas the D.C. Superior Associate-Judge Zinora

9    Mitchell-Rankin had not seen the Case's records, (because it was not sent to her by the Clerk's

10    office), without having or reading any file denied Karim-Panahi's request/motion for dismissal

11    for lack of constitutional right of Speedy Trial. Then set a new-hearing (not trial) date.

12    128- Karim-Panahi made objections to Zinora Mitchell-Rankin taking over

13    Judge Dorsey's Case, and to her injudicious, rude, insulting behavior against him with

14    intention to convict and prevent any defense.

15    -Assocaite-Judge ZM-R claimed that she was assigned upon Judge Dorsey's retirement.

16    -This claim was untrue and false. Because Judge Dorsey had already retired before

17    assignment on Karim-Panahi's Case. Additionally Judge Dorsey kept all of his other cases

18    assigned to him after retirement. But not Karim-Panahi's case.

19    129- Additionally after Karim-Panahi in writing referred to his legal actions

20    against Congress and Israeli-agents/ Jewish-Mafia as defendants of his cases;

21    immediately under clear threats and collusion with the United States Attorney(s)/prosecutors,

22    the court assigned Co-Counsel/Attorney Ms. Betty Ballester openly refused to help to prepare

23    any legal papers for defense of the case; falsely claimed that she was assigned by Judge Dorsey

24    as 'Legal-Advisor' but not 'Co-Counsel', that she will not prepare and will not help on defense.

25    130- The Transcript of October 22, 2003 hearing before the honorable Judge

26    Dorsey, the day that Ms. Betty M. Ballestr was assigned, clearly indicate that she was assigned

27    as 'Co-Counsel' to help, but not 'Attorney-Adviser'. That her assertion of being Attorney-

28    Adviser was false, under U.S. Attorney(s)/ prosecution pressures to deny effective counsel.

1    -Karim-Panahi filed Motions for her removal and assignment of a new Co-Counsel to

2    help; but was repeatedly dragged by Judge Zinora Mitchell-Rankin, until July 19, 2004, the

3    day of trial and then denied. Effectively denying help of any counsel.

4    131- The D.C. Superior Court Associate-Judge Zinora Mitchell-Rankin and U.S.

5    Attorneys/prosecution with collusion were intentionally dragging and continued the case,

6    denying Karim-Panahi's Constitutional right of Speedy-Trial, looking for a good political

7    opportunity during the Iraq-War and Abu-Gaharib...... Prisons  SCANDALS, to fabricate

8    and create another action against Karim-Panahi, (as will be set forth they finally did it).

9    132- Additionally any time that the Court/Judge ordered Karim-Panahi  to

10   appear for another hearing, if by any accident or emergency or forgetfulness, he could not

11   attend, he would had been subjected to new Criminal Felony Charge of Contempt of Court for

12   not attending hearing,  warrant, $1,000.00 fine, and additional one-year Jail terms.

13   -During 2003 six hearings was set. In 2004, the new Judge Zinora Mitchell-Rankin,

14   despite objections of Karim-Panahi indicating the above intention, constantly dragged

15   Plaintiff/ (defendant of that case), to the court with intention of possibly missing a hearing.

16   //

17       ### V-d)- _Lack of any Judicial Independence;_
18       _Superior Court Judge in direct Order from Senate Legal Counsel_
19       _Quashed Subpoenas on Senators and Staff;_
20
21       ### _108th Congress SENATE RESOLUTION-286:_

22   133- At most of the hearings, D.C. Superior Court Associate-Judge ZMM-R

23   falsely and fraudulently, despite contrary statements by the Clerk's office and the Court's

24   Deputy Clerk, would state that she has not received legal papers and documents, (as motions,

25   motion for disqualification, ...),  submitted and filed by Karim-Panahi with the Clerk office.

26   134- On January 20, 2004, hearing, whereas no document had been filed with

27   the Superior Court and Clerk office by the U.S. Attorney/prosecution; but

28   -Associate-Judge Zinora M. Mitchell-Rankin in violation of rules and with conspiracy

29   accepted from U.S. Attorney/ prosecution a Letter dated January 15, 2004, written by an

1  unauthorized (at least at the time) U.S. Senate Assistant Legal Counsel, (Thomas E.

2  CABALLERO), addressed to a United States Attorney/prosecution, asking for quash of

3  Subpoenas served on January 12, 2004, on certain Senators and staff.

4         135- On January 15 & 20, 2004, according to Sections 703(a) and 704(a)(2) of

5  the Ethics in Government Act of 1978, 2 U.S.C. Sec. 288-b(a) and 288-c(a)(2),

6  at the time the U.S. Senate Legal Counsel and also Assistant Legal Counsel, (Thomas E.

7  CABALLERO), had no authorization to represent the Senate, Senators and staff, and no

8  authority to ask to quash SUBPEONAS, [properly] served by Karim-Panahi on 24 Senators

9  members of the Armed Services and Foreign Relations Committees and some staff to provide

10  documents and to testify at the trial.

11         136- Karim-Panahi notified the Court/ Judge Mitchell-Rankin that the above

12  Letter had not been filed with the Court/ Clerk office and had not been served on him/defense;

13        -that according to sections 703(a) and 704(a)(2) of the Ethics in Government Act of

14  1978, 2 U.S.C. Sec. 288b(a) and 288c(a)(2), at the time, the U.S. Senate Assistant Legal Counsel/

15  (Thomas E. CABALLERO) had no authority to intervene and act on behalf of the Senators

16  and staff. Karim-Panahi objected to the Judge ZM-R accepting the Letter and/or to rule on it.

17        137- But on January 20, 2004, the D.C. Superior Court Associate-Judge Zinora

18  Mitchell-Rankin injudiciously not only accepted the above Letter; but

19        -the Judge immediately without allowing the defense/ Karim-Panahi to have any

20  knowledge of its content and to file his response accordingly, ruled on the Letter, (which was

21  addressed to an Assistant U.S. Attorney/ prosecution by an unauthorized Senate Assistant

22  Legal Counsel), ordered Quash of Subpoenas Served.

23        138- Above January 20, 2004, the D.C. Superior Court Associate-Judge Zinora

24  Mitchell-Rankin ruling who immediately QUASHED the Subpoenas by an unauthorized

25  Letter, is a shameful obedience of judiciary/courts to the legislative/ U.S. Senate and executive/

26  U.S. Attorney's/ prosecutors' demand.

27       - Moreover aware of her illegal operation, Judge Zinora Mitchell-Rankin by judicial

28  fraud did not provide the Letter to the Clerk office to be filed as part of the record opf the

1    case, (covering-up for appeal purposes and/or investigation).

2    -Additionally during Appeal, in collusion and conspiracy to cover-up, the Clerk office

3    claimed that there is no Transcript of the proceedings for January 20 and 21, 2004, hearings.

4    139- On January 20, 2004, the judge/ZM-R also denied all Karim-Panahi's

5    motions, including motions for dismissal for lack of Speedy Trial, and for replacement of the

6    Co-counsel/Attorney Betty M. BALESTER who was refusing to act as Co-Counsel to prepare

7    court documents to help in defense; which was the reason for her appointment to get paid.

8    140- Additionally on January 20, 2004, upon Karim-Panahi's objections and

9    mentioning that the judge/ZM-R is acting as *"a Hanging-Judge"*;  to attach him to the suicide-

10    bombings, maliciously the Superior Court Associate-Judge Zinora Mitchell-Rankin, asked  for

11    psychological evaluation of defense, fraudulently writing in her request for suicidal tendency.

12

13    ## 141- *108th Congress SENATE RESOLUTION-286:*

14    On January 21, 2004, after Associate-Judge Zinora M. Mitchell_Rankin had already quashed

15    subpoenas by the Letter from a Senate Assistant Legal Counsel, (Thomas E. CABALLERO);

16    then the second-Session of 108th Congress by U.S. Senate passed its **RESOLUTION-286**, then

17    authorizing Senate Legal Counsel to represent the Senate and members in the Court.

18    142- The Senate Resolution-286, indicated that:

19    -first: up to this date, January 21, 2004,  the Senate Legal Counsel had no authority to

20    represent Senate, Senators and/or staff.

21    -second the Resolution introduced by the Majority Leader Senator BILL FRIST,

22    prepared by the Senate Legal Counsel Office,  defendants Patricia Mack BYRAN, Legal

23    Counsel,   Morgan J. FRANKEL, Deputy, and Thomas E. CABALLERO, Assistant,

24    fraudulently claimed that Subpoenas shall be QUASHED, because of Constitutional protection

25    of "Speech & Debate", which was false and untrue.

26    -additionally the RESOLUTION in its prepared form, directly influenced the judges

27    whose future are controlled by legislatures and senators.

28

1    143- Karim-Panahi also subpoenaed and served seven U.S. Capitol Officers, who

2    were served by personally submitting them to the U.S. Capitol Police General Counsel.

3    -All of the Officers obeyed and attended several of the Court's hearings from January

4    20, 2004, until they were excused until trial-date.

5    -But later at the trial (during July 19-23, 2004), D.C. Superior Court Associate Judge

6    ZMM-R in collusion with the U.S. Attorneys/prosecution refused to re-call the officers to

7    testify. Even did not introduced them to the jury panel.

8    144- Karim-Panahi also Motioned for DISQUALIFICATION and REMOVAL

9    of Judge Zinora Mitchell-RANKIN. But without allowing another judge to rule on, was also

10   repeatedly denied by the judge ZM-R herself.

11   //

12   *V-e)- Appeal No.: 04-CO-160 To D.C. Court of Appeals;*
13   *by U.S. Attorneys Fraudulent Filing,  Appeal Dismissed:*

14   145- On February 11, 2004, Karim-Panahi filed his Appeal with the District of

15   Columbia Court of Appeals from Orders of Denials of Lack of Speedy Trial,  Disqualification

16   and Removal of Judge Zinora Mitchell-Rankin ordered by herself, appointment of a Co-

17   Counsel, and lack of judicial independence, subservient to Congressional orders evidenced by

18   Quashing Subpoenas on Congressional/ Senate members and staff by a private letter of a

19   Senate Assistant Legal Counsel.  Appeal No.: 04-CO-160 was opened.

20   146- Karim-Panahi also put the D.C. Court of Appeal on constructive and actual

21   notice and warned of lack of any intention of the D.C. Superior Court Associate-Judge Zinora

22   M. Mitchell-Rankin to conduct any fair and impartial hearings and trial, and of her pre-set

23   intention to convict him, referred to her as 'hanging judge'.

24   -Asked for   INVESTIGATION of the Judge and her DISROBEMENT. And for

25   restraining and injunction orders.

26   147- Rather than performing their real judicial duties, D.C. Court of Appeals

27   followed cover-up policy.

28   -Defendant chief Judge Annice M. WAGNER, disregarded Karim-Panahi's requests,

1    and issued a show-cause order.

2    148- Then in a filing by Assistant U.S. Attorney John Robert Fisher, (now

3    promoted to the same court, D.C. Court of Appeals' Judge. Keeping all in the family,

4    cronyism, ....), falsely claimed that no order was entered on some of the issues raised.

5    149- On March 09, 2004, Karim-Panahi put the D.C. Appeal Court on

6    constructive and actual notice of another unlawful, illegal and without probable cause arrest

7    as contempt of court's stay away order, (as will be set forth in the following paragraphs/

8    averments), and asked for protection, but ignored.

9    150- On March 31, 2004, rather than protecting Karim-Panahi from the U.S.

10    Attorneys/ prosecution, U.S. Capitol Police and the D.C. Superior Court judges, istead

11    -panel of the District of Columbia Appeals Court Judges Inez Smith  REID, William

12    C. PRYOR and John W. KERN, III, based on the U.S. Attorney's filing dismissed the appeal.

13    -Karim-Panahi's motion for reconsideration  was immediately denied by panel of D.C.

14    Appeal Court Judges Inez Smith  REID, William C. PRYOR and Frank Q. NEBEKER, and

15    rushed the case back to allow the D.C. Superior Court associate-Judge Zinora M. Mitchell-

16    Rankin and U.S. Attorneys/ prosecution to crush him, deny his rights, and proceed with their

17    Kangaroo-Court.

18    //

*V-f)- **Continued Retaliations, new-Arrest, Fabricating***
***Case No.: M-02315-04, as Contempt of Court Order, by***
***U.S. Attorneys and Capitol Police,***
***in Retaliation for Appeal 04-CO-160, and for Disclosure of***
***Abu-Gharaib, Afghanistan, Guantanamo Bay Prisons SCANDALS;***

***new Restraining Order, Cutting Access To Congress, Obstructed Justice:***

151- From March  2004, the Abu-Gharaib in Iraq, Bagram in Afghanistan, Guantanamo Bay in Cuba, and other Prisons SCANDALS, tortures, beatings, humiliations, sexual assaults, rapes, even killing and murdering of the detainees/prisoners were revealed, became public knowledge, and acknowledged by the U.S. Government and U.S. Armed Forces. Then some investigations and prosecution of low-level elements involved followed.

152- Karim-Panahi constantly, even on September 25, 2003, at the Senate Armed Services Committee hearing, in presence of General John ABIZAID, head of U.S. Central Command, and L. Paul BREMER, III, then civilian Administrator of Coalition Provisional Administration of Occupied Iraq, had warned of:

"abuse and misuse of U.S. ARMED FORCES…".

153- On March 09, 2004, at about 1:00 P.M., when Karim-Panahi at the end of testimony of then Central Intelligence Agency/CIA ex-director, George Tenent, at the Senate Armed Service Committee hearing, Chaired by defendant Senator John W. WARNER, was leaving Room 106 in the Senate DIRKSEN Office Building,

-again fraudulently claiming contempt and violation of the Restraining-Order, the U.S. Capitol Police Lieutenant McGOWN, (probably in collusion with the CIA agents), ordered his Officers without any probable cause and unlawfully to arrest Plaintiff.

- Whereas the restraining Order modified on October 22, 2003, by Honorable Judge Dorsey included only Senate HART Office Building, NOT Senate DIREKSON Office Building.

154- Then again by fraud and for retaliation purposes rather than releasing Karim-Panahi on his own recognizance, or in the extreme maximum adding another Count on the existing Case No.: <u>M-08374-03</u> which was claimed its order was violated,  asking the judge's ruling; but

1     -with abuse of police and prosecutorial power, again the U.S. Capitol Police with

2 conspiracy with the U.S. Attorney/prosecution illegally, unlawfully and without any probable

3 cause and without reading his rights arrested, hand-cuffed and transported Karim-Panahi

4 from U.S. Senate DIRKSEN Office Building to the U.S. Capitol Police headquarters.

5     155- At the U.S. Capitol Police Headquarters, Plaintiff was again finger-printed,

6 mug-shots taken, and interrogated by Detective Mary Ann Turner, and without notifying of

7 any charge was booked.

8     -Claiming by attending in the Senate DIRKSEN Office Building Plaintiff/Karim-Panahi

9 had committed a Felony, the U.S. Capitol Police refused issuing a Citation/Notice-To-Appear

10 and to release him. Then

11     -again was transported to D.C. Detention Center, where again was finger-printed and

12 mug-shot taken and imprisoned.

13

14     156- *U.S. MARSHALLS BEATING DETAINEES/PRISONERS:*

15 On March 10, 2004, when Plaintiff was transported from D.C. Detention Center to the

16 Superior Court of District of Columbia holding-tanks areas,

17     -Karim-Panahi, with at least ten other detainees, all Blacks/African American, (all

18 hand-cuffed), witnessed that in his presence and presence of those ten other Black/African-

19 American detainees, a White-U.S. MARSHALL, while two other white-U.S. Marshals were

20 watching and doing nothing, COWARDLY attacked and beat-up a young Black/African

21 American Detainee who was hand-cuffed. Grabbed collar of his shirts and several times

22 slammed him to the concrete wall, (claiming why he was looking at him), while other two U.S.

23 Marshalls did not stop him.

24     157- Upon his court proceedings and release by letters Karim-Panahi reported

25 the above to the Chief of United States Marshals, and filed with the Court in his Cases in D.C.

26 Superior Court, (M-08374-03 & M-02316-04), and with the D.C. Superior Court Chief Judge

27 Rufus G. KING, III, and with the D.C. APPEALS Court on his Appeal, (No.: 04-CO-160), for

28 investigation and action.

1    -But none of them pursued and investigated.  Karim-Panahi was never contacted. He

2    was told by others that beating arrestees/detainees/prisoners even in the D.C. Superior Court

3    are common practice.

4    ### 158- *FABRICATION OF NEW CASE, M-02315-04:*

5    On March 10, 2004, by fraud the United States Attorney/prosecution with U.S. Capitol Police ,

6    fabricated a new one-Count Misdemeanor, (first as a felony), Case No.: M-02315-04 in the

7    SUPERIOR COURT of District of Columbia.

8            159- Case No.: M-02315-04  was fabricated claiming contempt of the Court

9    order for going to Senate DIKERSON Office Building, (charged under D.C. CODE §23-1329).

10   Whereas the October 22, 2003, order of honorable Judge Dorsey had only restricted going to

11   the Senate HART Office Building where the previous issue was raised.

12           160- The United States Attorney/prosecution did not add the above new charge

13   of "contempt of Court order" to the existing Case No.: M-08374-03, where the order had been

14   issued, to cover-up their crimes and fabrications.

15

16   ### 161- *New Restraining Order, Cutting Access To Congress To Obstruct Justice:*

17   On March 10, 2004, during arraignment, pre-arranged without knowledge of Plaintiff, the

18   United States Attorney/prosecutor with fraudulent intention of preventing Karim-Panahi

19   from pursuing and prosecuting his legal actions in the Courts and serve legal papers on the

20   Congressional members, had already asked and arranged for and got another Order, again

21   Restraining/barring Karim-Panahi from going to the whole U.S. Congress, (Capitol Building,

22   and all of the Senate and House of Representatives office buildings, and Library of Congress).

23           -Then was released on his own recognition, (which should had been done originally).

24           162- The above arrest, tortures and fabrication of new case was made in direct

25   conspiracy of the U.S. Capitol Police, (who were even subpoenaed and had attended court

26   hearings, and were on call to be called as Karim-Panahi's witnesses) and the United States

27   Attorney/prosecution, as direct Organized-Crime-Syndicate style threat, warning, retaliation

28   for filing his Appeal (04-CO-160), and threats to prevent to testify,  to obstruct justice.

1        163- Then, after receiving their new restraining order for all Congressional

2  Buildings, aware that by fraud they had fabricated the above Case No.: <u>M-02315-04</u> only for

3  retaliation, intimidation and obstruction of justice purposes, as practiced by Mafia,

4       - the United States Attorney/Prosecution filed motion "To JOIN" the above fabricated

5  Case No.: <u>M-02315-04</u>, (fabricated as Contempt of Stay-Away Order from Senate Hart Office

6  Building), with the existing Case No.: <u>M-08374-03</u>, ( fabricated as 'Disruption of Congress').

7      -Karim-Panahi objected and prevented such joining, and asked the Court to have the

8  U.S. Attorneys/prosecution to prove that he had violated the October 22, 2003, restraining

9  order of the Honorable Judge Dorsey.

10       164- Finally aware of their fabrication, on July 19, 2004, before trial of the Case

11  No.: <u>M-08374-03</u>, the [Jewish] United States Attorneys/prosecution (Kenneth L. WAINSTEIN

12  and Steven K. KAUFMAN), motioned and asked for dismissed their new fabricated Case

13  No.: <u>M-02315-04</u>. Then the D.C Superior Court issued dismissal order.

14      -During above period they were able to prevent Karim-Panahi from serving his other

15  Cases legal papers on the Congressional (Senate and House of Representatives) elements who

16  were named defendants of his legal actions, as U.S. [Jewish] Senators Dianne FEINSTEIN,

17  Barbara Boxer, and House [Jewish] Representatives Tom LANTUS, Henry A. WAXMAN, Mel

18  LEVINE, Howard BERMAN, Brad SHERMAN, Jane HARMAN, Adam SCHIFF, all from

19  Los Angeles and California, who have established a Congressional Organized-Crime

20  retaliating anyone opposed to their corruptions.

21  //

1            *V-g)- **Filing Federal Tort Claim against certain Senate Members/staff,***
2            ***U.S. Army Personnel, U.S. Capitol police & U.S. Attorney(s):***

3      165- Upon his release, with regard to the above fraudulent illegal actions against his

4 rights and life, in March 2004, Karim-Panahi filed '**FEDERAL TORT CLAIM**'

5          - against certain Senate members and staff with the Senate SERGEANT IN ARMS, and

6          - against United States ARMY, (General John P. ABIZAID, L. Paul BREMER, III,

7 Special Agents, (then unknown Thomas Mathew ROMERO), their Units, U.S. ARMY

8 CRIMINAL INVESTIGATION COMMAND, 701ST MILITARY POLICE GROUP, FORT

9 BELVOIR, Virginia, Curtis L. GREENWAY, Attorney Advisor, with U.S. ARMY CLAIMS

10 SERVICE, OFFICE OF JUDGE ADVOCATE GENERAL, FORT GEORGE G. MEADE,

11 Maryland, Melvin G. OLMSCHEID, Colonel, Chief, Tort Claims Division, and Leland A.

12 GALLUP, Colonel, Acting Commander.; and

13          -against U.S. Capitol Police, its Chief, Lieutenant McGWON, with their Counsel; and

14          -against the United States Attorneys with their office.

15      -Rather than to stop their criminal operations against Karim-Panahi; to cover-up and

16 to obstruct justice, the above elements intensified their crimes and torturous operations.

17        166- Assistant United States [Jewish] Attorney Kenneth L. WAINSTEIN, was

18 assigned as the Acting United States Attorney. He added another Assistant United States

19 [Jewish] Attorney Steven K. KAUFMAN, an ARMY RESERVE Officer on actual on-going

20 Military-Training during the D.C. Superior Court proceedings on the Plaintiff's case to the

21 U.S. Attorney/Prosecutors team against Karim-Panahi.

22

23       *V-h)- **new Retaliations, adding Additional Count on***

24           ***Case No.: M-08374-03:***

25      167- United States ARMY CRIMINAL INVESTIGATION COMMAND, 701ST

26 MILITARY POLICE GROUP, FORT BELVOIR, Virginia, Curtis L. GREENWAY, Attorney

27 Advisor, to cover-up their own personnel, (Thomas Mathew ROMERO and his partners...),

28 illegal operations set froth before, in collaboration with Steven KAUFMAN who was also a

1   Military-personnel but as a part of the U.S. Attorney/prosecution, refused to disclose name

2   and identity of their personnel involved on the September 24 & 25 2003, attacks on Karim-

3   Panahi at the U.S. Senate Committees hearings, [later known as Thomas Mathew ROMERO].

4           168- Bu instead the above U.S. ARMY Unit openly conspired with the U.S.

5   Attorney/prosecutors to fabricate another Count charge on Case No.: M-08374-03 against

6   Karim-Panahi for his September 24, 2003, request/question:

7

8           "why the same freedom, democracy and justice promised to the
9           People of Middle-East and Iraq, are not implemented here in the USA?!"

10  Fraudulently to be testified by the U.S. ARMY Special Agent, (then unknown Thomas Mathew

11  ROMERO, an Iraq-War veteran serving for Paul Bremer).

12          169- On April 4, 2004, the United States [Jewish] Attorneys Kenneth L.

13  WAINSTEIN and Steven KAUFMAN, after more than 6-months, fraudulently as official

14  prosecutional sponsored-terrorism, for threat and intimidation to prevent defense, with

15  collusion filed their 'First Amended Information', which changed wording of the One-Count

16  Information which had been filed on September 26, 2003 creating the Case No.: M-08374-03.

17          170- Then on May 14, 2004, after more than 9-months, the United States

18  [Jewish] Attorneys Kenneth L. WAINSTEIN and Steven KAUFMAN, in collusion with the

19  United States ARMY, for their personal gains and promotions, as official sponsored-terrorism,

20  threats and intimidation to cover-up their own crimes and crimes in Abu-Gharaib Iraq,

21  Bagram in Afghanistan, Guantanamo Bay in Cuba and other Prisons Scandals, tortures,

22  killings, and other illegal operations, which Karim-Panahi was referring to in his court filings

23  and arguments,

24          -fabricated and filed 'Second Amendment' to the Information their office had filed on

25  September 26, 2003, creating the Case No.: M-08374-03, and

26          -added another Count for September 24, 2003, when at the U.S. Senate Foreign

27  Relations hearing the Army Special Agents had attacked Plaintiff for his question/request

28  mentioned above, now creating fabricated two-Counts Case No.: M-08374-03 against Karim-

29  Panahi, under the same D.C. Code §10-503.16(b)(4), "disturbance of Congress".

1

2      171- The above added fabricated new Count created additional 'Disturbance of

3    Congress' charge for September 24, 2003, (under inapplicable D.C. Code 10-510.16(b)(4))

4    when the U.S. ARMY SPECAIL AGENTS, (then unknown Thomas Mathew ROMERO and

5    his partners), without any authorization and/or permission and/or direct and/or tacit approval

6    from Chairman of the U.S. Senate FOREIGN RELATIONS Committee, Senator Richard G.

7    LUGAR, in violation of INDEPENDENCE OF CONGRESS/ SENATE and disregard for

8    'STANDING RULES OF THE SENATE' and authorities of the Chairman as provided by

9    Rule 26-5(d), illegally and unlawfully, only claiming to be of U.S ARMY personnel, had

10   attacked Karim-Panahi in the Senate FOREIGN RELATIONS Committee hearing, with L.

11   Paul BREMER, III, then-administrator of CPA of Occupied Iraq as witness.

12      172- On May 14, 2004, the D.C. Superior Court associate-judge Zinora M,

13   MTICHELL-RANKIN, despite Karim-Panahi's objections without actual arraignment

14   claimed she has arraigned him on the new information.

15

16      173-to-174- ………………

1
2
3
4
5
6
7
8
9
10
11
12

# -VI-

## *REMOVAL OF CASES FROM D.C. SUPERIOR COUT TO*

## *UNITED STATES DISTRICT COURT FOR D.C.:*

### *VI-a)- Plaintiff REMOVED Cases No.: M-08374-03 & M-02315-04*
### *from state Superior Court of the District of Columbia To*
### *the United States District Court for District of Columbia,*
### *under 28 U.S.C. §§1441 et-seq.;[2]*
### *Case No.: 03-MC-307-RBW & Appeal No.: 04-5270 :*

175- On June 14, 2004, under above injudicious kangaroo-Court conditions, and

lack of any possibility of fair trial, that even Hitler and Saddam Judges would be ashamed of,

---

(2)    Federal Statute *28 U.S.C. §§1441 et-seq.* provides that:
   **Sec. 1443. Civil rights cases:**

"Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law."

Also procedure for REMOVAL mandates that:
   **Sec. 1446. Procedure for removal:**

"(a) A defendant or defendants desiring to remove any civil action or criminal prosecution from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

(b) The notice of removal of a civil action or proceeding ......

(c)(1) A notice of removal of a criminal prosecution shall be filed not later than thirty days after the arraignment in the State court, or at any time before trial, whichever is earlier, except that for good cause shown the United States district court may enter an order granting the defendant or defendants leave to file the notice at a later time.

(2) A notice of removal of a criminal prosecution shall include all grounds for such removal. A failure to state grounds which exist at the time of the filing of the notice shall constitute a waiver of such grounds, and a second notice may be filed only on grounds not existing at the time of the original notice. For good cause shown, the United States district court may grant relief from the limitations of this paragraph."

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

1    in accordance with provisions of Federal Removal Statutes, 28 U.S.C. §§1441, et-seq., after

2    Second Amended Information was filed by prosecution on May 14, 2004 and re-arraignment,

3    Karim-Panahi by a timely NOTICE based on 28 U.S.C. §§1443[(2)], (Civil Rights cases issues),

4    REMOVED the above Cases No.: M-08374-03 & M-02315-04 from the state Superior Court

5    for District of Columbia to the United States District Court for District of Columbia.

6         -The ROMOVAL NOTICE was filed with the Superior Court of District of Columbia

7    on both Cases No.: M-08374-03 & M-2315-04, and served on the United States Attorney.

8              176- The U.S. District Court Supervising deputy Clerk, Mr. Gregory Hughes,

9    falsely and fraudulently notified Karim-Panahi that because the District Court had never had

10   such REMOVAL in the past 35 years, so to have a clear procedure it takes at least a month to

11   proceed on and provide a case number before be assigned to a judge.

12        - But Karim-Panahi, became aware that the same day June 14, 2004, by fraud a

13   Miscellaneous Case No.: 04-MC/MS-307, had been given by the Clerk office.

14            -(the reason that a Miscellaneous rather than Criminal case number was assigned, was

15   fraudulently to take advantage of U.S. Supreme Court Order on Karim-Panahi's legal actions,

16   preventing filing for 'writ of certiorari'

17   Karim-Panahi v. C.I.R., 531 U.S. 808, 121 S.Ct. 40 (Mem) , 148 L.Ed.2d 11, U.S., Oct 02, 2000, and

18   530 U.S. 1241, 120 S.Ct. 2705 (Mem) , 147 L.Ed.2d 959, 68 USLW 3773, U.S., Jun 19, 2000)

19            177- Then immediately on the same day, June 14, 2004, the REMOVAL had

20   been assigned to U.S. District Judge Reggie B. WALTON/ RBW, an ex-Associate-Judge of

21   Superior Court of District of Columbia, who again in violation of independent of power and

22   declining to administer justice, in pursuing U.S. Attorneys, Senatorial and Superior Court

23   operations, immediately without any hearing and/or allowing all parties and U.S. Attorney to

24   file their answer, the next day, June 15, 2004, had issued an Order of Denial.

25        But the U.S. District Judge did NOT issue any order of REMAND.

26        -To prevent its timely appeal, fraudulently the Order was not served by Clerk on

27   Karim-Panahi. He became aware of the Order after a week by his own research/inquiry.

28

29

1      *VI-b)- <u>Appeal to U.S. Court of Appeals for D.C. CIRCUIT, No.: 04-5270:</u>*

2

3      **178- On July 02, 2004, Karim-Panahi timely filed his APPEAL from order of**

4  **denial of Removal on Case No.: <u>04-MC-307-RBW</u> to the U.S. Court of Appeals for the District**

5  **of Columbia CIRCUIT.**

6      **-The Appeal No.: <u>04-5270</u> was not opened and was not docketed until July 24, 2004,**

7  **after Karim-Panahi had been taken as a Political-Prisoner/ Hostage.**

8      **179- Again, by fraud  Clerk of the United States Court of Appeals for the**

9  **District of Columbia CIRCUIT did assign a civil appeal number No.: 04-5270, to take**

10  **advantage of the above mentioned U.S. Supreme Court Order, (in paragraph 176), to prevent**

11  **Karim-Panahgi from filing petition for writ of certiorari.**

12      **The D.C. CIRCUIT also to this date did NOT issue any Order of REMAND of**

13  **prosecution to the D.C. Superior Court.  Mandate of their affirmation of District Court Order**

14  **was issued on November 08, 2005.**

15

16      **180- …………………………………………..**

17  *//*

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

# -VII-
## *Kangaroo Court Trial in Nation's Capital;*
## *Selective Malicious Prosecution/ Persecution;*
## *without allowing To Defend,*
## *Pre-Planned Conviction on Fabricated*
## *'Disruption of Congress'*
## *in Violation of Federal Statutes, immediate*
## *Judgment of Conviction, Sentencing and Imprisonment:*

### *VII-a)- Judicial Retaliation For REMOVAL:*

181- The D.C. United States [Jewish] Attorneys/ prosecution, (Kenneth L. WAINSTEIN and Steven K. KAYUFMAN), and the D.C. Superior Court associate-Judge Zinora M. Mitchell-Rankin with the actual and constructive knowledge of the REMOVAL of Cases Nos.: <u>M-08374-03</u> & <u>M-02315-04</u> from D.C. Superior Court to the U.S. District Court for D.C. proceeded on their malicious-persecution and prevention of defense.

- Additionally the D.C. Superior Court Clerk office in violation of the Federal Statute, refused and did NOT provide its record to the U.S. District Court.

182- In retaliation for Karim-Panahi seeking freedom, democracy and justice, exercising his constitutional legal right had filed legal actions seeking redress for grievances against governmental/judicial defendants and for REMOVAL of Cases filed in Superior Court, the D.C. Superior Court judge again denied every pre-trial motions, including:

-dismissal for Lack of Speedy Trial, dismissal for Corruption in the Institution of Prosecution/U.S. Attorneys, removal of Co-Counsel (calling herself Attorney-Advisor) who nearly for a year refused to help in preparing court documents and plan for defense as lack of effective Counsel, request for appointment of a Co-Counsel to help in preparation of defense, and refused to order/compel the U.S. Attorneys to provide evidence and documents, quashed all served Subpoenas, refused to call U.S. Capitol Police officers already served with the Subpoenas, and refused to call Army Agents as defense witnesses, ……….

1           *VI-b)- Fraudulent staged Kangaroo-Court Trial*:

2           183- From July 19 to 22, 2004, (Monday to Thursday only for few hours a day),

3    while Karim-Panahi had been denied every constitutional and civil rights,

4    with no place to live and to keep and arrange his files, court documents and evidences for

5    defense, with Co-Counsel/ Attorney refusing to provide meaningful legal help,....

6    the D.C. Superior Court [hanging]-Judge Zinora M. Mitchell-Rankin and United States

7    [Jewish] Attorneys Kenneth L. WAINSTEIN and Steven K. KAUFMAN/prosecution in D.C.,

8    put him on a Kangaroo-Court trial.

9           184- -On Sunday July 18, 2004, the day before Trial, Plaintiff's automobile,

10   (which was an old  1997 Ford Taurus), broke-down and was towed with all his files and

11   documents in it.  On Monday July 19, 2004, at the open Court Karim-Panahi notified the

12   Court, but Judge ZMM-R even refused to continue few days, (after about one-year dragging),

13   to provide Karim-Panahi time to handle the emergency and to have access to his files.

14          185-  The D.C. Superior Court Judge Zinora M. Mitchell-Rankin in the presence

15   of jury created enormous hostile atmosphere toward Karim-Panahi, indicating to the Jury her

16   wish of conviction.

17       -Ordered that Karim-Panahi could not talk about political issues related to the case.

18       - Did not allow Karim-Panahi/ defense to make any opening statement.

19       - Did not allow Karim-Panahi/ defense to set and present his theory of defense .

20       -Did not identify the U.S. Capitol Police Officers who Karim-Panahi had subpoenaed

21              and indicated his intension to call as witnesses.

22       -Did not allow calling  undisclosed   U.S. Army Special Agents.

23       -Did not allow calling U.S. Capitol Police Officers.

24       -Did not allow any Senate Armed Services and Foreign Relations Committees members

25   and/or staff , even lower level officials, to be called as witnesses, .......

26          Operations of the Judge were so detrimental that, later when an alternative-

27   Juror while being discharged even made statements in presence of other jurors before leaving

28   the jury and praised the Judge.

1    -Even the U.S. [Jewish] Assistant Attorney Steven K. KAUFMAN in his closing

2    statement referred to the Judge's attitude toward Karim-Panahi/defense to be considered in

3    the jury's decision. But

4         186- In contrast the D.C. Superior Court associate-Judge ZMM-R allowed U.S.

5    Attorneys/prosecution not only to make opening statement, to lie, but suddenly to identify a

6    new-witness from the United States ARMY, SPECIAL AGENT, Thomas Mathew ROMERO,

7    as Security Details of [ex]-Ambassador L. Paul BREMER, III, [ex]-administrator of Coalition

8    Provisional Administration of Occupied Iraq, and General John P. ABIZAID.

9    -Whereas previously by a letter to Karim-Panahi, the U.S. ARMY CRIMINAL

10   INVESTIGATION COMMAND, at 701ST MILITARY GROUP (CID), FORT BELVOIR,

11   Virginia, by Curtis L. GREENWAY, Attorney Advisor, had refused to disclose and/or identify

12   existence of any of their Special Agents. But suddenly had them to testify for prosecution.

13        187- Still despite the fact that the United States ARMY Special Agent Thomas

14   Mathew ROMERO in witness stand under oath confessed that,

15   on September 24, 2003, he had acted, attacked and removed Karim-Panahi from the Senate

16   FOREIGN RELATIONS Committee hearing without any direct and/or tacit permission

17   and/or authority from the Committee's Chairman Senator Richard G. LUGAR, which is/was

18   in direct violation of 'STANDING RULES OF THE SENATE' Rule 26-5(d), (as set forth in

19   paragraphs above), and in violation of independence of Legislative Branch/Congress/Senate;

20   -but still the judge did not issued acquittal judgment; but

21   -allowed jurors under the hostile atmosphere created during trial by the Judge and by

22   the U.S. [Jewish] Assistant-Attorney Steven KAUFMAN, and the hostile atmosphere of horror

23   and terrors after 9-11-2001, against Middle-Easterners, Muslims and specially Iranians,

24   falsely directly attaching Plaintiff to those issues, without allowing Karim-Panahi having

25   slightest chance to present his defense and proceed on his defense, theory of defense; but

26   allowed to issue guilty verdict.

27        189-   ......

28   //

1      ***VII-c)-  In Direct Violation and Disregard of***
2      ***Federal Statute, 28 U.S.C. §1446(c)(3)[3]***
3      ***D.C. Superior Court Associate-Judge***
4      ***Entered Judgment of Conviction, Sentence & Imprisonment:***

5

6      190- On July 23, 2004,  Karim-Panahi filed and submitted a motion with regard

7      to lack of jurisdiction of the D.C. superior Court to enter any judgment of conviction because

8      the Case was REMOVED and its prosecution never REMANDED.

9      191- On July 23, 2004, the D.C. Superior Court Associate-Judge Zinora M.

10     Mitchell-Rankin and the United States [Jewish] Attorney(s)/prosecution, Steven KAUFMAN

11     and his boss Kenneth L. WAINSTEIN had actual and constructive notice and knowledge that

12     the Case had been REMOVED to the U.S. District Court for the District of Columbia, and

13     Case No.: **04-MC-307** opened. Then its order was on Appeal No.: **04-5270**, in the U.S. Court of

14     Appeals for District of Columbia CIRCUIT. And

15     that the federal courts had NOT issued any order of REMAND of prosecution. But

16     192- Still on July 23, 2004, by judicial fraud and conspiracy, considering

17     themselves above the law and U.S. Constitution, disregard for the laws and constitution of the

18     United States which the judges and prosecutors are supposed to protect and implement, and

19     in direct violation and disregard for the Federal Statute  28 U.S.C. §1446(c)(3)[3],

20     the D.C. Superior Court Associate-Judge Zinora M. Mitchell-Rankin "Entered Judgment of

21     Conviction" on two-Counts of "disruption of Congress" on September 24 and 25, 2003. Then

22     193- Again on July 23, 2004, by judicial fraud, the D,C, SAUPERIOR Court

23     Judge ZMM-R disregarded the federal statute and immediately without allowing any time for

24     preparing defense, the judge proceeded to sentencing.

25     -Karim-Panahi/ defense indicated to the Court the illegality of her actions and orders,

---

(3) - Federal Statute 28 U.S.C. §1446(c)(3) mandates and states that:

"1446(c)(3): The filing of a notice of removal of a criminal
prosecution shall not prevent the State court in which such
prosecution is pending from proceeding further, except
that a judgment of conviction shall not be entered unless the
prosecution is first remanded."

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1    and entry of conviction. That the case was a selective malicious prosecution/ persecution.

2    194- On July 23, 2004, in his statement, whereas the U.S. Attorneys/prosecution

3    at all times were claiming that fabrication of the charges and opening of cases had nothing to

4    do with politics, Iraq-War and Karim-Panahi's opposition to corruption, only for his

5    disruption of Congress; but the [Jewish] Assistant United States Attorney Steven L.

6    KAUFMAN encouraged the Judge to imprison Plaintiff. And confessed that:

7    *"for 30-years Karim-Panahi has been in our radar and we were following him…."*.

8    -also tacitly and directly confessed that the intention is to prevent Karim-Panahi from

9    proceeding and prosecuting his legal actions and serving Congressional defendants, …..

10    195- Even the D.C. Superior Court Judge ZMM-R attacked, blamed and accused

11    Karim-Panahi for filing Legal Actions with the courts, and indicated she was completely

12    knowledgeable of them.

13    Clearly indicating that, as the history of Karim-Panahi's legal actions are evidence, asking for

14    redress for grievances as authorized by U.S. Constitution and laws and seeking administration

15    of justice from American Courts are inexcusable acts, that the aggrieved shall be retaliated

16    and be punished by the same courts who are supposed to administer justice.

17    `196- On July 23, 2004, the D.C. Superior Court Associate-Judge Zinora M.

18    Mitchell-Rankin illegally and maliciously proceeded and sentenced Karim-Panahi/ Plaintiff to

19    the maximum two consecutive six-months/ one–year jail sentence, (from 0-to-six month

20    allowed by law), under custody of the United States Attorney General, on two fraudulent

21    charges not to be applicable in this case.

22    197- On July 23, 2003, again the D.C. Superior Court Associate-Judge Zinora M.

23    Mitchell-Rankin with utmost judicial malice and viciousness, as previously Karim-Panahi

24    had notified the D.C. Court of Appeal,

25    without allowing to arrange for his properties and automobile parked in the streets adjacent to

26    the Court to be put and stored in a safe place/storage, and to take care of his personal matters,

27    and arrange for his legal actions and cases on-going in the courts,

28    - ordered that immediately Plaintiff be taken into custody by the U.S. Marshals to be

1    imprisoned in the District of Columbia Central JAIL, under custody of US. Attorney General.

2    It is quite evident the courts prefer stealing and defrauding public (as committed

3    by Martha Stuart and/or Jack Abramoff, and/or …..), and provide them with all

4    accommodations, than those like Plaintiff asking and seeking 'freedom, democracy and

5    justice'?!

6    **198- *Congressional-Governmental-Judicial Vicious Retaliations for***

7    **  *National-Origin, Race, Religion and Opposition To Corruption:***

8    From March 2003, when the  United States Armed Forces attacked and occupied IRAQ,

9    started Iraq-War, to this date, many political demonstrations in opposition were conducted all

10   over the USA (and in the world).

11   -Also as news-media and television have constantly reported and broadcasted, many

12   protests and disruptions inside the U.S. Congress, (Senate and House of Representatives), at

13   committees hearings, as in the Senate Armed Services Committee during testimony of witness

14   Ronald  RUMSFELD the U.S. Secretary of Defense in opposition to his policies, occurred.  But

15   199- Plaintiff/ Parviz Karim-Panahi is the only one arrested, put under malicious

16   prosecution/persecution, case fabricated, additional counts added, and additional arrest and

17   case fabricated, by the U.S. ARMY AGENTS, then by a Kangaroo-Court trial, fraudulently

18   convicted, illegally judgment of conviction entered, sentence imposed, and immediately

19   imprisoned for one year; only for politely asking from the U.S. Congress:

20   'why the same freedom, democracy and justice promised to the people of

21   Middle-East and Iraq, is not implemented here in the United States?!'

22   200- Even those who steal millions/billion from the government and people,

23   from Iraq Reconstruction funds, or lobbyists, Jack Abramoff and some members of Congress

24   or Martha Stuart, or those who commit the most heinous crimes of treason and treachery

25   engraving symbol of another country and religion, as the Star-of-David in the USA flags,

26   badges,…, do not get such vicious savage treatment and sentence; but are protected by the

27   courts/ judges and U.S. Attorneys.

28   -At least under Hitler and Saddam dictatorship, their judges and judiciary had

29   decency did not claim were promoting 'freedom, democracy and justice'.

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

# -VIII-
## *Tortures, Death Threats,*
## *Cutting Meaningful Access To The Courts in*
## *D.C. JAIL and Correctional Treatment Facilities of*
## *Corrections Corporation of America*

201- On July 23, 2004, after unlawful Entry of Judgment of Conviction and fraudulent sentencing, under order of the D.C. Superior Court associate-judge, ZMM-R, Plaintiff was immediately hand-cuffed, shackled and transported to District of Columbia JAIL, (located at 1901 D Street, S.E., Washington, DC 20003).

-Then under the most dehumanizing conditions put under mass-search in front hundreds of other arrestees and prisoners, (95% Black/African American who under continuing four centuries of Slavery, alternating between freedom and jail, their rights denied, violence imposed on them, subsequently automatically and naturally have mostly lost their sense of dignity, pride, self respect and human values).

202- It is not only Abu-Gharaib in Iraq, Bagram in Afghanistan, Guantanamo Bay in Cuba and other prisons out side of the United States of America that tortures, killings, beatings, and other savageries are prevalent and normal; but

the real crimes and tortures are committed inside of the United States jails, under direction and approval of justice department and judges, which would make even Hitler's SS-Gestapoos and Saddam's police ashamed of.

203- To prevent Karim-Panahi from filing and proceeding APPEAL on his conviction, to have the 30-days appeal period to be expired:

-Fraudulently by plan and design, the D.C. Jail Warden/ management had arranged that not only all his money was taken, but also for a month was kept in the D.C. Jail, openly denied access and not provided with means to write, computer, typewriter, and Postage-Stamp to mail his Appeal or other legal communications. He had to beg for Stamp from prisoners.

- Fortunately before his transport to jail, Plaintiff had provided his signature on a blank 'Notice of Appeal' form and gave to Attorney-Adviser to file, which on July 28, 2008, was filed.

1    204- Then on August 20, 2004, Plaintiff was transferred to another prison called

2    Correctional Treatment Facilities/CTF of Correctional Corporation of America/CCA, Inc.,

3    (located at 1901 E Street, S.E., Washington, DC 20003).

4    This facility is run as business with money making intentions, which is under the same

5    conditions of D.C. Jail. With abundance of narcotic-drugs and other paraphernalia mostly

6    directly brought in by the guards and staff; but by plan blamed on inmates and their visitors.

7    Anyone could easily be ordered killed/murdered. All committed with the knowledge of Judges

8    and Jail management, who their salaries, prosperity and powers dependent on them.

9    205- At both prisons, D.C. JAIL and CTF-CCA, while Plaintiff charge was

10    misdemeanor non-violent First Amendment freedom of speech issue; but

11    intentionally was put, housed, and celled among thousands of constantly revolving hard-cored

12    violent prisoners waiting trial or already convicted of the most violent crimes as murders,

13    armed robberies, bank-robberies, armed assault, drug-dealing, drug using, other violations.

14    -the above, together with inmates lack of knowledge who Plaintiff was, and/ or

15    intentional misinformation by WARDEN/management and Governments agents, directly put

16    Plaintiff's life in constant day and night danger, even some fight and assault.

17    206- Additionally intentionally Plaintiff's (and other inmates') health and life

18    was/were directly put in danger by the Warden/management from health threats by

19    tuberculoses, chicken-pox, AIDS, skin and other infectious diseases, together with mental

20    problems, rampant and common among general population in the facilities.

21    207- Also to keep Plaintiff from filing complaints and grievances and meaningful

22    access to the courts to follow on his Appeals, (and legal actions), by order of WARDENS/

23    management and their agents he was denied access to computer/ word processors.

24    -After Plaintiff wrote to the courts and other authorities (United Nations) to complain

25    and seeking help; openly by fraud, by fabricating incidents in the Education Department of

26    CTF, where he had enrolled in Vocational Computer and Graphic Arts Classes where he could

27    have access to computers to write his legal papers, were cut off.

28    208-to-209-- .....................

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

# -IX-
## *By Taking Advantage of Imprisonment,*
## *All Plaintiff's Legal Actions Destroyed, from*
## *U.S. District to Circuit Courts to the U.S. Supreme Court;*

## *Impeachment of certain Judges Appropriate:*

210- Karim-Panahi/ Plaintiff used all possible legal means to have the judges involved on his cases to act in accordance to the 'judicial-oath-office' they took and implement the U.S. Constitution and laws to protect his rights, and seek redress for grievances through filing legal actions and then Appeal procedures.

-But unfortunately under control of the Israeli-Agent/ Jewish-Mafia in the Courts and the U.S. Attorneys it was in vain with adverse result, getting more intensified judicial retaliations and disregard for laws and constitution.

211- From March 2003, to September 25, 2003, to July 2004, to July 2005, to present day [ 2006,....], (as committed repeatedly in the past), taking advantage of Karim-Panahji's imposed situation, cutting all means of his livelihood, blacklisting to deny him normal life, pay for living expenses, place to live, forcing homelessness, , taking Plaintiff as 'Political Prisoner-Hostage' and other inhumane acts, by fraudulent operations of certain governmental-Congressional-Corporate officials, attorneys and Judges all of Plaintiff's Legal Actions have been destroyed, as:
//

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

IX-a)- *Cases in U.S. District Court for Central California, Los Angeles:*

*CV-03-0003-CBM,  Parviz karim-Panahi –v.- Congress, Judges, et al.,*
*CV-03-0804-EHC,  Parviz karim-Panahi –v.- Congress, Judges, et al.,*
*CV-01-2788-EHC, Parviz karim-Panahi –v.- Los Angeles County, et al.;*

*Disregard for Federal Statutes, as 28 U.S.C. §455*[4]  *& §144,  by*
*Ninth Circuit and U.S. District [Jewish] Judges, Earl H. CARROLL, et al.,*
*Request For Impeachment:*

212- *Case No.:CV-03-03-CBM, Parviz Karim-Panahi –v.- Congress, named Judges, et al.,*
This case was filed on **January 03, 2003**, with the U.S. District Court for Central California, Los Angeles. The magistrate and chief judge denied proceeding without payment of fees.

-Then the named party-defendants Ninth Circuit Judges fraudulently under their fabricated Case No.: **99-80124**, in violation of U.S. Constitution, prevented to proceed on the Notice-of-Appeal and completing Appeal filings.

213-*Case No.:CV-03-804-EHC, Parviz Karim-Panahi –v.- Congress, named Judges, et al.,*
This legal action was originally  filed in **January 06, 2003**, by Karim-Panahi in  the SUPERIOR COURT of the Los Angeles COUNTY as Case No.: **BC287976**, (with approval of non payment of fees and costs); but

-on **February 12, 2003**, the United States Attorney in Los Angeles REMOVED the case from Superior Court of Los Angles County to the United States District Court for Central District of California in Los Angeles, and Case No.: **CV-03-0804** opened.

214- The above legal action(s), besides of seeking damages, among other

---

4)      *Sec.455. Disqualification of justice, judge, or magistrate judge:*

(a) Any justice, *judge*, or magistrate *judge* of the United States shall disqualify himself
in any proceeding in which his impartiality might reasonably be questioned

(b) He shall also disqualify himself in the following circumstances.
(1)Where he has a personal bias or prejudice concerning a party,
... ................................
(5) He or his spouse, or a person within the third degree of relationship to either
of them, or the spouse of such a person:
(i)  Is a party to the proceeding.........
.........
(iii) Is known by the *judge* to have an interest that could be substantially
affected by the outcome of the proceeding; concerning a party,... ...........................

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1    requests, also were requesting REMOVAL of the "STAR-OF-DAVID" a foreign Israeli

2    national symbol and a Jewish religion symbol from the United States of America's and the

3    Los Angeles County's flags, badges, cars, stationeries, insignias, ...........................etc.,

4    which is act of TEACHERY and TREASON against the nation.

5            215- Case No.: CV-03-0804 was assigned to the U.S. District Judges:
6        - Audrey B. COLLINS/ ABC; and
7        - Stephen V. WILSON/ SVW; and
8        - R. Gary KLAUNSER/ RGK; and
9        - Percy ANDERSON/ PA,

10   who all of them with judicial honesty and decency, and respect for the court, judiciary,

11   impartiality, law and constitution, according to the laws and statutes as 28 U.S.C. §§144 & 455,

12   did not accept assignment, self-recused and removed themselves from presiding over the Case.

13           216 To prevent removal of the "Star-of-David" from USA and Los Angeles

14   County flags, badges, insignias, ...., and to cover-up judicial frauds against Karim-Panhi,

15   by fraudulent operation of Clerk the Case No.: CV-03-0804 was re-assigned to U.S. District

16   [Jewish] Judge Earl H. CARROLL, (from Phoenix, Arizona), who had no authority to hear

17   cases in Los Angeles, and was also named a Party-Defendant of the Case; but accepted it.

18           217- U.S. District [Jewish] Judge Earl H. CARROLL was/is a named-Party-

19   Defendant of the Legal Action, above assignment was/is in direct violation of Federal Statutes,

20   28 U.S.C. §§144 & 455 [3]; which is an IMPEACHABLE crime.

21       -but assured of protection of Israeli-agents/Jewish-Mafia in the Judiciary/ Courts and

22   certain corrupt Judges of NINTH CIRCUIT, as chief Judge Mary M. SCHROEDER, (from

23   Phoenix, Arizona), Judge Carroll illegally and fraudulently in violation of federal statute

24   28 U.S.C.§144 and 455 [4], as a named-party-Defendant took over the Case.

25           218- Before REMOVAL of the Case from Los Angeles SUPERIOR COURT,

26   some Summons and Complaint were served by the Los Angeles County Sheriff on certain

27   Defendants, as some of the named governmental and Congressional [Jewish] members from

28   Los Angeles, California.

29           -But on September 05, 2003, the named party-Defendant U.S. District [Jewish] Judge

1    Earl H. CARROLL, without jurisdiction and in violation of statute, upon knowledge of

2    Plaintiff seeking Congressional help, and trying to serve Congressional members from

3    California, (as [Jewish] Senators Dianne FEINSTEIN and Barbara BOXER, and House

4    [Jewish] Representatives Tom LANTUS, Henry A. WAXMAN, Mel LEVINE, Howard

5    BERMAN, Brad SHERMAN, Jane HARMAN, Adam SCHIFF…), immediately to protect

6    them and to prevent them to file any ANSWER or responsive pleading, while some defendants

7    had Defaulted, DISMISSED the Case.

8            219- Refusal of U.S. District Court [Jewish] Judge to issue restraining and

9    injunction order and to put an end to retaliations, blacklisting and discriminations against

10   Plaintiff, cutting all means livelihood, forcing him to homelessness, have encouraged the

11   Defendants and the Los Angeles County SHERRIFS and other Police Agencies constantly

12   trying to fabricate police records and have created enormous harms and damages to him.

13   Which will be set in a new legal action against the Judge and those Police Departments.

14

15          220- The U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix

16   Arizona), knew by fact that he is named in the legal action as a party-Defendant.

17   Also had no authority to hear cases in Central District of California, Los Angels.

18   But because of his connections with other parties/Judges and official defendants of the case,

19   and his being a Jewish, so Plaintiff's legal action(s) could substantially affect his interests…;

20   which also would reasonably make him biased and prejudiced. So mandated by statutes shall

21   not had presided over the case.

22      - The U.S. District [Jewish] Judge Earl H. CARROLL (fron Phoenix, Arizona),

23   intentionally violated and disregarded laws and Federal Statutes as 28 U.S.C. §§144 & 455,

24   U.S. Constitution and Amendments to Constitution, claiming to be above them, which

25          -making him subject to and deserving IMPEACHMENT.

26   //

1    221- *Case No.: CV-01-2788, Parviz Karim-Panahi –v.- County of Los Angeles, et al.*,

2    was filed on March 26, 2001, (months before 9-11-2001), in U.S. District Court for Central

3    District of California in Los Angeles.  The Case besides of seeking damages, among others also

4    was requesting removal of the Star-of-David from Los Angeles County flags, badges, cars,

5    stationeries,  insignias, ………

6        -The Case was originally assigned to the calendar of the Honorable U.S. District Judge

7    Dickran TEVRIZIAN, who with judicial honesty Self-recused himself and also removed the

8    [Jewish] Magistrate-Judge assigned on the case.

9        222- To prevent removal of the "STAR-OF-DAVID" from Sheriff flags, badges,

10    …    the Case was fraudulently re-assigned by Mary M. SCHROEDER, Ninth Circuit Chief

11    Judge (from Phoenix, Arizona, defendant of Plaintiff's legal actions, and architect of

12    fabricating Appeal No.: 99-80124), to the U.S. District [Jewish] Judge Earl H. CARROLL,

13    (from Phoenix, Arizona).

14        223- The U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix,

15    Arizona), taking advantage of 9-11-2001, has been refusing to remove and disqualify himself;

16    and by judicial  fraud has kept the case, preventing removal of "Star-of-David' from

17    governmental properties, and protecting [Jewish] County Defendants as Zev YAROSLAVSKI.

18        224- The U.S. District [Jewish] Judge Earl H. CARROLL, with fraudulent

19    operations of Los Angeles County General Counsel's office and the publicly-fed private Law

20    Offices of Gutierrez, Preciado & House, LLP, attorneys Nohemi Gutierrez Ferguson,

21    Christopher GRIGG, and Ann D. WU's unethical operations, charging County's public-funds,

22    taking advantage of 9-11-2001 conditions, has perpetuated County's retaliations,

23    discriminations and conspiracies against Karim-Panahi, forced him to eviction, homelessness,

24    and destruction of all evidences and documents.

25        Openly subjected Plaintiff to physical-mental-emotional-psychological-financial

26    tortures, more than three decades of denial of his rights by every Federal, State, County and

27    Administrative Courts and Judges in Los Angeles, California.

28

1     225- On March 30, 2006, again the U.S. District [Jewish] Judge Earl H.

2     CARROLL, (from Phoenix, Arizona), upon Karim-Panahi's assertion that he will seek his/ the

3     Judge's IMPEACHMENT and filing of this present new legal action on February 15, 2006,

4     Case No.: CV-06-0892,  in U.S. District Court for Central District of California, Los Angeles,

5     again without jurisdiction issued an order Dismissing Case No.: CV-01-2788.

6          226- ....

7     //

8     ### IX-b)- *U.S. Court of Appeals for Ninth Circuit Panels,*
9     *Acting more as Judicial-Gangs than Administrators of Justice;*
10    *Disregarding Laws and Constitution; Fraudulent Operations,*
11    *Fabricated Case No. 99-80124, To Obstruction & Deny Justice:*

12         227- Because of plaintiff's opposition to corruption, and his national-origin, race,

13    religious, for decades Ninth Circuit judges have retaliated and destroyed all of Plaintiff's

14    APPEALS on his legal actions, (except one, which has become waste of time).

15         -The named party-Defendant Panels and individual Circuit judges of the United States

16    Court of Appeal for Ninth Circuit are the main reason of lack of any honest and decent

17    judiciary in the Ninth Circuit jurisdictional areas, (including 9 states).

18         228- In the past three decades  Ninth Circuit panels have acted more  as

19    Judicial-Gangs, abusing their judicial powers to implement Israeli-agents/ Jewish-Mafia's

20    policies, plans and designs, retaliating against Plaintiff for his opposition,

21    rather than to be honest, decent, impartial, jurors implementing laws and constitution of the

22    United States, and protecting constitutional rights.  They are bunch of mega-maniacs, self-

23    centered, and egoistic with intention to keep nine states under their control, dragging appeals

24    for years and years, and then without any real honest review based on politics and religious

25    connections disposing of them.

26         -These judges are selected and appointed by [Jewish] legislatures, (as [Jewish] Senator

27    Feinstein, ...), and officials, for their political-religious connections, relations, protecting and

28    enriching each other, cronies, allies, ......... connected to Israeli-agents/ Jewish-Mafia.

29         -Being labeled 'Liberal' is a media-hype under control of Israeli-lobby/ Jewish-Mafia.

1    229- *Fabricating Case 99-80124, Pre-Filing Review Order:*

2    As set forth in above paragraphs, from June 20, 1999, in violation of the U.S. constitution to

3    prevent Karim-Panahi to file and to proceed on Appeals of his legal actions, the Ninth Circuit

4    Judges, Mary M. SCHROEDER, and Clerk fabricated and opened Case No.: 99-80124 short

5    titled Re: Parviz Karim-Panahi, as 'pre-filing review order' against Plaintiff, whereas at the

6    time he did not have any open appeal to provide the Ninth Circuit jurisdiction.

7    -Through this fabricated Case 99-80124, with conspiracies and fraud, the Ninth Circuit

8    Panels of judges from 1999 to present date/( 2006), openly and without any shame have

9    prevented every and all of  Karim-Panahi's Notice-of-Appeals from to be docketed and

10   completed to proceed to decision. They destroyed all of his APPEALS, (close to twenty of

11   them), including his filed Appeals on Cases they were named party-Defendants.

12   An IMPEACHABLE crime.

13

14   **IX-c)- *In U.S. District Court for District of Columbia,***

15   ***03-CV-219-RMC, Parviz Karim-Panahi –v.- Congress, Judges, et al; and***

16   ***04-MC/MS-307-RBW, USA/Congress –v.- Parviz karim-Panahi, REMOVED:***

17

18   230- ***03-CV-219-RMC, Parviz Karim-Panahi–v.- Congress, Judges, et al.***

19   on February 11, 2003, upon forced out of Los Angeles, California (by eviction on January 31,

20   2003) to protect his life,  legal action Case No.: 03-CV-219 was filed  with the United States

21   District Court for District of Columbia, seeking administration of justice.

22   -Case was assigned to Judge RMC/ Rosemary Meyer COLLYER a newly appointed

23   gender equality district judge.  Judge refused to issue any restraining or injunction order to

24   protect, or provide decent judicious conditions to proceed and prosecute.

25   231- Under fraudulent operations of the Congressional (Senate and House of

26   Representatives) named [Jewish] party-Defendants, and Senate Legal Counsel, Patricia Mack

27   BYRAN, her Deputy Morgan J. FRANKEL, and assistant Thomas E. CABALLERO, and the

28   House of Representatives General Counsel, Geraldine R. JENNET, and her deputy Kerry W.

1    KIRCHER, to prevent service of the SUMMONS and COMPLAINT on the Congressional

2    Defendants as [Jewish] Senator Dianne FEINSTEIN, and other [Jewish] legislatures, and/or to

3    prevent to file answers by other served Defendants, (Chief Justice William H. REHQUIST),

4              - the U.S. District Judge Rosemary Meyer Collyer first on Feb. 21, 2003, and then on

5    June 16, 2003, practically acting as Defendants' attorneys/ surrogate, DISMISSED the Case.

6              232- On July 21, 2003, Karim-Panahi, timely filed his Notice-of-Appeal from

7    order of DISMISSAL to U.S. Court of Appeals for District of Columbia CIRCUIT, Appeal

8    No.: 03-5186 opened. But as will be set forth, the Appeal was dragged until Karim-Panahioi

9    was arrested and imprisoned. Then by fraudulent operations of Clerk's office, Circuit and out

10   of Circuit assigned judge, Plaintiff was prevented to proceed and perfect the appeal.

11

12             233- *04-MC/MS-307-RBW, USA/Congress –v.- Parviz Karim-Panahi.*

13   On June 14, 2003, Karim-Panahi, by a 'NOTICE' required by Federal Statute 28 U.S.C.

14   §§1441-et seq., based on Civil Rights issues provided by Federal Statute 28 U.S.C. §1443 [(2)],

15   REMOVED the fabricated Cases Nos.: M-08374-03 and M-02315-04 from Superior Court

16   of District of Columbia to the United States District Court for District of Columbia.

17             -The U.S. District Court Supervising deputy Clerk, Gregory Hughes, falsely informed

18   Karim-Panahi that because the District Court in the past 30 years, (since he has worked there)

19   had never had such REMOVAL, so to identify a clear procedure, it takes at least a month to

20   proceed to provide a Case number and then to be assigned to a judge. But

21             -Karim-Panahi became aware that by fraud the same day, June 14, 2004, a

22   miscellaneous/MC/ MS Case No.: 04-MC-307, had been assigned by the Clerk.

23             234- Above Case No.: 04-MC-307, was fraudulently given a Miscellaneous/MC

24   Number rather than Criminal Number, to take advantage of U.S. Supreme Court Orders of

25   June 19 and October 02, 2000, on Karim-Panahi's Petition No. 99-9517,

26   (530 U.S. 1241. 120 S.Ct. 2705 (Mem) . 147 L.Ed.2d 959. 68 USLW 3773, U.S., Jun 19, 2000,

27   531 U.S. 808, 121 S.Ct. 40 (Mem) ; 148 L.Ed.2d 11, U.S., Oct 02, 2000),

28   assured that by black-listing and retaliations he would not be able to pay filing fees,

29   automatically would be prevent him from filing any 'petition for writ of certiorari'.

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

1    Indicating that the Office of the Clerk of the United States District Court in the Nation's

2    Capital acting  more as  racketeers office rather than clerk of the court.

3            235-  Also on June 14, 2004, (the same day), the REMOVAL the opened Case

4    No.: <u>04-MC-307</u>,  had been assigned to U.S. District Judge Reggie B. WALTON/ RBW,  (an

5    ex-Associate-Judge of Superior Court of District of Columbia).

6        -On June 15, 2004, (the next day), the Judge in pursuing the U.S. Attorneys,

7    Congressional/Senate and Superior Court operations, immediately without any hearing or

8    allowing U.S. Attorney to file their answer, issued an Order of Denial, entered June 16, 2004.

9        But the U.S. District Judge did NOT issue any order of REMAND of prosecution.

10            236- To prevent timely appeal, fraudulently the Order was not served on Karim-

11    Panahi. He became aware of the Judge's Order after a week by his own research/inquiry.

12        - On July 02, 2004, Karim-Panahi, during malicious-prosecution/persecution of charges

13    in Superior Court, timely filed his APPEAL from Order of denial of Removal on Case  No.:

14    <u>04-MC307-RBW</u> to the U.S. Court of Appeals for the District of Columbia CIRCUIT, and

15    Appeal No.: <u>04-5270</u> opened.

16        -the D.C. CIRCUIT also did  not issued any Order of REMAND of prosecution.

17            -237-to- 239-  ………….

1       **IX-d)-** _U.S. Court of Appeal for the District of Columbia CIRCUIT_
2       _with Manipulations Helped To Keep Imprisoned To Destroy_
3       _Appeal No.: 03-5186  and Appeal No.: 04-5270:_

4       240- United States Court of Appeals fro District of Columbia CIRCUIT by
5       manipulations and game play of proceeding , directly and tacitly acted against Karim-Panahi
6       protecting the U.S. Attorneys, U.S. Capitol Police, U.S. Army Special Agents, and
7       Congressional elements involved during the unlawful arrests, malicious prosecution, entry of
8       judgment of conviction, imprisonments, and physical-mental-emotional-psychological-financial
9       tortures (continuing to this date). By taking advantage of the fabricated malicious criminal
10      prosecution/ persecution and his imprisonment actually helped in destruction of Karim-
11      Panahi's Appeals No.: **03-5186** and No.: **04-5270** , which together with operations of the
12      Ninth Circuit judges shall be regarded as the most shameful and darkest era of American
13      Judicial jurisprudence, as:

14      _a)- Appeal No.: 03-5186 in D.C. CIRCUIT, on_
15      _Parviz Karim-Panahi –v.- Congress, officials, Judges, et al.:_

16      241- Appeal No.: **03-5186** was opened and docketed on July 28, 2003, in the
17      United States Court of Appeals for District of Columbia CIRCUIT after Karim-Panahi on
18      July 21, 2003, filed his Notice-of-Appeal from Order of Dismissal of Case  No.: **03-CV-219-**
19      **RMC**, _Parviz Karim-Panahi –v.- Congress, Judges, et al._ in the D.C. District Court.

20      -All of Plaintiff's motions for assignment of counsel, injunction pending appeal, and to
21      provide him at least some place to live, and emergency temporary protection, and notice of
22      Default of certain Defendants, were dragged and manipulated by Clerk's office and the Court.

23      -Even in occasions Clerk office called U.S. Marshalls to arrest Appellant because
24      Karim-Panahi had asked and questioned truthfulness of proceedings on his Appeal.

25      242- Considering that some of the D.C. CIRCUIT Judges were named party-
26      Defendants of the Case No.: **03-CV-219-RMC**, (now in the Appeal No.: **03-5186**),
27      so according to Federal Statute 28 U.S.C. §§ 144 and 455 [4] , demonstrating judicial honesty,
28      the D.C. CIRCUIT judges refused to preside and hear the Appeal,

1    (contrary to the corrupt and illegal operations of Ninth Circuit Judges, and the U.S. District

2    [Jewish] Judge Earl H. CARROLL, who issued orders and dismissed the case and appeals

3    filed against themselves).

4                243- On February 19, 2004, by a letter Karim-Panahi was informed that the D.C.

5    Circuit Chief Judge  had certified  assignment of out-Circuit Judges to hear the Appeal.

6    A Panel of Out of D.C. CIRCUIT  Judges:

7
8              -Paul R. MICHEL Circuit Judge of U.S. Court of Appeals for Federal Circuit, and
9              -Jane A. RESTANI Chief Judge of U.S. Court of International Trade, and
10             -Jone F. KEENAN, Senior Judge of U.S. District Court for Southern District of N. Y.

11   in accordance to the provisions of 28 U.S.C. sections 291(a), 293(a), and 292(d), were assigned

12   to hear Appeal No.: 03-5186.

13               244- On May 04, 2004, during the intensified U.S. [Jewish] Attorney Kenneth L.

14   WAINSTEIN and his [Jewish] assistant Steven KAUFMAN operations, additional arrest,

15   additional charges, (as set forth in previous paragraphs, in conjunction with the disclosure of

16   Abu-Gharaib in Iraq, Bagram in Afghanistan, Guantanamo Bay in Cuba and other Prisons

17   SCANDALS, and to silence him),   Karim-Panahi, unaware of lack of any decency and honesty

18   of the above named assigned out of D.C. Circuit panel of judges,

19   by a motioned first informed the D.C. CIRCUIT of the arrests and fabricated charges by U.S.

20   Attorneys, U.S. Army, U.S. Capitol Police and Congressional retaliations, then requested that

21   the D.C. CIRCUIT to issue Restraining and Injunction Order, and asked for ORDER to

22   REMOVE Cases Nos.: M-8374-03 and M-2315-04  from D.C. Superior Court to D.C.

23   CIRCUIT as part of Appeal  NO.: 03-5186.

24               245- On May 24, 2004, rather than protection, issuing restraining order, and  to

25   set a hearing to investigate and protect Karim-Panahi;

26           - instead in protecting legislatures-governmental-judicial defendants,  the out-of-D.C.

27   Circuit assigned Panel, (Michel, Restani and Keenan)  with utmost judicial dishonesty, fraud,

28   corruption and manipulation, and disregard for the laws and constitution,

29   by an Order not only denied injunction and appointment of Counsel and dismissed request for

1    removal of cases, but also ordered dispose of appeal without Oral-Argument without allowing

2    filing any Brief.    Then directed Karim-Panahi to pursue REMOVAL in accordance to 28

3    U.S.C. §§1441-et seq.

4            246- On June 09, 2004, Karim-Panahi filed  motion for Reconsideration  and

5    Hearing by En-Banc/Full Court, and asked for disqualification of the fraudulently assigned

6    judges, (JUDGES: PAUL R. MICHEL, JANE A. RESTANI, AND JOHN F. KEENAN).

7    Again indicated the torturous condition and on-going malicious   prosecution/ persecution in

8    trial by Defendants of his legal action case No.: 03-CV-219-RMC, (on Appeal No.: 03-5186).

9            247- Fraudulent operations of above judges and Clerk did not stop at this point.

10           On July 14, 2004, (knowingly 4-days before scheduled July 19, 2004, trials of

11   D.C. Superior Court Cases M-08374-03 & M-02315-04),  by another judicial fraud, the Clerk

12   office entered and docketed the followings:

13           -first the above out of the D.C. Circuit assigned Panel by an Order Denied Rehearing.

14           -then the D.C. CIRCUIT Clerk without any authority, jurisdiction and power issued a

15               Judicial Order, (not procedural), and  Denied Re-Hearing En-Ban.

16           -then the above out of the D.C. CIRCUIT Panel, (Michel, Restani and Keenan),

17   fraudulently without even allowing Karim-Panahi to file any Appellant-BRIEF, (then

18   Defendants/U.S. Solicitor General to file Appellees'-Brief, and then he file Appellant's-

19   Response-Brief, ....),  issued  JUDGMENT and accompanying MEMORANDUM not to be

20   published, which by fraudulent fabricated arguments DIMMISSED the APPEAL and confirmed

21   order of dismissal.

22           248- In their July 14, 2004, above JUDGMENT the D.C. Panel also ordered that:

23
24   "......THE  CLERK  IS  DIRECTED  TO  WITHHOLD  ISSUANCE  OF  THE
25   MANDATE [835954-2] PENDING DISPOSITION OF ANY TIMELY PETITION
26   FOR REHEARING."

27           249- On July 23, 2004, (in the morning before by illegal order of D.C. Superior

28   Court Associate-Judge ZMM-R was imprisoned and taken Political Prisoner/Hostage),

29   Karim-Panahi filed with the D.C. CLERK his Petition for "RE-HEAEERING EN-BANC",

30   which the Clerk has docketed as:

-72-

(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees,  Judges,  et al.)

1
2   "7/23/04:
3   PETITION FILED (COPIES: 5) BY APPELLANT PARVIZ KARIM-PANAHI
4   (UNSERVED) FOR REHEARING EN BANC [838315-1]. (STYLED AS
5   "PETITION FOR REHEARING EN BANC OF THE FRAUDULENT JUDGEMENT
6   ISSUED BY OUT OF CIRCUIT JUDGES: MICHEL, RESTANI AND KEENAN
7   AND REPEATING THE MOTION FOR RESTRAINING-INJUNCTION ORDER
8   AGAINST CONGRESS, US ATTORNEYS-CAPITOL POLICE; PROVIDING
9   JUDICIOUS, DECENT, HUMANE AND CIVILIZED CONDITION, PLACE TO
10  LIVE TO BE ABLE TO PROCEED AND PROSECUTE LEGAL ACTION(S);
11  JUDICIARY/COURTS SHALL NOT BE CONVERTED TO CHAMBERS OF
    TORTURES .....") (JTH)...."

12      250- The same day, July 23, 2004, Karim-Panahi also filed his opposition to the

13  previous Order of the Clerk denying Re-Hearing En-Banc of the May 24, 2004, Order,

14  docketed/entered as:

15      "7/23/04
16  NOTICE FILED BY APPELLANT PARVIZ KARIM-PANAHI OF "OBJECTION
17  AND   OPPOSITION   TO   THE   CLERK'S   ORDER   ISSUE   WITHOUT
18  JURISDICTION FRAUDELENLTY PREVENTING REHEARING EN BANC"
19  [838426-1]. (JTH)..."

20      251- But on September 03, 2004, while Karim-Panahi was taken Political-

21  Prisoner/Hostage, incarcerated with no means of action, again by fraud the D.C. CIRCUIT

22  Clerk without any authority, jurisdiction and power, and without serving Plaintiff/ Appellant,

23  had issued another fraudulent Judicial-Order, (not procedural), and Denied Re-Hearing by

24  En-Banc/Full Court, docketed as:

25      "8/3/04
26  CLERK'S ORDER FILED [840212] DISMISSING AS MOOT PETITION
27  REHEARING EN BANC BY PARVIZ KARIM-PANAHI [838315-1] .
28  [ENTRY DATE: 8/3/04] (MCM).."

29  then by its own fraudulently issued  MANDATE.

30      252- Karim-Panahi incarcerated and taken Political-Prisoner/Hostage all of his

31  communications cut-off and/or censored, had no means to act, or to file Petition For Writ of

32  Certiorari with Supreme Court.

33  (even if he was free and had chance, it would had been useless, by fraud would be dismissed).

34      253-- .........

35

### *b)- Appeal No.: 04-5270 in D.C. CIRCUIT on*
### *U.S./ Congress –v.- Parviz-Karim-Panahi:*

254- On July 02, 2004, before trial and imprisonment, after Order of Denial of REMOVAL issued on July 16, 2004 by U.S. District Judge Reggie B. WALTON, on the Case No.: **04-MC-0307-RBW**, *USA/ Congress –v.- Parviz Karim-Panahi* in the U.S. D.C. District Court, Karim-Panahi filed his "Notice-of-Appeal".

255- This appeal was not docketed until July 26, 2004, after Plaintiff/ Karim-Panahi was taken Political-Prisoner/Hostage. Then the Clerk docketed and opened Appeal No.: **04-5270** in the United States Court of Appeals for District of Columbia CIRCUIT.

-Whereas the D.C. Superior Court Cases Nos.: **M-08374-03** and **M-02315-04** were criminal/misdemeanor cases, subsequently the REMOVED Case to the U.S. District Court, No.: **04-MC-0307-RBW**, and its Appeal 04-5270 must had been remained criminal case. But again by fraud to take advantage of June 19 & Oct. 02, 2000, Orders of the U.S. Supreme Court on Karim-Panahi's Petitions, to prevent to file his "Petition for Writ of Certiorari", the Clerks of the U.S. D.C. District Court and the D.C. CIRCUIT filed the case and its appeal as a Civil Case and civil Appeal number, **04-5270**.

256- Karim-Panahi incarcerated and his access cut- off, had no means to protest/ prevent the above Case category assignment.

-Subsequently, the D.C. CIRCUIT, fraudulently with conspiracy claiming the Case to be a Civil action, refused to assign any attorney to proceed with the appeal;

-also later to drag the Appeal, Clerk asked for payment of filing fee, (whereas criminal case appellants do not pay filing fee), taking more than five extra months, keeping Plaintiff/Appellant incarcerated.

257- Karim-Panahi incarcerated/Political-Prisoner with no meaningful access to the courts and law material, had to proceed in *pro-se*.

-On August 03, 2004, cut-off from law materials filed a hand-written motion as "Habeas Corpus Petition for RELEASE". But

1    258- On August 04, 2004, again by fraud and conspiracy the D.C. Circuit Clerk

2  issued an ORDER demanding payment of $255.00 or to file Motion To Proceed in Forma

3  Pauperis. But

4    -when on August 16, 2004, Plaintiff filed the motion, again by fraud, conspiracy, and

5  manipulations to drag time to keep Plaintiff incarcerated,

6  On August 25, 2004, the Clerk issued another Order sending the motion for waiver of the fee

7  back to the District Court for Decision, then Ordered that appeal to be kept in abeyance.

8    -District Court took several more months until Nov. 19, 2004, to make decision.

9  During these periods by fraud Plaintiff was kept incarcerated and close to half of his time

10  already spent incarcerated.

11    259- On September 15, 2004, Karim-Panahi objected to "Abeyance of Appeal".

12    -on October 6, 2004, filed "Amended Habeas Corpus for Release"; and

13    -on November 9, 2004, asked the reason for dragging the appeal, asked expediting.

14    260- On December 15, 2004, (after about 5 months of incarcerations ),

15  in contrast to the Appeal No.: 03-5186, that the Circuit Judges refused to hear Karim-Panahi's

16  Appeal, but now incarcerated and more chance to retaliate, a panel of the D.C. CIRCUIT

17  Judges: Douglas H. GINSBURG, (Chief), A Raymond RANDOLPH and David S. TATEL,

18  named-Party Defendants of Case No.: 03-CV-0219-RMC and Appeal No.: 03-5186, again by

19  judicial fraud and conspiracy rather than assigning a Counsel, completely ignored savage

20  circumstances imposed on Plaintiff and refused order to release him,

21  instead ordered within 30-days to file:

22  "TO SHOW CAUSE WHY HABEAS PETITIONS SHOULD NOT BE DISMISSES",

23  (claiming it shall be decided by D.C. Court of Appeal), and also

24  "TO SHOW CAUSE WHY THE DISTRICT COURT'S ORDER OF JUNE 16, 2004,

25  SHOULD NOT BE SUMMARY AFFIRMED". And

26  Threatened dismissal for lack of prosecution, if not filed timely.

27    -These D.C. Circuit Judges were well aware that Plaintiff/ Karim-Panahi incarcerated

28  as a political-prisoner/hostage had no meaningful access to law materials, library, and

1    computer to prepare above court ordered legal papers, (whereas during his incarceration all of

2    them were cut off, and under order of WARDEN his mails even legal were intercepted and

3    some destroyed).

4         - Karim-Panahi  again filed for assignment of a Counsel, and responded to the both

5    Show Cause Orders. Also asked that the show cause on the District Court's order to be

6    supplemented by to be assigned counsel.

7         261- On March 11, 2005, (about seven months incarcerated), another panel of

8    the D.C. CIRCUIT Judges: Douglas H. GINSBURG, (Chief), David B. SENTELLE and

9    John G. ROBERTS, Jr., (now Chief Justice of U.S. Supreme Court),

10   again by lack of any judicial honesty, fairness, decency and courage, and for retaliations,

11   issued another ORDER, by which DENIED appointment of counsel, (claimed "The interests of

12   justice do not warrant appointment of counsel in this case"), DISMISSED Petition for Habeas

13   Corpus, and again disregarded the savage conditions and lack of access to the courts imposed

14   on Karim-Panahi, and set 30-days, " TO SHOW CAUSE WHY THE DISTRICT COURT'S

15   ORDER OF JUNE 16, 2004, SHOULD NOT BE SUMMARY AFFIRMED", and threatened

16   dismissal for lack of prosecution.

17        -On March 22, 2005, Karim-Panahi filed his motion for REHEARING AND

18   RECONSIDERATION EN-BANC/FULL-COURT.

19        262- On MAY 16, 2005,

20        -first the panel of D.C. Circuit Judges: Douglas H. GINSBURG, (Chief), David B.

21   SENTELLE and John G. ROBERTS, Jr., (now Chief Justice of U.S. Supreme Court), by

22   forgetting their oath of judicial office denied rehearing;

23        -then En-Banc Judges: Douglas H. GINSBURG, Harry T. EDWARDS, David B.

24   SENTELLE, Karen Lecraft HENDERSON, A. Raymond RANDOLPH, Judith W. ROGERS,

25   David S. TATEL, Merrick B. GARLAND, and John G. ROBERTS, Jr., (now Chief Justice),

26   also abdicating their responsibilities DENIED EN-BANC RE-HEARING.

27        263- On May 16, 2005, the D.C. CIRCUIT CLERK by fraud issued another

28   ORDER that the "CASE BE DISMISSED FOR LACK OF PROSECUTION"

-76-

(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)

264- Karim-Panahi filed for extension of time to "Petition for Writ of Certiorari" with the U.S. Supreme Court, A100-2005, and then filed his Petition which by fraud of the Clerk office prevented to proceed, claiming the case is not criminal but civil and did not file it without fee payment.

265- On September 23, 2005, (after his release), Karim-Panahi filed a motion with the D.C. Circuit 'TO CORRECT INTENTIONALLY MISLEADING RECORD from Civil To Criminal status'. But

- On November 08, 2005, the panel of D.C. Circuit Judges: Douglas H. GINSBURG and David B. SENTELLE, again by continuing judicial fraud, to prevent Karim-Panahi from filing Petition of Certiorari with the U.S. Supreme Court, denied the above motion to correct the record and the status of Appeal (and lower court's) from Civil to Criminal.

266- These were the D.C. Circuit Judges who had the Clerk of the Court to issue judicial decision of denial of En-Banc on Appeal No.: 03-5186 on its original hearing and rehearing.

-But as soon as Karim-Panahi was taken political-prisoner/hostage and incarcerated, as they got a chance continued their disregard for Constitutional rights and laws.

## IX-e)- *Petitions for Writ of Certiorari To the Supreme Court of the United States Prevented to Be Filed; Continuing Judicial Fraud:*

267- To legitimize half-a-century governmental-congressional-corporate-judicial crimes against Karim-Panahi and denials of his rights of, and to cover-up their own abdication of judicial duties and responsibilities, by fraudulent operations of the Clerk office,

- on June 19, 2000, the Supreme Court of the United States issued an Order as:

'Clerk of the Court shall not docket/ file Karim-Panahi's Petitions unless he pays filing fee on civil (not criminal) cases', 530 U.S. 1241, 120 S.Ct. 2750. Then

on October 02, 2000, denied rehearing, 531 U.D. 1241, 120 S.Ct. 40 (Mem), 148 L.Ed.2d 11.

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

1    268- The above decision was made through conspiracies of the Clerk of the U.S.

2  Supreme Court and of the United States Court of Appeals for the NINTH CIRCUIT, following

3  June 20, 1999, fabrication of Case No.: 99-80124 by Ninth Circuit.

4    269- By the above decisions of the U.S. Supreme Court and NINTH CIRCUIT

5  they have been able to prevent Karim-Panahi from filing and proceeding on all Appeals and

6  on Petitions for Writ of Certiorari, subsequently covering up all governmental-congressional-

7  corporate-judicial violations and crimes against Karim-Panahi.

8

9    270- The above decisions are the one provided means to the U.S. Supreme Court

10  Clerk that by fraud even prevented Karim-Panahi's filing Petition for Writ of Certiorari on

11  Appeal No: 04-5270, which as mentioned before the Cases involved were Criminal,

12  (Misdemeanors, M-08374-03 & M-02315-04), not civil.

13  -Karim-Panahi had filed and was granted "EXTENTION OF TIME" to file Petition on

14  the decision on Appeal No.: 04-5270, which was Docketed as No. 05-A100.

15  The Extension of Time was originally issued until October 15, 2005, but by fraud to prevent to

16  have the Petition not on the new Session and contemplating new Chief Justice, (Joh G.

17  ROBERTS, JR.), it was changed to September 15, 2005.

18  -Anyway by fraudulent operations of the Clerks of the U.S. District Court, D.C.

19  CIRCUIT, and U.S. Supreme Court claimed to be Civil actions and not Criminal, prevented

20  filing Petition for Writ of Certiorari.

21    Above demonstrate abdication of judicial responsibilities, duties, and/or manipulation

22  of the constitution and laws, as actual judicial fraud against this Plaintiff/Appellant/Petitioner/

23  Karim-Panahi and people and humanity.

24  //

### IX-f)- Fraudulent Operations of the
### District of Columbia Court of Appeals, Destroying
*Appeal No.: 04-CO-160; and*
*Appeal No.: 04-CM-938:*

271- To prevent and put a stop to the U.S. Attorney/prosecutors' and D.C. Superior Court associate-Judge Zinora M. Mitchell-Rankin's disregard for the laws and constitution, Karim-Panahi filed appeals and in vain asked D.C. Court of Appeal to perform their duties, as:

#### a)- Appeal No.: 04-CO-160 in D.C. Court of Appeals:

272- On February 11, 2004, Karim-Panahi filed his Appeal on D.C. Superior Court Case No.: M-08374-03, with the District of Columbia Court of Appeals from Orders of Denials of Lack of Speedy Trial, Disqualification and Removal of Judge Zinora Mitchell-Rankin ordered by herself, appointment of a new Co-Counsel, (who was calling herself Attorney-Advisor), and lack of judicial independence subservient to Congressional orders, etc., Appeal No.: 04-CO-160 was opened.

273- Karim-Panahi also put the D.C. Court of Appeal on constructive and actual notice and warned of lack of any intention of Judge Zinora M. Mitchell-Rankin to provide and conduct any fair and impartial hearings and trial, her lack of judicial understanding and temper, called her "Hanging-judge" with her pre-set intention to convict him.

-Assistant U.S. Attorney John Robert FISHER, (now an appellate-judge of the Court), filed falsely claimed that no order was entered on some of the issues raised.

274- Upon March 09, 2004, another unlawful, illegal and without probable cause arrest as contempt of court's stay away order and the U.S. Attorney/prosecutor, Capitol Police and Congressional elements fabricating Case No.: M-02315-04, Karim-Panahi filed and put the D.C. Court of Appeals on Notice and asked for protection, but ignored. Instead:

275- On March 31 & April 20, 2004, rather than protecting Karim-Panahi, the D.C. Appeals Court panel of Judges, and Inez Smith REID, associate-judge, and William C. PRYOR and John W. KERN. III, Senior judges, and the panel of judges Inez Smith REID,

1    associate-judge, and William C. PRYOR and Frank O. NEBEKER, senior judges, based on

2    the U.S. Attorneys' filed papers dismissed the appeal and rushed the case back to allow the

3    D.C. Superior Court associate-Judge Zinora M. Mitchell-Rankin to get back on the case.

4    Which directly encouraged the judge, police and U.S. [Jewish] Attorneys Kenneth L.

5    WAISTEIN and Steven KAUFMAN/ prosecution to continue their crimes and intensify their

6    violations against Karim-Panahi.

7

8              ### b)- Appeal No.: 04-CM-938 in D.C. Court of Appeals:

9              276- On July 23, 2004, upon unlawful 'Entry of Judgment of Conviction'

10   entered in violation of federal statute, 28 U.S.C. §§1441, et seq.,

11   the D.C. Superior Court Associate-Judge Zinora M. Mitchel-Rankin with savagery without

12   allowing him to arrange for management of his personal matters and properties, immediately

13   Ordered Karim-Panahi's imprisonment and ordered the U.S. Marshalls to take him under

14   custody, (whereas even Martha Stuart and Jack Abramoff by defrauding millions dollars

15   were allowed several months to manage their business before reporting to be incarcerated).

16              277- On July 23, 2004, the Judge had put in her order/judgment of conviction

17   "advised of appeal rights, in 30-days'. But

18              -actually by another judicial and U.S. Attorneys/prosecution's fraud against the law

19   and constitution, in conspiracy with the D.C. Jail Warden/(staff), Karim-Panahi was kept

20   incommunicado without any access to forms, writing materials, envelop and stamp to file his

21   appeal, (he borrowed stamps from other inmates).

22              -Fortunately before being taken into custody, Plaintiff had signed a blank Appeals

23   form and gave to Attorney-Advisor/ Ms. Ballester to file, which was filed on July 28, 2004.

24              278- On August 05, 2004, Karim-Panahi in *pro-se* without access to any law

25   material filed a hand written "Motion For Release Pending Appeal", and asked in accordance

26   to Criminal Justice Act for assignment of a Co-Counsel to proceed on Appeal.

27   Then on August 31, 2004, amended with Emergency motion,.

28              279- The D.C Court of Appeals did not release him, but on August 11, 2004, ,by

1    Clerk's order , Arthur E. AGO was assigned as Counsel, (not Co-Counsel).

2    This attorney filed a Supplement to Karim-Panahi's Motion for Release Pending Appeal. But

3          -on September 7, 2004, the U.S. [Jewish] Attorneys Kenneth L. WAINSTEIN, his

4    Assistants Steven K. KAUFMAN, and John R. FISHER, (now D.C. Appeal Court's Judge), in

5    their response opposed and maliciously with fraud claimed that

6         - Karim-Panahi is a fight-risk, because he is an Iranian with Iranian Passport,

7    clearly revealing their all along selective discriminatory intentions of malicious prosecution

8    and imprisonment for his national-origin/Iranian and race/Middle-Easterner and religion.

9           In October  2004, a panel of D.C. Court of Appeals Judges: John A. TERRY

10   and  Inez Smith REID, Associate-Judges, and Frank O. NEBEKER, Senior Judge,  without

11   any hearing based on the U.S. Attorney opposition Denied the Release Motion.

12          281- On October 8, 2004, the assigned counsel, Arthur E. AGO, by waisting tow

13   month filed a Motion To Withdraw, claiming found another employment. Then took his fees.

14        -Karim-Panahi asked for assignment of a Co-Counsel.

15        -On October 21, 2004, after wasted three months, Chief Judge Janice C. WARNER,

16   (unknown relation to Defendant Senator Warner, who was going to retire in middle of 2005),

17   refused to assign co-counsel, but assigned  another [Jewish] Attorney  Dennis M.  HART.

18          282- The new Counsel  Dennis HART, intentionally for about nine months did

19   not and refused to file any meaningful court paper and/or to pursue the Motion For Release

20   Pending Appeal. He only kept engaging Karim-Panahi in useless letter writing.

21        -The assigned Counsel Dennis M.  HART even refused to ask for investigation and/or

22   intervention on Plaintiff issue of being subjected to different kind of tortures and his life put

23   on jeopardy.  In response to Plaintiff's request of providing an emergency collect-telephone

24   contact in the case of bodily injury and/or death, the Attorney Dennis M. HART at his first

25   and only visit stated that:

26        "if your are dead you do not need to contact me".

27   Communication s to the Court for his removal were given back to the attorney.

28

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1         283- On June 14, 2005, the assigned Counsel Dennis M. HART by fraud and in

2   collaboration with the U.S. Attorney/prosecution one month left to the end of one-year

3   sentence, without filing any paper or brief filed a 'Motion To withdraw",

4   fraudulently and falsely stated that Plaintiff do not need any attorney and want's to be his

5   own. Then filed to be paid for his fees.

6         284- During these periods, close to one-year to keep Karim-Panahi incarcerate,

7   political-prisoner/hostage, in collaboration of U.S. Attorney/prosecution, Judge ZMM-R, Clerk

8   of D.C. Superior Court and assigned attorney, still Appeal records were not prepared.

9     -On June 23, 2005, after one year the D.C. Superior Court, about the end of

10   incarceration period, upon Karim-Panahi's objections, the D.C. Clerk sent record of Case No,:

11   <u>M-08374-03</u> to the D.C. Court of Appeals.

12     -Upon its inspection Karim-Panahi became aware that the whole record is fraudulently

13   prepared with wrong information. This record contained legal papers of other people's court

14   filings, (some felony), having nothing to do to Karim-Panahi's Cases, M-8374-03 and appeals.

15     -Karim-Panahi's objections and request for remand were ignored by the Appeal judges.

16       285- On June 29, 2005, a panel of the D.C. Court of Appeals Judges:

17   Frank E. SCHWALB, and Venessa RUIZ, Associate Judges, and Warren R. KING, Sr. judge;

18   issued an Order, released attorney Dennis M. HART, but by judicial fraud Ordered that

19   Karim-Panahi shall proceed in _pro-se_ . and within 40-days to file Brief and then reply Brief,

20   (while still incarcerated with no meaningful access to the courts, and his access to law Library

21   cut-off, and other assigned Attorneys had taken their Fees and did nothing).

22       286- On July 15, 2005, Karim-Panahi (while incarcerated), filed his objection to

23   the above order and asked for reconsideration and for Rehearing In Banc.

24     -which on July 28, 2005, the above panel of judges, Frank E. SCHWALB, and Venessa

25   RUIZ, Associate Judges, and Warren R. KING, Sr. judge, again denied his objections.

26       287- Also in collaboration of U.S. Attorney, Judge ZMM-R, and Clerk of D.C.

27   Superior Court, the Clerk's Transcribing department indicated that the January 20 and

28   January 21, 2004, hearing transcripts are not available, claiming because of malfunction.

1    the new Chief judge Eric T. Washington, grant Appellant's request for completing the record.

2        - Up to this date the D.C. Superior Court Judge Zinora M. Mitchell-Rankin is trying to

3    cover-up her January 20, 2004, injudicious orders, and the record has not been corrected.

4

5            **IX-g)- *Other Legal Actions Destroyed:***

6        **289-** Many other legal actions of Karim-Panahi, (many in the Commonwealth of

7    Virginia), as the result of the above criminal operations of Defendants were prevented to

8    proceed and subsequently destroyed . Their list and cases will be provided during Trial.

9
10       **290-to-300-** …………..

11   //

12       **IX-h)- *Continuing Violating Operations by***
13       ***U.S. District [Jewish] Judge Earl H. CARROLL,***
14       ***Los Angeles County and its Attorneys, sheriff Department, and***
15       ***Police Departments in Los Angeles area, to Destroy-Murder:***

16
17       ***IMPEACHMENT Appropriate:***

18       **301-** From September 2005, after being released as Political-Prisoner/ Hostage

19   Karim-Panahi returned to Los Angeles, California to prosecute his legal actions as the Case

20   No.: **CV-01-2788,** *Parviz Karim-Panahi –v.- Los Angeles COUNTY, Board of Supervisors, et al*.

21   and to pursue the Cases filed against California Congressional [Jewish] legislatures, (as

22   Senator Dianne FEINSTEIN, …..), and to pursue his appeals. But

23       **302-** The illegally imposed U.S. District [Jewish] Judge Earl H. CARROLL,

24   (from Phoenix Arizona), who has been unlawfully assigned by Ninth Circuit Chief Judge Mary

25   M. SCHROEDER, (from Phoenix, Arizona), (both named Defendants of Plaintiff's legal

26   actions, and both the main reason Karim-Panahi had to go to Congress asking for protection

27   from judicial crimes).

28       **303-** This illegally imposed U.S. District [Jewish] Judge Earl H. CARROLL,

29   (from Phoenix Arizona), has no respect for the United States Constitution and laws.

30       -without any fear and shame, while named party-Defendant of the Plaintiff's Cases

31   Nos.: CV-03-03-CBM, CV-03-804, and 03-CV-219-RMC, he kept issuing ORDERS on his

1    behalf and benefits.

2    304- On Case No.: CV-03-804, which originally was filed in the SUPERIOR

3    COURT OF LOS ANGLES, as case No.: <u>BC287976</u>, then REMOVED by the U.S. Attorney to

4    U.S. District Court,

5    -four United States District Judges, the honorables: Audrey B. COLLINS/ ABC; and

6    Stephen V. WILSON/ SVW; and  R. Gary KLAUNSER/ RGK; and  Percy ANDERSON/ PA,

7    self-recused and disqualified themselves, (who except one even were not named Defendants).

8    -But the illegally imposed U.S. District [Jewish] Judge Earl H. CARROLL, (from

9    Phoenix Arizona), has been named a part-Defendant of the Case, took over the Case and issued

10   order in his own protection and benefit. An IMPEACHABLE offense.

11   305- The U.S. [Jewish] Judge Earl H. CARROLL since 2001, for five years, by

12   outmost judicial dishonesty and corruption, in conspiracy with the Los Angeles County

13   officials, [Jewish] Board of Supervisor Zev Yaroslavski, Department of Social Services, and

14   their contractors/ consultant, in conspiracy with the County COUNSEL and private Attorneys

15   of Law Offices of Gutierrez, Preciado & House, LLP, and their attorneys Nohami Gutierrez

16   Ferguson, Christopher D. GRIGG, and Ann D. WU, hired from public-funds, and in

17   conspiracy with other [Jewish] judges of the Ninth Circuit and District Court in Los Angeles,

18   (Christina A. SNYDER and her ex-law-partner Mariana M. PFAELZER), has used and

19   abused his judicial power to disable and unable Plaintiff/ Karim-Panahi to proceed  and

20   prosecute his legal actions. Not only on September 2003, as a named party-defendant of CV-

21   03-804, in violation of Federal Statutues dismissed the case, but also with fraud and

22   manipulations on March 30, 2006, dismissed CV-01-2788.

23   306- Then by use of the Los Angeles County SHERIFF Department and other

24   Los Angles Area Police DEPARTMENTS and their Officers, constantly have harassing and

25   intimidating Plaintiff with intention to create new criminal charges and imprisonment,  not

26   only prevent him to prosecute to deny his rights, but also premediated with design and plan to

27   DESTROY and to Plaintiff to be killed/ MURDER.

28   307-310- ...//

# -X-
# CAUSES OF ACTIONS:

311- __INCORPORATING:__  Hereby Plaintiff in *pro-se*,  incorporates the above paragraphs 1-to-310, all his legal-actions filed in the courts, issues of similar legal actions filed with courts, (as by attorneys of Holocaust victims/survivors, and Israeli/ Jewish-Americans actions against Iran and judgments issued for billions of dollars, ........), and all the international laws and treaties, United Nations Charters, Universal Declarations of Human and Civil Rights, USA Constitution, laws and statutes, and all other applicable issues and laws, based on them charges the Defendants with at least the following Causes of Criminal and Civil Actions, and their responsibility for the damages inflicted:

312- Defendants Members and Staff of United States Congressional Senate COMMITTEE ON ARMED SERVICES and  SENATE COMMITTEE ON FOREIGN RELATIONS who were present at the hearings conducted on September 24 and  25, 2003, (some listed in the Second Session of 108th Congress, SENATE RESOLUTION-286), are only charged for their failure to prevent violation of civil rights,  under 42 U.S.C. §1986, but not other Causes of Actions, (unless become evident that they were engaged in other violations).

Other Defendants are charged with all other Causes of Actions as stated.

//
//

# Criminal & Civil Causes of Actions:

### *First Cause of Action, under*
### *International Crime Against Humanity:*

**Whereas in the National-Anthem, it is referred to USA as**

**"*The land of Free and home of Braves*",**

but above facts, clearly demonstrate that the country and people have been under control of elements, who not bravely but cowardly by using and abusing all governmental-legislative-corporate-judicial powers and power of the USA Armed Forces, Police, Judiciary, and by judicial fraudulent operations prevented administration of justice on Plaintiff's legal actions, do/did not hesitate to disregard and violate all the laws and constitution to gang-up to violate every possible rights of one-single person, as this Plaintiff, (and millions/billions others).

-Never in the history of mankind such a pervasive, continuous, vicious and malicious savageries for a span of more than half-a-century against one-person from childhood to old age have ever been committed directly by legislature-officials-corporations-Judiciary/ Judges of so-called the only "***super-power***" and "wealthiest Country in the world", claiming saved the world from Nazis, and her [Jewish] Judges and Legislatures claim were victims of Nazis,.

-Even Hitler, Nazis and SS-Geshtapoos and SADDAM did not torture their victims day and night for half-a-century, and did not use judiciary/courts/judges to cover-up, as committed by these Defendants.

- Whereas many officials and head of states all over the world have been internationally declared responsible for crimes committed by their policies and put on trial;

there are no reasons that the Defendants of this legal action shall be exempted.

They had control and were policy-makers who abused their powers to cover-uo, whether in Senate Committees, U.S. [Jewish] Attorneys, Capitol Police, Wardens and their staff, and Judges as named U.S. District [Jewish] Judges Earl H. CARROLL, and Ninth Circuit, Los Angeles County Defendants, their Counsels and private-Attorneys hired-mercenaries, and the D.C. Courts/Judges. All committed acts of savageries and insanities against humanity, innocent

*(Parviz Karim-Panahi –v.- Senator John W. Warner, Senate Committees, Judges, et al.)*

1  individuals, children and families, for and to satisfy their own greed, financial gains and enrich

2  themselves, families, cronies, political-religious allies,

3  (as California Senator Dianne FEISTEIN buying 16 million dollars mansion, with about

4  160,000 $/year salary, or her ally Tom LANTUS, claiming immigrated from Eastern-Europe

5  with no funds, running a fraudulent human rights to cover Israeli's crimes, amassing at least

6  $18 million, or their judge Alex KUZINSKI also immigrated from Eastern Europe with no

7  funds, while million people in California have nothing to eat or homeless).

8  //

## *Second Cause of Action, under*
## *International Genocide,*
## *(18 U.S.C. §1091, et seq.):*

12  A simple review of the past half-a-century operations against other nations and

13  innocent families, Police and Army's operations against Plaintiff or in Abu-Gharaib in Iraq,

14  Bagram in Afghanistan, Guantanamo Bay in Cuba and other prisons overseas, or in

15  Washington/ District of Columbia Jails, and the Correctional Treatment Facilities/CTF of the

16  Correctional Corporation of America/CCA, (also other jails all over the country),

17  clearly indicate Defendants specific intent, policies and plans committing GENOCIDE against

18  every opposition as Plaintiff, Iranians, Middle-Easterners, Arabs, Palestinians, (as well as all

19  other nationals, ethnic, racial, or religious groups, as African-Americans, Latinos, Mexicans,

20  Central and South Americans, Vietnamese, Koreans, Chinese, other nations, their families).

21  -Their acts were committed with specific intent to destroy against individuals and

22  nations, ethnic, and religious groups. Subjecting to conditions of life that are intended to cause

23  physical destruction, causing serious bodily injury, causing permanent impairment of mental

24  faculties, and killing

25  So they shall be indicted and prosecuted under International Laws, and the USA's

26  laws, (as 18 U.S.C. §1091 et-seq.).

27  They are also liable for the damages inflicted.

28  //

### _Third Cause of Action, for_
### _Creating Sham Judiciary as a Fraud against Humanity:_

Defendants Courts, named Judges, as U.S. Court of Appeals for Ninth Circuit, U.S. District Court for Central District of California, in Los Angels, with other named Defendants judges and governmental and private attorneys in violation of the United States Constitution have converted the United States Judiciary and Courts system to a system running as institutions of fraud and manipulations for their own personal, family, cronies, and political-religious allies gains and enrichment.

A sham judiciary and court system, which have become a fraud against humanity.

The named judges and attorneys are liable for the damages inflicted.

//

### _Fourth Cause of Action, under_
### _Impeachment of Federal Judges for Criminal fraudulent operations:_

The named Defendants federal judges, as the U.S. District [Jewish] Judges Earl H. CARROLL, Christina A. SNYDER, and her ex-law partner Mariana R. PFAELZER, and Ninth Circuit Chief Judge Mary M. SCHROEDER, as well as others, intentionally by well design and plans disregarded and ignore the laws and constitution of the United States and international laws, who are supposed to implement, and committed the crimes alleged for their own persons, cronies, political-religious allies' gains, benefits and enrichment, which are IMPEACHABLE crimes to be put on trial for abuse of their judicial powers.

Article I, section 3, clause 6 of the United States Constitution provides for the means of impeachment. It is requested that this Court submit the impeachment article and follow constitutional procedure for the impeachment proceedings.

Additionally those judges are liable for the damages inflicted.

//

### *Fifth Cause of Action, under*
### *State Sponsored official*
### *Physical-Mental-Emotional-Psychological-Financial Tortures,*
### *False Arrests, Malicious Prosecution, Imprisonment*
### *(18 U.S.C. §2340):*

All the Defendants, legislatures-judicial-governmental-corporate officials are nationals of, or live in and are present in the United States of America, who with pre-planned and pre-designed policies, continuing for more than half-a-century pervasive harmonized and coordinated operations and conspiracies, sadistically under the color of their authorities and laws have subjected Plaintiff/ Karim-Panahi, (and his innocent family, and millions/billions of others all over the world), while under their physical control and custody, to actual real physical-mental-emotional-psychological-financial tortures, intended to inflict severe permanent physical or mental pains or suffering calculated to disrupt profoundly his senses and personality, and to threats of imminent death, for Plaintiff's opposition to corruption, thieveries, stealing/ defrauding federal-state-county-local-international public-funds, and for his national-origin/Iranian, religion/Muslim, race/Middle-Eastern, and for asking removal of "Star-of-David" from public governmental insignias inserted in violation of USA Constitution, and for his request to be provided with the same 'freedom, democracy and justice' here in the USA, which by Iraq-War promised to the people of Middle –East and Iraq.

-They used and abused all their powers and institutions available to them, by lethal and non-lethal means, hostile coercive regimes manipulation in destroying Plaintiff's life. They have constantly for more than half-a-century denied Plaintiff all daily needs and necessities, imposed psychological pressure, interfered with his mind, physical and mental emotions, and needs.

-Defendants acts are in violation of the United Nations prohibition of Torture, and the USA laws, 18 U.S.C. §2340 Prohibition of Torture, have inflicted great damages in the past and reasonably certain to sustain in the future upon Plaintiff and his family, (and millions/billions of others), who the Defendants, (and their spouses, children, heirs, administrators, etc.), in

1    their official and in private capacities are liable for the damages inflicted.

2         -Defendants' intentional and willful violations of criminal statutes and Plaintiff's rights

3    embodied public policy, (nationally and internationally), as Torture, Racketeering/ RICO, et

4    seq., creating Criminal as well as Civil cause of action for damages inflicted.

5    //

6         ### *Sixth Cause of Action, under*
7         ### *State Sponsored Official Terrorism, Hostage Taking;*
8         ### *False Arrests, Malicious Prosecution, Imprisonment;*
9         ### *(18 U.S.C. §§921, 2331, 3071, et seq.):*

10        Defendants' operations, violations and crimes as set forth committed with

11   conspiracies against Plaintiff were committed with firearms, involving violent acts and/or acts

12   dangerous to human life, created and are intended to create domestic and international

13   TERROR and HORROR committed within jurisdiction of the United States and several of her

14   States, to intimidate or coerce  to prevent any objection to their   corruption  lack  of

15   'freedom, democracy and justice' even promised by Iraq-War to Iraqis, and for opposition to

16   their  thieveries, racketeering, defrauding public-funds as opposed by Plaintiff.

17        -They are responsible for death and casualties to innocent people of all nations and to

18   the innocent Americans before and after 9-11-2001.

19        -Defendants Torturous operations are committed in violation of International laws,

20   USA Constitution, laws and statutes, (as 18 U.S.C. §§921, 2331, 3071, et-seq.);

21        -Plaintiff repeatedly and constantly by his legal actions has provided and furnished

22   information  of  certain  domestic  governmental-legislative-corporate-judicial  elements'

23   conspiracies in performing terrorism acts under color of their powers.

24   He is entitled to the maximum reward allowed by law.

25        Therefore Defendants are liable for the damages inflicted.

26   //

### *Seventh Cause of Action, under*
### *Racketeer Influenced and Corrupt Operations/ Organizations*
### *(18 U.S.C. §§ 1961-8, et seq.):*

1  
2  
3  

4        All of the above violations have been committed and executed under direct

5   covert and overt plans, designs, policies, operations and control of defendants U.S. Attorneys

6   Office, U.S. Capitol Police, State of California, Los Angeles County & City, and Courts as

7   "**Enterprise**", with the [Jewish] U.S. Attorneys, Army Special Agents, Judges, et al., as

8   "**Principals**", in collaboration and help of their instrumentalities, other named Defendants

9   operating as *"Organized-Crime-Syndicates"* with *"Pattern of Racketeering Activity"*

10  evidenced by above set forth facts and Plaintiff's previous legal actions on Defendants'

11  operations,  committed all over the country protected by abuse of power of USA government,

12  executives, legislatures, police and armed forces, corporations, Judiciary and  Judges.

13       -Defendants receive their incomes and salaries from continuing their pattern of

14  racketeering activities, and by their powers directly affect interstate or foreign commerce,

15  which make their hiring and employment illegal act.

16       -Pattern of their activities are evident by more than half-a-century operations against

17  Plaintiff who simply has stated his opposition to corruption and racketeering.

18  Even the Defendants by operations of the United States Attorneys and Jewish-Mafia year after

19  years have used and abused powers of the U.S. Internal Revenue Service/ IRS and California

20  State Franchise Tax Board to fabricate illegal debts against Plaintiff, whereas he had no

21  income and/or less than poverty limit income. Even planned to deny him his full Social

22  Security income for old age. Plaintiff documented them in the courts.

23       -Plaintiff has been enormously injured and damaged by the Defendants racketeering

24  activities, and still is suffering from such operations.

25       -They are committed in violation of International Laws, and international civilized

26  relations, and of the United States Constitution and laws and statutes, (as 18 U.S.C. §§1961-8),

27  therefore Defendants are responsible for damages inflicted.

28  //

# *Eighth Cause of Action, under*
## *Blacklisting In USA Capitalistic System, as*
## *Premeditated Plan To Kill/ Commit Murder;*
## *also Violation of Universal Declaration of Human Rights:*

In the Capitalistic-Society practiced in United States of America, it is a principle, that availability of money, credit, income, financial means and funds are considered the blood and blood-line of the society and individuals' life.

-The most savage and cruelest torture to be imposed on a person or family is to blacklist in employment to cut means of income to prevent to pay for living and family expenses. Blacklisting would result in automatic destruction of property, profession, family and life.

Article 23 of the Universal Declaration of Human Rights states that:
"Everyone has the right to work, to free choice of employment, to just and favorable conditions of work and to protection against unemployment.
Everyone, without any discrimination, has the right to equal pay for equal work.
Everyone who works has the right to just and favorable remuneration ensuring for himself and his family an existence worth of human dignity, and supplemented, if necessary, by other means of social protection"
which as set forth in above paragraphs and enumerated are violated by defendants.

With utmost cowardice acts of sadistic maniac operations for decades by use and abuse of every governmental and judicial powers, instrumentalities and police actions, dishonest and corrupt and/or [Jewish] Judges, Plaintiff has been subjected to pervasive blacklisting, discriminations and cutting all means of income and his livelihood. Even planned to deny him old-age full Social Security income.

-By spending hundreds of thousands dollars/(possibly millions of dollars) on attorneys and other expenses by the governmental [and private] agencies, (as Los Angeles County and City, California State, U.S. Government, .....), and fraudulent manipulations of laws by the corrupt and dishonest U.S. District Court [Jewish] Judges, as Earl H. CARROLL/ EHC, Christina A. SNYDER, her ex-law-partner Marina R. PFAELZER, Ninth Circuit and other Courts' operations, not only they ignored U.S. Constitution and laws denying administration of justice, but also they kept Plaintiff blacklisted in employment, hiring, professions, and

1  career, with no recourse and no means to live. All committed as actual premeditated

2  conspiracy to kill and commit murder against Plaintiff's life.

3  Defendants by abuse of governmental and private corporate powers, United

4  States Attorneys, are using those institutions as lethal means to continue blacklist opposition to

5  their corruption, as Plaintiff, and subsequently destroy lives and families.

6  Defendants have violated Plaintiff rights, blacklisted him in profession , work and

7  career, caused enormous injuries and damages, they are responsible and liable for damages.

8  //

### *Ninth Cause of Action, under,*
### *Conspiracy to Violate Civil Rights,*
### *(18 U.S.C. §242  and  42 U.S.C. §1983):*

12  Defendants and each of them under color of the laws, statutes, ordinances,

13  regulations and costumes of United States of America, District of Columbia, (state of Virginia),

14  State of California, City and County of Los Angeles, and Southern California Counties, with

15  actual official policies, practice, or custom, willfully, viciously, maliciously and pervasively

16  have subjected Plaintiff and his family, inhabitants of above areas, deprived them of their

17  constitutional, human and civil rights, privileges and immunities secured and protected by

18  International laws and the USA Constitution, laws and statues.

19  Defendants, as set forth and alleged in above paragraphs, have disregarded the

20  U.S. Constitution, denied Plaintiff to seek redress for grievances through honest, impartial and

21  judicious court/judiciary system. They have denied freedom of speech, opinion, assembly.

22  Defendants also have subjected Plaintiff to different punishments, pains, penalties, and

23  practical-death, as set forth in above paragraphs, on account of his national origin/ Iranian,

24  race/ Middle-Easter, religion/ Muslim, and against corruption and crimes.

25  These acts are committed in violation of International Laws, USA Constitution, laws and

26  statutes, (as 18 U.S.C. §242, and 42 U.S.C. §1983). Therefore Defendants are liable for the

27  damages inflicted.

28  //

### _Tenth Cause of Action, under,_
### _Conspiracy to Violate Civil Rights,_
### _(18 U.S.C. §241  and  42 U.S.C. §1985):_

Defendants and each of them, under plans and coordination of Defendant Senator John W. WARNER's Office, Army Special Agents, General John B. ABIZAID and ex-Ambassador L, Paul BREMER, III, in conspiracy as set above, have harassed, intimidated, oppressed, subjected to unlawful arrests, malicious prosecution/ persecution and imprisonment of Plaintiff, living lawfully in the United States of America for his exercise of his human, civil and constitutional rights, asked for providing 'freedom, democracy and justice' and warned of '..abuse and misuse of U.S. Armed Forces..', who is/was a party and witness in his filed legal actions, but all obstructed their administration of justice denied.

-In their conspiracies Defendants had unity of purpose, common design and understanding, or meeting of the minds.

Also conspiracies were committed because Plaintiff filed legal action in Federal Courts, (and State Courts), had testified, was and is ready to testify against certain Defendants and their corrupt operations.

Defendants' conspiracies deprived Plaintiff of equal protection of the laws, or equal privileges and immunities under the law. The deprivation of civil rights were motivated by racial, or class-based, invidiously discriminatory animus against his ethnicity.

-Plaintiff was/is prevented enjoyment of his properties, educations, professions, family and life, because of his national origin/ Iranian, race/ Middle-Eastern, religion/ Muslim, and for being against crimes and corruption. Because of the Defendants' conspiracies not only hampered in his ability but completely prevented to present his legal actions in federal courts.

These acts are committed in violation of International Laws, and the USA Constitution, laws and statutes, (as 18 U.S.C. §241, and 42 U.S.C. §1985), therefore Defendants are liable for the damages inflicted.

//

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1

2  ### _**Eleventh Cause of Action, under,**_
3  ### _**Neglect to Prevent Violation of Civil Rights,**_
4  ### _**(18 U.S.C. §241  and  42 U.S.C. §1986):**_

5         All of the Defendants and each of them, individually and collectively,  mainly

6  the members, staff and employees of United States Congress Senate ARMED SERVICES and

7  FOREIGN RELATIONS Committees and other officials who were present on September  24

8  & 25, 2003, hearings, and other Defendants, the U.S. Attorneys, Judges and Justices had actual

9  knowledge, and were constantly put on notice of the plans and operations in  conspiracies to

10  violate Plaintiff's Civil Rights  because of his national-origin/ Iranian, race/ Middle-Eastern,

11  religion/ Muslim, and being against their crimes and corruptions.

12       -They had the power to prevent and to stop or aid to prevent and stop the commission

13  of violations and conspiracy.  Even some of the members and staff of the Senate Armed Service

14  and Foreign Relations Committees who were present at the hearings were subpoenaed and

15  asked to testify, as evidenced by the Second Session of the 198th U.S. Congress SENATE

16  RESOLUTION-286.

17       -Even the U.S. Senate Legal Counsel  provided false information to the Majority Leader

18  of the Senate, Senator, Bill FRIST, to put in his statement at the U.S. Senate, (as claiming

19  implementation of  constitutional 'Speech & Debate'  privilege), in directly to influence and

20  violate the Judiciary and Courts decisions.

21       -But all of the Defendants chose Conspiracy-of-Silence and Code-of-Silence, did not

22  demonstrate courage, and neglected to prevent and put stop to the violations.

23       These acts have been committed in violation of International Laws and the USA

24  Constitution, laws and statutes, (as 18 U.S.C. §241-et seq, and 42 U.S.C. §1986),

25  therefore Defendants are liable for the damages inflicted.

26  //

# *Twelfth Causes of Actions, under,*
## *FEDERL TORT CLAIM*
## *Unlawful False Arrests, Search & Seizures,*
## *Malicious Prosecution/Persecution, Imprisonment,*
## *Attempts To Commit Murder, ......:*

In March 2004, Plaintiff submitted his "FEDETRAL TORT CLAIMS" to the United States Senate Sergeant in-Arms, and to the U.S. ARMY Criminal Investigation Unit, and to the United States Attorney.

-Rather than investigation he was retaliated against mainly by the United States ARMY CRIMINAL INVESTIGATION COMMAND at 701st MILITARY POLICE GROUP (CID), 6010 6TH Street, FORT BELVOIR, VA 22060-5586.

Therefore Defendants are liable for the damages inflicted.

//

# *Additional Causes of Action To Be Filed:*

Considering that as during Hitler/ Nazis, under savage retaliation against Plaintiff it is impossible for him to proceed and prosecute.

So upon prosecution of the above causes of actions, when and if civilized decent conditions provided, the remaining Causes of Actions from Thirteen thereafter will be filed, under:

-Tort Claims, false arrests, false imprisonments, malicious prosecutions, malicious mischief, unlawful searches and seizures, larcenies, thieveries, embezzlements, receive of stolen properties, accessories to the crimes, crimes of violence, assault, battery, tortures, threats, coercions, duress, intimidations, imposed bankruptcy, murders, killings, assassinations, intent to commit murder, attempts to commit murder, breach of contracts, false and fraudulent claims, instigation of racial discriminations, confiscation of properties, eminent-domain, possession of stolen properties, arms and drug dealings, money laundering, extortions, smuggling, terror and terrorist activities, threat and murder of witnesses, retaliations against witness, destruction of evidences and witnesses, influencing and impeding government officials, hindering process of justice, obstruction of justice, and many more, will be prosecuted......

## *REQUEST JUDGEMENT/ PRAYERS/ DAMAGES:*

WHEREFORE, Plaintiff, PARVIZ KARIM-PANAHI, in *Pro Se*,

-REQUESTS and seeks JUDGMENT, for each and every of the Causes of Actions of the Civil and Criminal Complaint as set above against these sadistic maniac Defendants, and each of them, individually and collectively, in their private personal and official capacities, as the Legislatures, Judges, Executives, Officials, Employees, Officers, agents, consultants, contractor and instrumentalities of other Defendants, Police Departments, Corporations, Attorneys and Judges (U.S. District and Ninth Circuit Courts, controlled by certain dishonest [Jewish] Judges, Earl H. CARROLL, Christina A. SNYDER, Mariana R. PFAELZER, Alex KOZINSKI, May M. SCHROEDER), as named and/or unknown to be discovered, abusing their Judicial powers and robes, conspiring in protecting racketeering activities; and

-to STOP and PUT an END to pervasive vicious-cycle of Defendants' criminal operations and judicial-conspiracies against this Plaintiff, his properties, educations, professions, career, family and life; and

-To Re-Open all the legal actions filed by the Plaintiff in the Courts, (from Federal to the State, County, Cities and Administrative Courts), destroyed by the Defendant, their attorneys and Judges, as part of this Legal-Action; and

PRAYS for and is entitled to at least the follows:

A)- GRANT Injunctive Relief and Declaratory Judgment as to Plaintiff, as:

1- Enter immediate permanent **"Restrain & Injunction"** Ordering the Defendants to Refrain from:

1-1.- Continuing abuse of official legislative, governmental, corporate and judicial powers, influence, authority, intelligence gathering and police forces, IRS, California State Franchise Tax Board, US-Equal Employment Opportunity Commission, California Department of Fair Employment & Housing, California Employment Development Depart.,

1    even Social Security Administration and other governmental-private instrumentalities,

2    to command to create atmosphere of horror, terror, abuse and uncivilized conditions against

3    the lives of innocent people, families, children and olds, as this 68-years old Plaintiff, for being

4    opposed to corruption, stealing and defrauding public-funds, racketeering, extortion, drug-

5    dealing, money-laundering, and for ethnicity, national-origin, race, religion, ideas, believes:

6         1.1a- to commit actual genocide, murders, assassinations, destruction of their lives; and

7         1.1b- to commit actual physical-mental-emotional-psychological-financial TORTURES

8    of their lives; and

9         1.1c- to make false arrests, fabricate police and criminal record, using courts for

10   malicious prosecutions, discrimination and blacklisting, to deny freedom of speech;  and

11        1.1d- to make selective false arrests, fabricate police and criminal record, using courts

12   for malicious prosecutions, entering unlawful judgment of conviction, imprisonment,

13   discrimination and blacklisting, to prevent diligent proceeding and prosecution of legal

14   actions, to hinder and obstruct course of administration of justice;  and

15        1.1.e- to discriminate, retaliate, blacklist, deny equal employment, hiring and

16   contracting, discharges and terminations, in performance of the above violating acts; and

17        1.1f- to destroy properties, credit, educations, professions, reputation, good-name,

18   career and life, in performance of the above violating acts; and

19        1.1g- ...............

20        1-2.- Continuing to use/ abuse the states and their political governmental

21   instrumentalities, (as District of Columbia, Virginia, California, Los Angeles County & Cities,

22    other Governmental, police, judiciary), and apparatus, their publicly-funded contractors/

23   consultants in taking any further discriminatory and retaliatory actions against Plaintiff in

24   any form and shape, from fabricating police actions to  blacklisting and discriminations  to cut

25   earning income or social security to pay daily living,  family, medical, insurance, food, rent and

26   other necessities expenses;  or otherwise,

27   interfering with the privacy and quiet enjoyment of property, educations and life, because of

28   above mentioned standing indicated above sections, (for brevity not repeating again); and

*(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)*

1    **1-3.-** Continuing abusing their official governmental-legislative-judicial powers,

2    influence and authorities to abuse and corrupt USA's and State's and Counties' judicial

3    Courts/ Judges, juries, governmental and private attorneys, to hinder and obstruct Plaintiff's

4    requests for investigations, prosecution, furtherance and administration of justice; and

5        -many more to be set at the time of trial.

6

7        **2-** Issue **DECLARATORY-JUDGMENT** that the practices, customs and

8    policies of the Defendants relative to:

9        **2a-** using/ abusing legislative, governmental, State, corporate and judicial powers, and

10    powers of the Armed Forces, (army, navy, marines, air force, national guard, law-enforcement,

11    police, weapons of mass destruction), in support of fraudulent criminal, corrupt racketeering

12    operations, arms and drug-dealings, extortions, money-laundering; and

13        **2b-** retaliating and reprisal against persons, as Plaintiff, who oppose unlawful, illegal,

14    and improper corrupt racketeering activities; and

15        **2c-** harassing, threatening, unlawfully arresting, searching, imprisoning, fabricating

16    police criminal charges, records and cases, as against Plaintiff; and

17        **2d-** physical-mental-emotional-psychological-financial tortures, as of Plaintiff; and

18        **2e-** retaliating, taking reprisal action, retaliations, denials, of equal applicant of laws, as

19    Plaintiff, because of national origin, race, religion, political views, opposition to corruptions; &

20        **2f-** obstruction and denials of administration of justice, to people as Plaintiff; and

21        **2g-** ........many more:

22        **2.1-** Violates the spirit of International Laws, United Nations Chapters, Universal

23    Declaration of Human Rights of Man and Mankind, International Convention of Civil and

24    Political Rights, Convention on Prevention and Punishment of the Crime of Genocide,

25    International Convention on the Elimination of All Forms of Racial Discrimination, United

26    Nations Declaration on Protection of All Persons from being subjected to Tortures and other

27    Cruel, Inhuman or Degrading Treatment or Punishment, and United Nations Declaration on

28    the Elimination of all Forms of Intolerance & Discrimination Based on Religion or Belief. and

1          2.2- Violates the spirit of International intention in demolishing corruptions and

2    discriminatory practices, that every acts and contracting/ hiring to be based on merits, but not

3    national origin, race, religion, political standing, and relations; and

4          2.3- Violates the spirit of the United States of America and States, as District of

5    Columbia, Virginia, California's Laws, Statutes, Constitutions and theirs Amendments; and

6          2.4-Violates spirit and function of legislative-governmental-judicial powers/ authorities;

7          2.5- Are Racketeering and criminal acts and crimes against humanity.

8

9          B)- GRANT Plaintiff such General, Actual, Compensative and Special Damages,

10   a minimum amount of One Billion dollars/ ($1,000,000,000.00) for each and every Cause of

11   Action, against each and every Defendants, individually and collectively, for Defendants'

12   destruction of the Plaintiff's properties, invested-educational value, character, reputation, life,

13   family, and for imposing physical, mental, emotional and financial tortures;

14   [which is in line with incomes of Bill GATE of Micro-Soft, or Michael D. EISNER of Disney, or

15   Steven SPIELBURG a high-school drop-out Hollywood director; and /or the Judgments/

16   Orders issued by USA Courts against Iranian governmental officials].

17         C)- GRANT Plaintiff PUNITIVE and EXEMPLARY Damages in the amount of

18   One Billion dollars, ($1,000,000,000.00), against the Defendants and each of them for each

19   causes of actions.

20         D)- AWARD to the Plaintiff costs and disbursement herein, as well as reasonable

21   attorneys fees, (in this case *Pro-se's* invested-valued time, living expenses, and other efforts),

22   for prosecution of the action.

23         E)- AWARD such other and further relief, as the Court sees equitable and just

24   to compensate for the malice, viciousness, length of time, and extend of the damages inflicted

25   by the Defendants and their instrumentalities.

26   //

27

28

## _REQUEST FOR INTERNATIONAL JURY TRIAL:_

1

2

3          Plaintiff, **PARVIZ KARIM-PANAHI**, in _pro-se_,

4     hereby endorses his **REQUEST** for Trial by **International-Jury** of his peers, not to be

5     threatened, intimidated, influenced, coerced, and not benefited and/or to be beneficiary of the

6     Defendants' criminal and racketeering and other operations as set above, in the past and/or

7     future, for all the triable issues.

8     //

9

10    Dated:  **MAY**        _/1_        , 2006,

11                                              **RESPECTFULLY SUBMITTED,**

12                                              Plaintiff, in _Pro Se_,

13

14

15

16                                              **PARVIZ KARIM-PANAHI**

17

18

19

20

21

22

23

24

25    Attachments:  Exhibits to be provided

26

27

28

_(Parviz Karim-Panahi –v.-  Senator John W. Warner, Senate Committees,  Judges,  et al.)_

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. *M 8374-03*

PDID No.:

*PARVIZ KARIM-PANAHI*    vs.

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty to the Charge(s) of *A, B DISORDERLY OR DISRUPTIVE CONDUCT ON U.S. CAPITOL GROUNDS*

and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to *A, B 6 months EACH CONSECUTIVELY*

*COURT RECOMMENDS CTF*

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☑ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

☐ Restitution of $ _____ in monthly installments of $ _____ beginning _____ (see reverse side for payment instructions.)

☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☑ have not been paid.

**ORDERED** that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

_____
*7/23/04*
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_____
*7/23/04*
Date

*APPEAL RIGHTS GIVEN*

_____
Deputy Clerk

Form CDC 183-1040/Oct. 01

-102-

**U.S. Department of Justice**

**Kenneth L. Wainstein**
*United States Attorney*
*for the District of Columbia*

Judiciary Center
555 4th Street, N.W.
Washington, D.C. 20530

## PRESS RELEASE

**FOR IMMEDIATE RELEASE**
**Monday, July 26, 2004**

For Information, Contact Public Affairs
Channing Phillips (202) 514-6933

## California man convicted of disrupting Congress and sentenced to one year in jail

**Washington, D.C.** - United States Attorney Kenneth L. Wainstein announced today that Parviz Karimpanahi, a 66-year-old man from Southern California, was found guilty by a Superior Court jury last week for disrupting two Congressional committees on September 24 and 25, 2003, which were addressing the ongoing military operations and reconstruction efforts in Iraq. The Honorable Zinora Mitchell-Rankin sentenced the defendant to the maximum jail term, six months per count, to be served consecutively.

The government's evidence at trial showed that on September 24, 2003, the defendant attended a hearing of the United States Senate Committee on Foreign Relations and that, between comments by, and questioning of, Ambassador L. Paul Bremer III, Presidential Envoy to Iraq, the defendant stood and shouted at the Committee. The defendant was removed from the Committee hearing; however, he returned the next day. On September 25, 2003, the defendant attended a hearing of the United States Senate Armed Services Committee. Between comments by, and questioning of, General Abizaid, Commander of the United States Central Command, the defendant again stood and shouted at the Committee. The defendant was removed and arrested.

In announcing the guilty verdict and sentence, U.S. Attorney Wainstein commended United States Capital Police Officers James Punday and Robert Marcello, Special Agent Mary Turner, and Lieutenant John McGowan, and United States Army Criminal Investigations Division Special Agent Thomas Romero. He also thanked Assistant U.S. Attorneys Steven Kaufman and Denise Simmonds, who prosecuted the case.

- *103*-

# _EXHIBIT -4-_

**REMOVAL NOTICE from D.C. Superior Court , No.: CA-04110-06, and
Assignment to Case No.: 06-CV-1095-EGS
(2- pages)**

**Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

PARVIZ KARIM-PANAHI,                )
                                    )
          Plaintiff,                )        Civil Action No.: 004110-06
                                    )
     v.                             )
                                    )    FILED
SENATOR JOHN W. WARNER, *et al.*    )    CIVIL ACTIONS BRANCH
                                    )    JUN 15 2006
          Defendants.               )    SUPERIOR COURT
                                    )    OF THE DISTRICT OF COLUMBIA
                                         WASHINGTON, DC

### NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on June 15, 2006, the United States filed with the Clerk of

the United States District Court for the District of Columbia a Notice of Removal in the above

captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446(a). Accordingly,

the **Superior Court of the District of Columbia "shall proceed no further unless and until**

**the case is remanded."** See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with

attachments) is attached hereto.

June 15, 2006                          Respectfully submitted,


                                       _____
                                       RUDOLPH CONTRERAS, D.C. Bar # 434122
                                       Assistant United States Attorney


                                       _____
                                       ALAN BURCH, D.C. Bar #470655
                                       Assistant United States Attorney
                                       555 4th St. NW, Washington, DC 20530
                                       (202) 514-7204
                                       alan.burch@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_PARVIZ KARIM-PANAHI_
**Plaintiff**

v.

**Civil Action No.**    06 1095

_U.S. 108TH CONGRESSIONAL (SENATE + HOUSE) ETAL_
**Defendant**

[JUN 15 2006]

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **SULLIVAN, J. EGS**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: _PARVIZ KARIM-PANAHI_

929A
Rev. 7/02

# *EXHIBIT -5-*

**Judge John D. BATES " MEMORANDUM-OPINION" and Order of DIMISSAL
on Case No.: 06-CV-0987-JDB, and
(3- pages)**

**Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.**

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **06 0987** |
| | ) |
| SENATOR JOHN W. WARNER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

Plaintiff, a Muslim man from Iran, is a civil engineer. *See* Compl. ¶¶ 5-6. He alleges the existence of "USA/CIA/Israeli and Corporate plans and policies to destroy Iranians and Middle-Easterners educated and professionals," in order that "Israeli-agents/Jewish-Mafia and their corporations . . . perpetuate and create their own monopoly." *Id.* ¶¶ 6, 7. In addition, he contends that this "Israeli/Jewish-Mafia" exerts influence over the United States Congress, local government, and the federal judiciary. *See id.* ¶¶ 12, 18-23. In this action, he demands an order ending "pervasive vicious-cycle of Defendants' criminal operations and judicial-conspiracies against this Plaintiff," in addition to injunctive relief and monetary damages.

The Court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only

claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. "[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Id.* at 325. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. Trial courts have the discretion to decide whether a complaint is frivolous, and such findings are appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than that to which formal pleadings drafted by lawyers are held. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, having reviewed plaintiff's complaint, the court concludes that both its factual contentions and legal theories are baseless. The Court therefore will dismiss the complaint.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

_____
United States District Judge

DATE: May 24, 2006

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PARVIZ KARIM-PANAHI,            )
                                )
        Plaintiff,              )
                                )
    v.                          )        Civil Action No.   06 0987
                                )
SENATOR JOHN W. WARNER, *et al.*, )
                                )
        Defendants.             )

DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is

FURTHER ORDERED that the case is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: May 24, 2006

# *EXHIBIT -6-*

**Judge Emmet G. SULLIVAN " DISMISSAL ORDER" on Case No.: 06-CV-1095-EGS
(2- pages)**

**Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)
Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PARVIZ KARIM-PANAHI,                    )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )    Civil Action No.  06-1095 (EGS)
                                        )
SENATOR JOHN W. WARNER, *et al.*,       )
                                        )
            Defendants.                 )

## DISMISSAL ORDER

Plaintiff initially filed this civil action in the Superior Court of the District of Columbia.

The federal defendants removed this action pursuant to 28 U.S.C. §§ 1441(a), 1442(a).[1]

Plaintiff, a Muslim man from Iran, is a civil engineer. *See* Compl. ¶¶ 5-6.  He alleges the

existence of "USA/CIA/Israeli and Corporate plans and policies to destroy Iranians and Middle-

Easterners educated and professionals," in order that "Israeli-agents/Jewish-Mafia and their

corporations . . . perpetuate and create their own monopoly." *Id.* ¶ 7.  In addition, he contends

that this "Israeli/Jewish-Mafia" exerts influence over the United States Congress, local

government, and the federal judiciary. *See id.* ¶¶ 12, 18-23.  In this action, he demands an order

ending "pervasive vicious-cycle of Defendants' criminal operations and judicial-conspiracies

against this Plaintiff," in addition to injunctive relief and monetary damages. *See* Compl. at 97-

100.

The Court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim

upon which relief can be granted.  28 U.S.C. § 1915A(b)(1).  In *Neitzke v. Williams*, 490 U.S.

---

[1]     Plaintiff has filed a complaint in this Court which is substantially similar, if not
identical, to the instant complaint.  That civil action was dismissed with prejudice as frivolous.
*See Karim-Panahi v. Senator John W. Warner, et al.*, No. 06cv987 (D.D.C. May 30, 2006),
*appeal docketed*, No. 06-5195 (D.C. Cir. June 30, 2006).

319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. "[A] complaint, containing as it does both factual allegations and legal conclusions, is frivolous where it lacks an arguable basis either in law or in fact." *Id.* at 325. Claims describing fantastic or delusional scenarios fall into the category of cases whose factual contentions are clearly baseless. *Id.* at 328. Trial courts have the discretion to decide whether a complaint is frivolous, and such findings are appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than that to which formal pleadings drafted by lawyers are held. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Nonetheless, having reviewed plaintiff's complaint, the court concludes that both its factual contentions and legal theories are baseless. This action will be dismissed with prejudice as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i).[2]

Accordingly, it is hereby

ORDERED that this civil action is DISMISSED WITH PREJUDICE. The consent motion for an extension of time to file an answer or other response to the complaint [Dkt. #5] is DENIED as moot. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:     EMMET G. SULLIVAN
            United States District Judge

Dated:      July 19, 2006

---

[2]     The Superior Court granted plaintiff's motion to proceed *in forma pauperis.*

# EXHIBIT -7-

**DISQUALIFICATION and REASSIGNMENT ORDER Issued on Case No.: CV-06-0892-….**
**(3- pages)**

**Re: APPEAL on Case No.: 06-CV/CR-1095-(EGS)**
**Parviz Karim-Panahi –v.- Senator John W. WARNER, et al.**

DOCKETED ON CM.
AUG 2 8 2006
BY _____ 012

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 06-892 GAF (AJWx)                    Date   August 24, 2006

Title      PARVIZ KARIM-PANAHI v. JOHN W. WARNER, et al.

---

Present: The
Honorable        A. HOWARD MATZ, U.S. DISTRICT JUDGE

---

Stephen Montes                          N/A

Deputy Clerk          Court Reporter / Recorder          Tape No.

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**           (IN CHAMBERS)

Although the docket is confusing, it appears that this case was initially assigned to Senior Judge J. Spencer Letts, who declined to accept it. Thereafter, the case was reassigned to at least three other judges, the last of whom is the currently-assigned judge, the Hon. Gary A. Feess. On April 4, 2006, plaintiff moved to recuse Judge Feess on the ground that he - - Judge Feess - - is one of the named defendants in other cases that plaintiff has filed. The motion also sought recusal of Magistrate Judge Wistrich for essentially the same reason. Plaintiff's recusal motion was referred to Judge Morrow, who self-recused. Thereafter, the motion was assigned to four other judges who also self-recused. Ultimately, the motion was assigned to this court.

28 U.S.C. § 455(a) provides that a judge "*'shall* disqualify himself*'* if his impartiality might reasonably be questioned." (Emphasis added.) Under that broad standard, the motion to recuse Judge Feess must be, and hereby is, granted, because a judge who presides over a matter being prosecuted by someone who is suing that judge might "reasonably" have his impartiality questioned, even if (as is the case here) the suit against the judge appears to be utterly devoid of merit.

A review of the Central District docket shows that plaintiff has sued or is currently suing dozens of judges and other public officials. Before Judge Feess was greeted with this recusal motion, one of the parties in this case had moved for an order to show cause why plaintiff should not be declared a vexatious litigant. See docket entry 8, April 4, 2006. Plaintiff's conduct may well be part of such a campaign, and no litigant should be

---

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-892 GAF (AJWx) | | Date | August 24, 2006 |
|----------|----------------------|---|------|------------------|
| Title | PARVIZ KARIM-PANAHI v. JOHN W. WARNER, et al. | | | |

permitted to, in effect, forum shop by suing judges whose rulings he does not like or anticipates will be unfavorable. On this motion, however, this Court lacks any basis to make such findings.

The Court GRANTS the motion to recuse.

Initials of

Preparer                    _AMM_

**SEND**

FILED
CLERK, U S. DISTRICT COURT

**AUG 2 9 2006**

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parviz Karim-Panahi | **CASE NUMBER** |
| **PLAINTIFF(S),** | CV 06-892 GAF (AJWx) |
| v. | |
| John W. Warner, et al | **NOTICE OF REASSIGNMENT OF CASE** |
| **DEFENDANT(S).** | |

To:   ALL COUNSEL APPEARING OF RECORD

☑   Pursuant to Order of the Court filed _____8/24/06_____ you are hereby notified that
    this case has been transferred to the calendar of _Dale S. Fischer_____ for:
    ☑ all further proceedings;
    ☐ any discovery matters that are or may be referred by the District Judge;
    ☐ any matters that are referred pursuant to General Order 194.
    ☐ other: _____

☐   All parties having consented to proceed before a United States Magistrate Judge, this case has been
    reassigned to Magistrate Judge _____ for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials _____DSF_____ after the case
number in place of the initials of the prior judge so that the case number will read: CV 06-892 DSF (AJWx) . This
is very important because documents are routed to the assigned judge by means of these initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

Clerk, U.S. District Court

By _Robert R. Nadres_____
   Deputy Clerk

(30)

ENTERED ON CM 8|29|06