پرویز کریم پناهی

**PARVIZ KARIM-PANAHI**
*(B.Sc., M.Sc., C.E. (Eq. Dr. Eng.), LREB, PE & RCE)*
P.O. BOX 75580, Washington, DC 20013
~~P.O. BOX 241638, Los Angeles, CA 90024~~
Tel./cellular: (818) 264-9486
in *pro-se*

**RECEIVED**
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

before the:
# UNITED STATES DISTRICT COURT
## for District of Columbia
333 Constitution Avenue, N.W., Washington DC 20001

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,**<br>Plaintiff.<br><br>-Vs.-<br><br>**_GROUP-I-_** *(United States 108th Congressional/ (Senate & House) defendants)*:<br><br>Senator **JOHN W. WARNER,** Chair,<br>  **SENATE ARMED SERVICES COMMITTEE** and certain of its members and Staff named in **SENATE RESOLUTION-286**;<br>Senator **RICHARD G. LUGAR,** Chr.<br>  **SENATE FOREIGN RELATIONS COMMITTEE** and certain of its Members & Staff named in **SENATE RESOLUTION-286**;<br>**Bill FRIST, Senate Majority leader;**<br><br>U.S. [Jewish] Senators & House Representatives from California:<br>   -Dianne **FEINSTEIN**;<br>   -Barbara **BOXER**;<br>   -Tom **LANTOS**;<br>   -Henry A. **WAXMAN**;<br>   -Mel **LEVINE**;<br>   -Howard **BERMAN**;<br>   -Brad **SHERMAN**;<br>   -Jane **HARMAN**;<br>   -Adam **SCHIFF**;<br>*(continued),* | Case No.: **06-CV-1095-EGS**<br>(REMOVED Case No.: **CA-04110-06** from D.C. Superior Court)<br><br>**OPPOSITION TO**<br>untimely & without Jurisdiction<br>**ORDER OF DENIAL OF DISQUALIFYING/REMOVAL** of EGS by Himself;<br><br>To Prevent and Cover-Up Request **IMPEACHMENT OF** [Jewish] **JUDGES**:<br>   -Earl H. **CARROLL**;<br>   -Christina A. **SNYDER**;<br>   -Mariana M. **PFAELZER**;<br>   -Mary M. **SCHROEDER**;<br>   -…………………..…………..<br>for Continuing half-a--century certain Governmental-Legislative-Corporate-Israeli & Judicial Terrorism, Tortures, Thieveries, Violation of Civil & Human Rights, Arrests, Hostage Taking, Destruction of Evidence-Witnesses, ……..<br>Converting Judiciary/Courts To Fraud against Humanity. |

**PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff, (and Appellant), of the above titled and numbered legal action in that entitled United States of America's District Court for the District of Columbia, who under more than half-a-century sadistic, vicious corrupt political-religious atmosphere of horrors, terrors and savageries against him as Middle-Easterner, Iranian, Muslim (though not practicing), and opposed to corruption as alleged and set forth in his legal actions in U.S. District Court for the District of Columbia, (and other courts & internationally), actually taken "Political Prisoner-Hostage", denied the most basic civil and human rights imposed by defendants of his legal actions a conglomerate of certain legislatures-governmental-corporate elements/ officials with their instrumentalities and Judiciary/ Courts/ Judges, acting not in accordance to Constitution but more as International Organized-Crime Syndicate under control of Israeli agents/ Jewish-Mafia, and elements in the Judiciary, as defendant United States [Jewish] Attorney Kenneth L. WAINSTEIN, destroying anyone opposed to corruption, hereby files his OPPOSITION TO ORDER OF DENIAL OF MOTION To DISQUALIFY and REMOVE U.S. District Judge Edmond G. SULLIVAN, issued untimely and without jurisdiction by himself, in violation of 28 U.S.C.S. §§144, 453, 454, 455, 1915, Federal Rules of Civil Procedure. And his preventing Issuance of RESTRAINING & INJUNCTION ORDERS To Provide Civilized non-Coercive, judicious circumstances to proceed-prosecute as directed by defendant U.S. [Jewish] Attorney Kenneth L. WAINSTEIN to disable Plaintiff to proceed and prosecute his Legal Actions/ Cases, prevent service of Summons and Complaint of Case No.: 06-CV-1095-EGS on named defendants, (fellow judges, governmental colleagues, and/or Jewish-Mafia), and prosecute his other Legal-actions.**

//

**With regard to the above Opposition, incorporating the issues raised and submitted on the Motion, Plaintiff states that:**

a- On July 27, 2006, after U.S. District Judge Emmet G. SULLIVAN's pervasive bias and disregard for U.S. constitution and laws, Plaintiff filed his MOTION TO DISQUALIFY AND REMOVE the Judge from his legal-actions.

-Above Motion was filed because of and in conjunction to wrongful and inappropriate pervasive judicial antagonism, deep seated favoritism and predisposition of Judge Emmet G. SULLIVAN, his Court deputy-Clerk and the Clerk of the Court with regard to Plaintiff's other legal actions, his objections to judicial dishonesties, and operations of the Clerk against Karim-Panahi's legal actions for naming Israeli-Agents/ Jewish-Mafia's corruptions and causes of his problems with the Courts, Clerks and Judges. Also implemented on his another legal action before judge E.G. Sullivan since 2003, Case No.: 03-CV-1844-EGS, _Parviz Karim-Panahi –v.- Patton Harris & Associates, et al._, who the judge with judicial lack of responsibility and retaliations has been dragging for years, causing other cases to develop, and irreparable damages inflicted. And then in conjunction to this present case by judicial fraud subsequently issued DISMISSAL ORDER.

b- On September 06, 2006, to prevent passage of statutory appeal period, Plaintiff filed his "Notice of Appeal" from Judge's *sua-sponte* DISMISSAL ORDER, (Appeal No.:<u>06-5290</u> in United States Courts of Appeals for District of Columbia Circuit).

c- Now on January 19, 2007, (after about six months), with another judicial manipulations of the laws and constitution, in complete disregard for the Federal Rules of Civil Procedure, Rule 1, and while having no Jurisdiction, the Judge has issued an Order denying Disqualification and Removal of himself, and decides to choose parts of the statutes that fits him, rather than at least to be decided by another judge.

d- With regard to the federal statue 28 U.S.C. §144, [and 255], the U.S. Supreme Court, has ruled that:

> "….. there is no ambiguity in the declaration. It is clear in its …… direction. It … directs an immediate cessation of action by the judge whose bias or prejudice is averred, and in his stead, the designation of another judge. And there is purpose in the conjunction; its elements are complements of each other. The exclusion of one judge is emphasized by the requirement of the designation of another.". *Berger v. United States*, 255 U.S. 22, 41 S.Ct. 230 (1921)

3

The statute "withdraws from the presiding judge a decision of the truth of the matters alleged", *supra*, 36.

e- Judge E.G. Sullivan also makes a false claim in his denial order that:

"A judge's legal decisions are almost never grounds for a claim of bias or impartiality."

-whereas U.S. Supreme Court has also rejected that "personal bias and prejudice" had to be "*extrajudicial*". They defined "personal bias and prejudice" as:

> "a favorable or unfavorable disposition or opinion that is somehow *wrongful* or *inappropriate*, either because it is undeserved, or because it rests upon knowledge that the subject out not to possess.... or because it is excessive in degree.",
> *Liteky v. United States*, 510 U.S. 540 (1994).

Even Justice Kennedy's four-justices' concurring opinion with five-justices' majority opinion held that:

> "... the Court is correct to conclude that an allegation concerning some extrajudicial matter is neither a necessary nor sufficient condition for disqualification under any of the recusal statutes."
> *supra*, 561.

Even U.S. Supreme Court has recognized that there are circumstances, (as in Plaintiff's Cases), where a judge's bias in the case(s) before him/ her is/are so pervasive as to reach an "impossibility of fair judgment" warranting disqualification, *supra*, at 551, 555, 556.

Judge Sullivan's, (and many other judges'), proved wrongful and inappropriate pervasive judicial antagonism, deep seated favoritism and predisposition against Plaintiff/ Karim-Panahi are enough for the judge's Disqualification and Removal.

Actually the denial order demonstrates shameful judicial manipulations by judge Sullivan, (and many other judges in the span of several decades), against this Plaintiff. Who sadistically for their own gains indirectly and/or directly in connections with Israeli-Lobby/Jewish-Mafia, and their elements in Judiciary, and U.S. [Jewish] Attorney Kenneth L. WAINSTEIN, for their own promotions, and/or political-religious

connections, and/or vicious racism policies, have pervasively been destroying Karim-Panahi's legal actions/ cases.

   e- Additionally Judge Sullivan actually ignores that by his actions and presiding on this Case, whereas his Ex-Law-partners and colleagues are named party-Defendants, subsequently he is claiming that he has the right to protect dishonest, bias and criminal operations of his ex-Law Partners and colleagues.

   f- For brevity Plaintiff do not repeat other issued raised in his Motion, but incorporate them in this Opposition.

## *Conclusion:*

As the attached notice submittal to the 110th U.S. Congress, (Senate and House of Representatives), First-Session, and to international community, are evidence, Plaintiff will pursue and would try his utmost to IMPEACH and put on trial every judicial-legislative and other governmental elements who have been torturing him, his innocent family (and others), for their committing crimes against humanity.

//

Dated: January   30,    2006

RESPECTFULLY SUBMITTED,

Plaintiff, in pro-se,

*[signature]*

PARVIZ KARIM-PANAHI

Attachements :    (4 – Pages).

5

پرویز کریم‌پناهی
## PARVIZ KARIM-PANAHI
*(B.Sc., M.Sc., C.E., (Eq. Dr. Eng.), LREB, PE & RCE)*
P.O. BOX 75580, (National Capital Station), Washington, DC 20013
P.O. BOX 241638, (Village Station), Los Angeles, CA 90024
Tel./cellular: (818) 264-9486

Dated: January        2007

**TO:** The 110th U.S. Congress, First-Session:
(Senate and House of Representatives)

**Subject:** U.S. Judiciary under control of Israeli-agents/Jewish-Mafia converted to Fraud Against Humanity, Manipulations-Violations of Constitution, Dishonesty, Thievery, Apartheid, Gang-Rapes, Cover-ups.........
making USA real Gulag, Secret-Prison, and Holocaust of our lives.

**Request:** For Impeachment, Prosecution, Trial, Imprisonment, Damages, and Confiscation of Properties of [Jewish] Judges, as:
  Earl H. CARROLL,
  Christina A. SNYDER,
  Mariana R. PFAELZER, ........,
  Mary M. SCHROEDER, Ninth Circuit chief Judge, et al., and
California Congressional [Jewish] Delegation:
  U.S. [Jewish] Senators: Dianne FEINSTEIN, Barbara BOXER,
  U.S. [Jewish] House Representatives:
  Tom LANTUS, Henry A. WAXMAN, Brad SHWERMAN,
  Howard BERMAN, Jane HARMAN, Adam SCHIFF, M. Levine
California State certain Legislatures, .......
Los Angeles County and City [Jewish] Supervisor and Councilman,
  (ZEV YAROSLAVSKY), ...

It is not only, (as the former U.S. President Jimmy CARTER courageously stated), that it would be "<u>suicidal</u>" for any United States Legislature to oppose or criticize ISRAEL, American-Israeli Political Action Committee/AIPAC, their agents/ Jewish-Mafia, cronies and allies' policies, corruptions and crimes; but as

more than half-a-century operations against this undersigned and his legal-actions seeking administration of justice are evidence, whole American governmental-legislative-judiciary at federal, state and local levels, are under direct control of Israel/ Jewish-Mafia, with the "Star-of-David" emblematized in the USA's, State Department, Courts and many Police-Sheriff Departments (as Los Angeles) flags, badges, insignias, one-Dollar Bills, ....; COLONIZING and subverting United States of America and US Constitution subservient to their interest with no one daring to oppose, question, or criticize, otherwise destroyed.

They are proud that by stealing from other nations children and old, in Middle-East and Iranians, ...., (as this undersigned), they and their children are prospering and rich.

*AH* — 1 —

Undersigned a is 68-years old senior, (40 years in USA), born in Tehran-Iran, who unaware of CIA-Israeli operations, with his family and country heavily invested in educations, as:

- Elementary and High School Diploma, 12 years; and
- "MASTER of SCIENCE in CIVIL ENGINEERING" Degree, Technical Faculty, Tehran University, Iran, 1961;
- "MASTER Of SCIENCE IN ENGINEERING" Degree, (major: Geotechnical, minor: Transportation), University of California, at Berkeley, USA, 1967; and
- "CIVIL ENGINEER" Post-Graduate/(Eq. Dr. Eng.), Degree, (major: Transportation & Traffic, minor: Operation Research), New York University, New York City, USA, 1972;
- "PROFESSIONAL ENGINEER/ P.E.", University of the State of New York, from 1974;
- "REGISTERED CIVIL ENGINEER/PE/RCE", State of California, from 1981; and
- Real Estate laws studies, University of California Los Angeles, UCLA-Extension, ,1981;
- "Real Estate Broker License", State of California, since 1983; and
- Legal studies and forced legal practice, (as *pro-se*).   And many more.

Despite the fact that he was not member of any party, had no power, no financial backing, no army, no guns, no weapons of mass-destruction, and no atomic bombs; but
for only reason of performing his professional engineering duties in accordance to the laws, codes, contracts, plans, specifications, and sound engineering practices,
opposed corruption, objected, prevented and whistle-blew on stealing from and defrauding Federal, State and local public-funds, (as January 17, 1994, Northridge Earthquake Disaster Relief and Emergency Assistant/ FEMA's-Funds, and Los Angeles County-City and California Transportation-funds, or from Iranians, ….);
for more than half-a-century, (first since August 1953 CIA-Israeli/Jewish-Mafia Coup in Iran, then from 1967 Israeli Wars, then 1979 Iranians' Revolution, then from 9-11-2001 and since 2003 Iraq War), has been target of most cowardice sadistic maniac retaliations, oppressions, CIA/police actions, tortures, blacklisting, denials and violations of basic rights.

Every U.S. governmental entities from State, Treasury, Labor, Housing, Education, Defense and Justice Departments, and their instrumentalities, (from CIA, IRS, INS, EEOC, Social Security, Capitol Police, U.S. Attorneys, even Postal Service), and their California state counterparts, (its Governor's office, EDD, Franchise Tax Board, City/ County of Los Angeles Police/Sheriff, Attorney Generals, public and private attorneys, …), and corporations used to prevent implementing educations to establish career, earn living. They fabricated income/taxes, destroyed credit, denied/stole unemployment insurance, SSA and SSI payments, even denying food and place to live, to destroy family and life.

Whereas U.S. President(s) and media criticize other countries, as in the Middle-east, for lack of freedom, democracy and justice and control of governments and legislatures in hands of few, (as SADDAM and his family); but
no one dares to oppose monopolized the USA's governmental and private entities in the hands of a group of California-Los Angles [Jewish] legislatures, as U.S. Congressional:
[Jewish] Senators: Dianne FEINSTEIN, Barbara BOXER, (previously  Allen Cranston….),
[Jewish] House Representatives: Tom LANTUS, Henry A. WAXMAN, Brad SHERMAN, Howard BERMAN, Jane HARMAN, Adam SCHIFF, Mel LEVINE), Los Angeles County/ City [Jewish] Supervisors/Council-members, (as ZEV YAROSLAVSKI …), and cronies.
They by Mafia tactics not only have monopolized elections and governmental projects, enriching themselves, allies and cronies; but also have control over Judiciary/Courts at all levels, (from lowest administrative courts, to the highest courts), and converted them to the most dishonest, manipulative and corrupt judiciary in history; as Racketeer-Influenced-Corrupt-Organizations, protecting each other, with no intention of administering justice.

U.S. District [Jewish]-Judges as:
Earl H. CARROLL, (from Arizona), Christina A. SNYDER, her ex-law partner Mariana R. PFAELZER, and Dale S. FISCHER, (in Los Angeles), and Mary M. SCHROEDER, in Ninth Circuit (and others in Washington D.C.), by operations of private and U.S. [Jewish] Attorneys & Clerks have destroyed every legal-actions of undersigned, including:
Cases No.: <u>03-Civ-219-RMC,</u> (in District of Columbia), and No.:<u>CV-03-804-EHC</u> (removed from Los Angeles Superior Court) and No.: <u>CV-03-03-CBM</u> (in District Court in Los Angeles), short-titled <u>*Parviz Karim-Panahi v. Congress, named judges, et al.*</u>
Their appeals in Ninth Circuit, (by fabricated Case No:<u>99-80124</u>), and in D.C. prevented to proceed. Then by fraud prevented 'petitions for writ of certiorari' to U.S. Supreme Court.

When on September 24 & 25, 2003, this undersigned in response to General John P. ABIZAID, the military head, and Ambassador L. Paul BREMER, III, civilian-administrator of Provisional Coalition Authority of Occupied Iraq, who by their false testimonies in U.S. Senate Armed Services and Foreign Relations Committees were promising rosy future for Iraqis and Middle-East, asked:
   "why the same 'freedom, democracy and justice', promised to Iraqis by invasion are not implemented here in the USA?!", and warned of "misuse and abuse of Armed Forces!!";
US Army Special Agents, Capitol Police, and U.S. Jewish-Attorneys Kenneth WAINSTEIN and Steven KUAFMAN fabricated cases in D.C., imprisoned and tortured him.
His legal-actions as Cases No.: <u>06-CV-0987-JDB</u>, and No.: <u>06-CV-1095-EGS</u>, (Removed No.: <u>CA-004110-06</u> from D.C. Superior Court to D.C. District Court), and his Case No.: <u>CV-06-0892-....</u>, (in Los Angeles), short-titled <u>*Parviz Karim-Panahi –v.- Senator John W. WARNER, Gen. Abizaid, Bremer, named judges, et al.*</u>, again immediately dismissed.

The revealed sadistic, vicious, maniac, inhumane treatments, tortures and murders in Abu Gharaib/ Iraq, Bagram/ Afghanistan, Guantanamo Bay/ Cuba, Haditha, and here in USA and other prisons scandals, are not incidental or aberrations committed by low level U.S. Military Police/Soldiers/Marines/National Guards; but result of well designed plans.

Whereas Saddam, and some of his family, government officials and judges, arrested, prosecuted, put on trial, and executed; and
whereas still [Jewish]-organizations are seeking prosecution of WWII Holocaust guards; whereas most [Jewish] organizations and Israelis claim that all their properties had been confiscated by the Nazis during WWII:

So United Nations member states and United States Governmental-Congressional-Judicial officials not only have responsibility urgently to provide us protection from gross abuses of human rights and crime against humanity by certain USA and Israeli-agents/Jewish-Mafia and their corporations, with place to live, (as by International Red Cross); but also

to establish Tribunals for investigation, arrest, prosecution, trial, conviction, imprisonment and confiscation of their properties in our behalf. And

To determine how in half-a-century they gained control and ownership over most of USA's and international financial-monetary assets, real estates, properties, pharmaceutical, medical, universities, media and entertainment establishments, with enormous incomes; whereas two-third of world populations is living with less than two dollars a day in hunger, and their educated, intellectuals, scientists, engineers, (as this undersigned), are systematically and by design destroyed by CIA/ Israeli-agents/ [Jewish]-Mafia!!??

**PARVIZ KARIM-PANAHI**

*A* - 3

پرویز کریم‌پناهی
# *PARVIZ KARIM-PANAHI*
*(B.Sc., M.Sc., C.E., (Eq. Dr. Eng.), LREB, PE & RCE)*
P.O. BOX 75580, (National Capital Station), Washington, DC 20013
P.O. BOX 241638, (Village Station), Los Angeles, CA 90024
Tel./cellular: (818) 264-9486

Dated: September 19, 2006

TO:
The Chairman and Members of the
SENATE COMMITTEE ON JUDICIARY
Rm. 226 of the Senate DIRKSEN Office
U.S. SENATE , Washington, DC 200510
Fax: (202) 224-9102/ -9516/ Tel.: -5225

Re:        "Examining the PROPOSAL To Restructure the NINTH CIRCUIT"

Subject:   NINTH CIRCUIT with Megalomaniac-Sadistic-Dishonest Judges,
           Hub of Judicial-Fraud, Dishonesty, Manipulations, ....,
           Disregard for U.S. Constitution and Laws.

Request:   Dismantling and Repeal of all of their Precedent and Case-Laws,
           and for Investigation, Protection, Impeachment, .., re: No.: <u>99-80124</u>

Honorables Senate JUDICIARY Committee Chairman and Members:

With regard to the hearings of the U.S. Senate Committee On JUDICIARY on "Proposal To Restructure the NINTH CIRCUIT", this undersigned believe that NINITH CIRCUIT and its Clerk Office shall be completely dismantled, precedent opinions, decisions and case-laws repealed and abolished, and their power over nine-states cut-off; then new circuits based on true administration of justice established. As

Certain Ninth Circuit Judges and Clerk have had no intention of administering justice. But as megalomaniac, sadistic, corrupt and dishonest judges, by fraud and manipulations of US Laws and Constitution intended to keep control, power and impose their own and of certain corrupt California politicians, legislatures, (as US Senators and House Representatives), and political-religious allies' interests over people of nine-states, protecting each other and allies. Even under protection of Circuit Judges as Alex Kozinski, whereas thousands appeals dragging, during office hours, staff used Circuit Computers to access Pornography-websites.

Above statements are based on my personal experience as a victim of more than 25 years of the Ninth Circuit Judges' and Clerk's abuse of judicial powers, evidenced by my appeals and orders issued from 1980's to this date/2006 and on fabricated Case No.: <u>99-80124</u>, short-titled re: *Parviz Karim-Panahi*. All were repeatedly complained of, as reported at hearing on September 03, 2003 to the JUDICAIRY COMMITTEES, (see "CONFIRMATION HEARINGS ON FEDERAL APPOINTMENTS HEARINGS before the COMMITTEE ON THE JUDICAIRY, UNITED STATES SENATE, ONE HUNDRED EIGHTH CONGREESS, FIRST SESION, Pg-612").

I REQUEST for Congressional and Senate investigation, protection and impeachment of judges, (Ninth Circuit and lower Courts, as in Los Angeles). I am willing to testify if called by the Judiciary Committee and/or any other investigative forum.
Your immediate attention and action are highly appreciated, as mandated by legislative duty.


**PARVIZ KARIM-PANAHI**

*A-4*

(see attached 2-pgs. list of Ninth Circuit Judges involved).

*PARVIZ KARIM-PANAHI*
P.O. BOX 75580, Washington, DC 20013
P.O. BOX 241638, Los Angeles, CA 90024
Tel./cellular: (818) 264-9486

## PROOF OF SERVICE:

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,**<br>Plaintiff,<br>-v.-<br>Senator John W. WARNER,<br>Defendants. | before the:<br>United States District Court<br>District of Columbia<br><br>Case No.: <u>06-Civ-1095-EGS</u><br>(REMOVED from D.C. Superior Court<br>Case No.: <u>CA-4110-06)</u> |

I, the undersigned, certify and declare that I am over the age of 18 years, that

On   JANUARY  3**1**  , 2007,   I served a true copy of:

**OPPOSITION TO the U.S. District Judge Emmet G. SULLIVAN DENIAL ORDER TO RECUSE and REMOVE Himself OR TO BE DISQUALIFIED and REMOVED from Presiding over Plaintiff's Cases.**

By personally   delivering /   mailing* /   Faxing**   it to the persons Listed below:

( **✽ ✽** )  Kenneth L. WAINSTEIN, United States Attorney
ALAN BURCH, Assistant U.S. Attorney, Civil Division;
Office of the United States Attorney,
555 4th Street, N.W., Washington, D.C. 20530
Fax : (202) 514-8780   Tel: (202) 514-7204

I declare under penalty of perjury that the foregoing is true and correct.

Signature.

## ACKNOWLEDGEMENT OF SERVICE/ RECEIPT:

I, _____, acknowledge receiving a true copy of the within document.

On _____, 2007.

Signature,

For: _____